<table>
<tr><td style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

United States Bankruptcy Court for the:

Western District of Texas

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Packet Construction LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Packet Construction |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8  1 – 2  2  5  4  5  1  2 |

**4. Debtor's address**

**Principal place of business**

14205 N Mopac Expressway
Number          Street

Austin, TX 78728
City                          State      ZIP Code

Travis
County

**Mailing address, if different from principal place of business**

PO Box 82668
Number          Street

Austin, TX 78708
City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

8602 Lava Hill Rd
Number          Street

Austin, TX 78744-7800
City                          State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | www.packetconstruction.com |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    Packet Construction LLC                                                   Case number (if known) _____
              Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   2   3   8   9

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check **all** that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No |
| | ☐ Yes. District _____  When _____  Case number _____<br>                              MM / DD / YYYY |
| | District _____  When _____  Case number _____<br>                         MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No |
| | ☐ Yes. Debtor _____  Relationship _____ |
| | District _____  When _____<br>                                    MM / DD / YYYY |
| | Case number, if known _____ |

Debtor    Packet Construction LLC
          _____    Case number (if known) _____
          Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number    Street<br><br>_____<br>City                          State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency   _____<br>             Contact name      _____<br>             Phone             _____ | |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49      ☐ 50-99      ☐ 1,000-5,000      ☐ 5,001-10,000      ☐ 25,001-50,000      ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000                                  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                    ☑ $1,000,001-$10 million          ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000            ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000          ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million          ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    Packet Construction LLC                                              Case number (if known) _____
            Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/12/2023
              MM/ DD/ YYYY

X  /s/ John Miller                                             John Miller
   Signature of authorized representative of debtor            Printed name

Title              President

**18. Signature of attorney**

X            /s/ Robert C Lane                    Date   10/12/2023
   Signature of attorney for debtor                      MM/ DD/ YYYY

   Robert C Lane
   Printed name

   The Lane Law Firm
   Firm name

   6200 Savoy Dr Ste 1150
   Number       Street

   Houston                                  TX          77036-3369
   City                                     State       ZIP Code

   (713) 595-8200                           notifications@lanelaw.com
   Contact phone                            Email address

   24046263                                 TX
   Bar number                               State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to the debtor's condition on .

   a. Total assets                     $1,677,088.63

   b. Total debts (including debts listed in 2.c., below)   $7,218,662.16

   c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐ unsecured ☐ subordinated ☐
secured ☐ unsecured ☐ subordinated ☐
secured ☐ unsecured ☐ subordinated ☐
secured ☐ unsecured ☐ subordinated ☐
secured ☐ unsecured ☐ subordinated ☐

   d. Number of shares of preferred stock

   e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business   Civil construction for electric utilities. Site work and foundations for substations and power lines.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name _____ Packet Construction LLC _____ | |
| United States Bankruptcy Court for the: _____ Western District of Texas _____ | |
| Case number (if known): _____ | ☐ Check if this is an amended filing |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### ■  Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/12/2023___          **X** /s/ John Miller _____
      MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

                                     John Miller _____
                                     Printed name

                                     President _____
                                     Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name          Packet Construction LLC |
| United States Bankruptcy Court for the:          Western District of Texas |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alpine Advance 5 LLC 46 Washington Street Suite 6 Middletown, CT 06457 | | Merchant Cash Advance | Disputed | | | $120,000.00 |
| 2 | Arcosa Aggregates 401 S Interstate Highway 45 Ferris, TX 75125 | | | Disputed | | | $544,659.38 |
| 3 | Arsenal Funding 8 West 36th Street, 7th Floor New York, NY 10018 | | Merchant Cash Advance | Disputed | | | $300,000.00 |
| 4 | Arsenal Funding 8 West 36th Street, 7th Floor New York, NY 10018 | | Merchant Cash Advance | Disputed | | | $240,000.00 |
| 5 | Big Bend Services, LLC PO Box 61226 Midland, TX 79711 | | Services | Disputed | | | $135,000.00 |
| 6 | Capital Quarries PO Box 105050 Jefferson City, MO 65110 | | | Disputed | | | $313,436.05 |
| 7 | Conners Construction Inc. 2513 U.S. HWY 77 Lott, TX 76656 | | Materials | | | | $84,646.34 |
| 8 | EnviroCon Systems Inc PO Box 673048 Houston, TX 77267 | | Materials | | | | $53,274.00 |

Debtor ___Packet Construction LLC_____     Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Force Logistics, LLC<br>28440 Verde Mountain Trl<br>San Antonio, TX 78261 | | | | | | $60,000.00 |
| 10  HercRentals<br>27500 Riverview Center Blvd Suite 100<br>Bonita Springs, FL 34134 | | Rental Trucks | | | | $60,000.00 |
| 11  HKA Enterprises, Inc<br>337 Spartangreen Blvd<br>Duncan, SC 29334 | | Services | Disputed | | | $1,023,888.98 |
| 12  JCB Financial, Inc.<br>1715 Morgan Lane<br>Collegeville, PA 19426 | | Purchase Money Security | | | | $84,000.00 |
| 13  North Mill Credit Trust<br>81 Throckmorton Ave<br>Mill Valley, CA 94941 | | Purchase Money Security | | $354,997.28 | $250,000.00 | $104,997.28 |
| 14  SIR, LLC<br>Harwin Dr<br>Houston, TX 77036 | | Contract Services | | | | $420,000.00 |
| 15  Southstar Financial, LLC<br>840 Lowcountry Blvd<br>Mount Pleasant, SC 29464 | | | | | | $170,838.00 |
| 16  Spartan Business Solutions, LLC d/b/a Spartan Capital<br>371 E Main St. Suite 2<br>Middletown, NY 10940 | | Merchant Cash Advance | Disputed | | | $252,421.00 |
| 17  SunCoast Post-Tension<br>16825 Northchase Dr Suite 1100<br>Mill Creek, PA 17060 | | | | | | $50,203.65 |
| 18  Terracon Consultants, Inc<br>10841 S Ridgeview Road<br>Olathe, KS 66061 | | | | | | $80,782.35 |
| 19  U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Center<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202 | | SBA Loan | | | | $1,997,400.00 |
| 20  United Rentals<br>100 First Stamford Place Suite 700<br>Stamford, CT 06902 | | Rental Trucks | | | | $121,699.39 |

Fill in this information to identify the case:

Debtor Name **Packet Construction LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Texas Regional Bank** | **Checking account** | **0  7  0  0** | $9,164.09 |
| 3.2.  **Texas Regional Bank** | **Checking account** | **8  9  6  6** | $16.67 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $9,180.76

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1  **Packet Construction** | $20,000.00 |
| --- | --- |

Debtor    **Packet Construction LLC** _____    Case number *(if known)* _____
     Name

---

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1   _____    _____

     8.2   _____    _____

**9.**    **Total of Part 2**                                             **$20,000.00**

     Add lines 7 through 8. Copy the total to line 81.

---

| **Part 3:** | Accounts receivable |
|---|---|

**10.**    **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☑ Yes. Fill in the information below.

                                                   **Current value of debtor's interest**

**11.**    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $770,156.87 | − | $0.00 | =.....→ | $770,156.87 |
| 11b. Over 90 days old: | $956,178.27 | − | $939,678.27 | =.....→ | $16,500.00 |

**12.**    **Total of Part 3**                                         **$786,656.87**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| **Part 4:** | Investments |
|---|---|

**13.**    **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

| | | Valuation method | Current value |
|---|---|---|---|
| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                        % of ownership:

| | | | | |
|---|---|---|---|---|
| 15.1 | _____ | _____ | _____ | _____ |
| 15.2 | _____ | _____ | _____ | _____ |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

| | | | |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |

---

| Debtor | __Packet Construction LLC_____ | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 16.2 | _____ | _____ | _____ |
|---|---|---|---|

**17.  Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

_____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20.  Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

_____

**24.  Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **Packet Construction LLC**
          Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Computer Data Rack** | unknown | | $250.00 |

| Debtor | **Packet Construction LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | **Misc Office Furniture** | **unknown** | | **$10,000.00** |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Hard drives back ups** | **unknown** | | **$5,000.00** |
| | **Back up battery** | **unknown** | | **$500.00** |
| | **Gen10 5218 2.3GHz 16-core 2P - Hard Drives** | **unknown** | | **$5,000.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** | | | **$20,750.00** |
| | Add lines 39 through 42. Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 Ford F-250 / VIN: 1FT7W2BT8KED26053 Truck** | **unknown** | | **$23,250.00** |
| 47.2 **2020 Freightliner M2 106 / VIN: 3ALACVFE5LDKR0294 Haul Truck** | **unknown** | | **$92,000.00** |
| 47.3 **2010 Mack CHU613 / VIN: 1M1AN07Y0AN006712 Dump Truck** | **unknown** | | **$18,000.00** |
| 47.4 **2003 Freightliner FL-80 / VIN: 1FVHBXAK03HL99363 Water Truck** | **unknown** | | **$25,000.00** |
| 47.5 **2018 Freightliner M2 / VIN: 3ALHCYFEXJDJJ7559 Drill Rig** | **unknown** | | **$250,000.00** |
| 47.6 **2021 Ford Bronco / Ford Bronco** | **unknown** | | **$50,000.00** |

| Debtor | **Packet Construction LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
|---|---|---|---|
| 48.1 | **2018 Big Tex Bumper Pull / VIN: 16VDX1426J5013956 Trailer** | unknown | $4,000.00 |
| 48.2 | **2018 Big Tex Enclosed Tool Trl / VIN: 571BE1624JM026623 Trailer** | unknown | $1,500.00 |
| 48.3 | **2017 Big Tex Bumper Pull / VIN: 16VEX2026H2069861 Trailer** | unknown | $1,500.00 |
| 48.4 | **2018 Big Tex Bumper Pull / VIN: 16VEX1820J2090919 Trailer** | unknown | $1,500.00 |
| 48.5 | **2019 Heartland 4701 / Cyclone 5th Wheel** | unknown | $40,000.00 |
| 48.6 | **2018 Big Tex Bumper Pull / VIN: 16VEX202XJ2004940 Trailer** | unknown | $1,500.00 |
| 48.7 | **2018 Lark Trailer / VIN: 571BE1623JM027584 Trailer** | unknown | $1,500.00 |
| 48.8 | **2018 Big Tex Trailer / VIN: 5NHULV626JY033373 Trailer** | unknown | $1,500.00 |
| 48.9 | **2019 MAXXD Trailer / VIN: 5R8GF3223KM061022 Trailer** | unknown | $7,500.00 |
| 48.10 | **2012 Gooseneck PJ / VIN: 4P5FD3224C1176763 Trailer** | unknown | $5,000.00 |
| 48.11 | **2018 Big Tex Bumper Pull / VIN: 16VEX2025J2019622 Trailer** | unknown | $1,500.00 |
| 48.12 | **2013 Ledwell Trailer / VIN: 1L9GA72A9DL033152 Trailer** | unknown | $30,000.00 |

| 49. | **Aircraft and accessories** | | |
|---|---|---|---|
| 49.1 | | | |
| 49.2 | | | |

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
|---|---|---|---|
| | **2014 Caterpillar 289D / VIN: CAT0289DATAW02240 Compact Track Loader** | unknown | $20,000.00 |
| | **2017 Caterpillar 303.5E2CR / VIN: CAT3035EJJWY03023 Hydraulic Excavator** | unknown | $20,000.00 |
| | **2015 Caterpillar 416FST / VIN: KSF02092 CAT Backhoe Loader (blown engine in for repairs)** | unknown | $50,000.00 |
| | **2012 JLG G10-55A Forklift / VIN: 160045918 Forklift** | unknown | $20,000.00 |
| | **2015 Caterpillar 303.5ECR / VIN: CAT3035ETBG800419 Hydraulic Excavator** | unknown | $20,000.00 |
| | **2019 Epiroc SB552 HYD Breaker / VIN: BES117840 Accessory on the 2015 Caterpillar Backhoe** | unknown | $5,000.00 |
| | **2019 Caterpillar Track Type Tractor / VIN: KW207529 D5K2XL** | unknown | $55,000.00 |
| | **Skid steer w/bucket, auger drive & bit** | unknown | $95,250.00 |

| 51. | **Total of Part 8** | | |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | **$840,500.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

| Debtor | **Packet Construction LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Construction equipment storage yard / 8602 Lava Hill Rd Austin, TX 78744-7800** | Lease | $0.00 | | $0.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.packetconstruction.com | unknown | | $1.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Debtor     **Packet Construction LLC** _____     Case number *(if known)* _____
                Name

---

64.  **Other intangibles, or intellectual property**

     _____     _____  _____  _____

65.  **Goodwill**

     _____     _____  _____  _____

66.  **Total of Part 10**                                                    | $1.00 |

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ☑ Yes. Fill in the information below.

                                                                             **Current value of
                                                                             debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

     _____  _____ – _____ = ➔ _____
                              Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____  Tax year _____  _____
     _____  Tax year _____  _____
     _____  Tax year _____  _____

73.  **Interests in insurance policies or annuities**

     _____                       _____

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

     Lawsuit against Michels Power Inc - Breach of Contract _____    **unknown**

     Nature of claim        Labor and Materials
     Amount requested       $606,897.64

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page **8**

Debtor    **Packet Construction LLC**                                              Case number (if known) _____
          Name

---

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

    _____                          _____

    **Nature of claim**        _____

    **Amount requested**       _____

76. **Trusts, equitable or future interests in property**

    _____                          _____

77. **Other property of any kind not already listed** Examples: Season
    tickets, country club membership

    _____                          _____

    _____                          _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $9,180.76 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $20,000.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $786,656.87 | |
| 83. **Investments.** Copy line 17, Part 4. | | |
| 84. **Inventory.** Copy line 23, Part 5. | | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $20,750.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $840,500.00 | |
| 88. **Real property.** Copy line 56, Part 9................................................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $1.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + unknown | |
| 91. **Total.** Add lines 80 through 90 for each column...........................91a. | $1,677,088.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... | | $1,677,088.63 |

---

Fill in this information to identify the case:

Debtor name ___Packet Construction LLC___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name

___Alpine Advance 5 LLC___

**Creditor's mailing address**

___46 Washington Street Suite 6___

___Middletown, CT 06457___

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____
_____
_____
_____

**Describe the lien**

___Merchant Cash Advance___

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: $120,000.00

Column B: unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$3,721,727.65

Debtor   Packet Construction LLC                                    Case number (if known) _____
     Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* — **Amount of claim** — Do not deduct the value of collateral.

*Column B* — **Value of collateral that supports this claim**

**2.2 Creditor's name**

Arsenal Funding

$300,000.00        unknown

**Creditor's mailing address**

8 West 36th Street, 7th Floor

New York, NY 10018

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Debtor | Packet Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** | **Creditor's name**

Arsenal Funding

**Describe debtor's property that is subject to a lien**

_____

$240,000.00      unknown

**Creditor's mailing address**

8 West 36th Street, 7th Floor

New York, NY 10018

_____

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 15

Debtor ___Packet Construction LLC_____    Case number (if known) _____
     Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4  Creditor's name**

CAT Financial

**Creditor's mailing address**

PO Box 340001

Nashville, TN 37203

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** ___ ___ ___ ___
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Caterpillar 416FST, 2019 Epiroc SB552 HYD Breaker

**Describe the lien**

Equipment Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $15,220.42

Column B: $55,000.00

| Debtor | Packet Construction LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.5** **Creditor's name**

CAT Financial

**Creditor's mailing address**

PO Box 340001

Nashville, TN 37203

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Caterpillar Track Type Tractor

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $90,197.55

Column B: $55,000.00

Debtor     Packet Construction LLC                                          Case number (if known) _____
           Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

Centra Funding LLC

**Creditor's mailing address**

1400 Preston Road Suite 115

Houston, TX 75093

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**     __  __  __  __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**     $29,750.40     $30,000.00

2013 Ledwell Trailer

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Packet Construction LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 1:** Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

Fundfi Merchant Funding LLC

**Creditor's mailing address**

352 Fulton Avenue

Hempstead, NY 11550

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | |
|---|---|
| $50,000.00 | unknown |

---

| Debtor | Packet Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.8** **Creditor's name**

JCB Financial, Inc.

**Describe debtor's property that is subject to a lien**

| | | $84,000.00 | unknown |

**Creditor's mailing address**

1715 Morgan Lane

Collegeville, PA 19426

**Describe the lien**

Purchase Money Security

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Packet Construction LLC                                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9 Creditor's name**

North Mill Credit Trust

**Creditor's mailing address**

81 Throckmorton Ave

Mill Valley, CA 94941

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Freightliner M2

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $354,997.28

Value of collateral: $250,000.00

| Debtor | Packet Construction LLC | Case number (if known) |
|--------|-------------------------|------------------------|
| | Name | |

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.10 Creditor's name**

Providence Equipment Finance

**Creditor's mailing address**

aka Providence Bank & Trust

PO Box 706

South Holland, IL 60473

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Gen10 5218 2.3GHz 16-core 2P - Hard Drives, Computer Data Rack, Back up battery, Hard drives back ups

$55,000.00      $10,750.00

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Packet Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.11** **Creditor's name**

Spartan Business Solutions, LLC
d/b/a Spartan Capital

**Creditor's mailing address**

371 E Main St. Suite 2

Middletown, NY 10940

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     _ _  _ _  _ _  _ _

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Includes the 3 combined accounts

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: $252,421.00

Column B: unknown

| Debtor | Packet Construction LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** **Creditor's name**

Territorial Bank of American Samoa

**Creditor's mailing address**

716 Centennial Building

PagoPago, American Samoa, 96799

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Freightliner M2 106

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$88,000.00     $92,000.00

Debtor    Packet Construction LLC _____      Case number (if known) _____
       Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | |

**2.13**   **Creditor's name**

Texas Regional Bank

**Creditor's mailing address**

PO Box 5555

Mcallen, TX 78502-5555

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Ford Bronco

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $44,741.00     Column B: $50,000.00

| Debtor | Packet Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.14 Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

Little Rock Commercial Loan
Servicing Center

2120 Riverfront Drive Suite 100

Little Rock, AR 72202

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

SBA Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,997,400.00

Column B: unknown

| Debtor | Packet Construction LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Alpine Advance 5 LLC<br>228 Park Ave S<br>New York, NY 10003 | Line 2. 1 | __ __ __ __ |
| North Mill Credit Trust<br>9 Executive Circle Suite 230<br>Irvine, CA 92614 | Line 2. 9 | __ __ __ __ |
| Providence Equipment Finance A Division of Providence Bank & Trust<br>1555 S. Ardmore Avenue<br>Villa Park, IL 60181 | Line 2. 10 | __ __ __ __ |
| The Law Office of Jason Gang, PLLC<br>1245 Hewlett Plaza #478<br>Hewlett, NY 11557 | Line 2. 11 | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ Packet Construction LLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    **Packet Construction LLC**
          Name                                                                    Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Arcosa Aggregates

401 S Interstate Highway 45

Ferris, TX 75125

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$544,659.38

---

**3.2** Nonpriority creditor's name and mailing address

Arnold Crushed Stone Inc

PO Box 632

Blum, TX 76627

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials

Is the claim subject to offset?
☑ No
☐ Yes

$18,061.96

---

**3.3** Nonpriority creditor's name and mailing address

Big Bend Services, LLC

PO Box 61226

Midland, TX 79711

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$135,000.00

---

**3.4** Nonpriority creditor's name and mailing address

Braun Intertec

11001 Hampshire Ave S

Minneapolis, MN 55438

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,156.00

Debtor  **Packet Construction LLC**
_____
Name

Case number *(if known)* _____

---

## Part 2: | Additional Page

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$313,436.05** |

**Capital Quarries**

**PO Box 105050**

**Jefferson City, MO 65110**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84,646.34** |

**Conners Construction Inc.**

**2513 U.S. HWY 77**

**Lott, TX 76656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Materials**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,194.70** |

**David Neal LLC**

**899 FM 1947**

**Hillsboro, TX 76645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,274.00** |

**EnviroCon Systems Inc**

**PO Box 673048**

**Houston, TX 77267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Materials**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 3 of 11

Debtor  __**Packet Construction LLC**__                                    Case number *(if known)* _____
         Name

---

## Part 2:  Additional Page

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,953.21 |
|---|---|---|---|

**3.9**
Nonpriority creditor's name and mailing address
Ewald Kubota Inc.

PO Box 1287 71E

Seguin, TX 78156

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$27,953.21

---

**3.10**
Nonpriority creditor's name and mailing address
Force Logistics, LLC

28440 Verde Mountain Trl

San Antonio, TX 78261

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$60,000.00

---

**3.11**
Nonpriority creditor's name and mailing address
HercRentals

27500 Riverview Center Blvd Suite 100

Bonita Springs, FL 34134

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental Trucks

Is the claim subject to offset?
☑ No
☐ Yes

$60,000.00

---

**3.12**
Nonpriority creditor's name and mailing address
HKA Enterprises, Inc

337 Spartangreen Blvd

Duncan, SC 29334

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,023,888.98

---

Debtor    __Packet Construction LLC__                 Case number *(if known)* _____
       Name

## Part 2: Additional Page

### 3.13 Nonpriority creditor's name and mailing address
Landpoint

525 Sawdust Rd #200

Spring, TX 77380

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**      **$16,643.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.14 Nonpriority creditor's name and mailing address
Lonestar Forklift

5300 SE Loop 410

San Antonio, TX 78222

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**      **$13,840.64**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rental Tools/Equipment__

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.15 Nonpriority creditor's name and mailing address
Longview Truck Center

3132 TX-31

Longview, TX 75603

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**      **$38,623.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.16 Nonpriority creditor's name and mailing address
Martin Marietta Materials

1503 LBJ Freeway Suite 400

Dallas, TX 75234

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**      **$31,062.38**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    __Packet Construction LLC__                              Case number *(if known)* _____
          Name

---

| **Part 2:** | Additional Page |

---

**3.17** Nonpriority creditor's name and mailing address

Mid-Tex Testing LLC

1301 New Dallas Hwy

Waco, TX 76705

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$7,904.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

NUCOR Harris Rebar

4700 Singleton Blvd

Dallas, TX 75212

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$41,366.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Materials

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

PTR - Premier Truck Rental

9138 Bluffton Road

Fort Wayne, IN 46809

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$18,879.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Truck Rentals

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

SBM Earthmoving & Construction

7931 N State Line Ave

Texarkana, TX 75503

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$6,378.79**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  __**Packet Construction LLC**__          Case number *(if known)* _____
         Name

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

Simpson Crushed Stone

1948 County Rd 1234

Nemo, TX 76070

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:          **$10,185.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

SIR, LLC

Harwin Dr

Houston, TX 77036

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:          **$420,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract Services

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Southeast Readi-Mix Products Inc

3001 South Boyd Drive

Carlsbad, NM 88220

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:          **$25,914.95**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Southstar Financial, LLC

840 Lowcountry Blvd

Mount Pleasant, SC 29464

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:          **$170,838.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Packet Construction LLC**                                    Case number *(if known)* _____
          Name

---

**Part 2:** Additional Page

---

**3.25** Nonpriority creditor's name and mailing address

Stealth Monitoring Inc

15182 Marsh Lane

Addison, TX 75001

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $12,177.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Camera Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

SunCoast Post-Tension

16825 Northchase Dr Suite 1100

Mill Creek, PA 17060

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $50,203.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

Terracon Consultants, Inc

10841 S Ridgeview Road

Olathe, KS 66061

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $80,782.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Texas First Rentals LLC

Po Box 650869

Dallas, TX 75265-0869

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $21,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Purchase Money Security

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  __Packet Construction LLC_____     Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49,163.63**

TexMix Concrete

PO Box 830

Leander, TX 78646

Date or dates debt was incurred          _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$121,699.39**

United Rentals

100 First Stamford Place Suite 700

Stamford, CT 06902

Date or dates debt was incurred          _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rental Trucks_____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**               page 9 of 11

| Debtor | **Packet Construction LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Caldwell East & Finlayson PLLC** <br> **One Riverwalk Place, 700 North St. Mary's Street Suite 1825** <br> **San Antonio, TX 78205** | Line **3.28** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 | **Deans Stepp Law, LLP** <br> **325 N. Saint Paul St. Suite 1500** <br> **Dallas, TX 75201** | Line **3.1** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 | **Laperouse, P.C.** <br> **5220 Spring Valley Road Suite 615** <br> **Dallas, TX 75254** | Line **3.18** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 | **Marshall & Singleton, PLC** <br> **PO Box 4034** <br> **Jonesboro, AR 72401** | Line **3.5** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor      **Packet Construction LLC**

Name

Case number *(if known)*

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $0.00 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $3,496,934.51 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $3,496,934.51 |

Fill in this information to identify the case:

Debtor name                    Packet Construction LLC

United States Bankruptcy Court for the:
                    Western District of Texas

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.**   Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Commercial Property/Land | Austin Lava, LLC |
| | Contract to be ASSUMED | 3107 Perry Lane |
| **State the term remaining** | 2 months | Austin, TX 78731 |
| **List the contract number of any government contract** | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

Fill in this information to identify the case:

Debtor name **Packet Construction LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | Does the debtor have any codebtors? |
| --- | --- |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 John Miller | PO Box 82668<br>Street<br><br>Austin, TX 78708<br>City  State  ZIP Code | Centra Funding LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | Texas First Rentals LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Spartan Business Solutions, LLC d/b/a Spartan Capital | ☑ D<br>☐ E/F<br>☐ G |
| | | Arsenal Funding | ☑ D<br>☐ E/F<br>☐ G |
| | | Arsenal Funding | ☑ D<br>☐ E/F<br>☐ G |
| | | Alpine Advance 5 LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | Fundfi Merchant Funding LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Miller, John | PO Box 82668<br>Street<br><br>Austin, TX 78708<br>City  State  ZIP Code | Centra Funding LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | Texas First Rentals LLC | ☐ D<br>☑ E/F<br>☐ G |

Official Form 206H  **Schedule H: Codebtors**  page 1 of 2

| Debtor | **Packet Construction LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Spartan Business Solutions, LLC d/b/a Spartan Capital | ☑ D ☐ E/F ☐ G |
| | | Arsenal Funding | ☑ D ☐ E/F ☐ G |
| | | Arsenal Funding | ☑ D ☐ E/F ☐ G |
| | | Alpine Advance 5 LLC | ☑ D ☐ E/F ☐ G |
| | | Fundfi Merchant Funding LLC | ☑ D ☐ E/F ☐ G |
| 2.3 | Street _____ City  State  ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street _____ City  State  ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | Street _____ City  State  ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | Street _____ City  State  ZIP Code | | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name _____ Packet Construction LLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................
   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................
   | $1,677,088.63 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................
   | $1,677,088.63 |

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   | $3,721,727.65 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................
   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................
   + | $3,496,934.51 |

4. **Total liabilities**.................................................................................................................
   | $7,218,662.16 |
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|
| Debtor name _____Packet Construction LLC_____ |
| United States Bankruptcy Court for the:<br>_____Western District of Texas_____ |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to<br>MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | _____$4,727,957.11 |
| **For prior year:** | From <u>01/01/2022</u> to<br>MM/ DD/ YYYY | <u>12/31/2022</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | _____$6,938,398.00 |
| **For the year before that:** | From <u>01/01/2021</u> to<br>MM/ DD/ YYYY | <u>12/31/2021</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | _____$3,267,767.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u> to<br>MM/ DD/ YYYY | Filing date | _____ | _____ |
| **For prior year:** | From <u>01/01/2022</u> to<br>MM/ DD/ YYYY | <u>12/31/2022</u><br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2021</u> to<br>MM/ DD/ YYYY | <u>12/31/2021</u><br>MM/ DD/ YYYY | _____ | _____ |

Debtor **Packet Construction LLC**                      Case number *(if known)*
     Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Eric Dragoo<br>Creditor's name<br><br>Street<br><br><br>City    State   ZIP Code | 10/06/2023 | $75,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Plishty Capital<br>Creditor's name<br><br>Street<br><br><br>City    State   ZIP Code | 8/11/2023 | $56,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. ALFO<br>Creditor's name<br><br>Street<br><br><br>City    State   ZIP Code | 10/4/2023 | $46,316.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Insurance |
| 3.4. Binford Supply<br>Creditor's name<br><br>Street<br><br><br>City    State   ZIP Code | 9/29/2023 | $31,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. Malone Diesel & Automotive<br>Creditor's name<br><br>Street<br><br><br>City    State   ZIP Code | 10/4/2023 | $16,457.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Original Cost |

Debtor  Packet Construction LLC                                    Case number (if known)
        Name

| 3.6. | MiniConcrete Materials Inc | 7/21/2023 | $13,298.57 | ☐ Secured debt |
|------|---------------------------|-----------|------------|---------------|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other _Concrete_ |
| | City          State    ZIP Code | | | |

| 3.7. | Stockenberg Law Firm | 09/13/2023 | $12,928.50 | ☐ Secured debt |
|------|---------------------|-----------|------------|---------------|
| | Creditor's name | | | ☑ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | City          State    ZIP Code | | | |

| 3.8. | Martin Marietta Materials | 8/23/2023 | $11,565.02 | ☐ Secured debt |
|------|--------------------------|-----------|------------|---------------|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other _Insurance_ |
| | City          State    ZIP Code | | | |

| 3.9. | Prosperum Capital | 7/11/2023 | $29,190.06 | ☐ Secured debt |
|------|------------------|-----------|------------|---------------|
| | Creditor's name | | | ☑ Unsecured loan repayments |
| | 8 W 36th St 7th Floor | 7/20/2023 | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | 8/3/2023 | | ☐ Other _____ |
| | New York, NY 10018 | | | |
| | City          State    ZIP Code | | | |

| 3.10. | South Star Financial | 8/7/2023 | $10,000.00 | ☐ Secured debt |
|-------|---------------------|-----------|------------|---------------|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 840 Lowcountry Blvd | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other _Salaries & Wages_ |
| | Mount Pleasant, SC 29464 | | | |
| | City          State    ZIP Code | | | |

| 3.11. | Vulcan Construction Materials | 9/19/2023 | $9,756.35 | ☐ Secured debt |
|-------|------------------------------|-----------|------------|---------------|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 1200 Urban Center Drive | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | Birmingham, AL 35242 | | | |
| | City          State    ZIP Code | | | |

| 3.12. | Ewald Kubota Inc. | 7/24/2023 | $9,600.00 | ☐ Secured debt |
|-------|------------------|-----------|------------|---------------|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | PO Box 1287 71E | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | Seguin, TX 78156 | | | |
| | City          State    ZIP Code | | | |

Debtor    Packet Construction LLC                                                    Case number (if known)
          Name

| 3.13. | Blue Cross Blue Shield of Texas | 10/5/2023 | $9,014.98 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 1001 E Lookout Drive | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☑ Other Employee Benefits |
| | Richardson, TX 75082 | | | |
| | City          State     ZIP Code | | | |

| 3.14. | Dedicated Funding | 7/24/2023 | $16,326.24 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | | | ☑ Unsecured loan repayments |
| | 860 East 4500 South Suite 312 | 9/12/2023 | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | Salt Lake City, UT 84107 | | | |
| | City          State     ZIP Code | | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  John Miller | 10/2022 | $137,890.20 | Payroll W-2 |
| Creditor's name | 11/2022 | | |
| PO Box 82668 | | | |
| Street | 12/2022 | | |
| | 01/2023 | | |
| Austin, TX 78708 | | | |
| City          State     ZIP Code | 02/2023 | | |
| **Relationship to debtor** | 03/2023 | | |
| Owner | 04/2023 | | |
| | 05/2023 | | |
| | 06/2023 | | |
| | 07/2023 | | |
| | 08/2023 | | |
| | 09/2023 | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor __Packet Construction LLC_____     Case number (if known) _____
         Name

| 5.1. | | | |
|---|---|---|---|
| Creditor's name | | | |
| Street | | | |
| City | State | ZIP Code | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Nucor Harris Rebar South, LLC vs Packet Contruction LLC and John Miller Jr | Breach of Contract | 162nd Civil District Court<br>Name<br>600 Commerce Street 7th Floor New Tower<br>Street<br>George L. Allen, Sr. Courts Building<br>Dallas, TX 75202<br>City        State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>DC-22-16821 | | | |
| 7.2. | **Case title**<br>Spartan Business Solutions LLC vs Packet Construction LLC et al | **Nature of case**<br>Breach of Contract | **Court or agency's name and address**<br>Supreme Court County of Monroe<br>Name<br>99 Exchange Blvd 545<br>Street<br>Rochester, NY 14614<br>City        State        ZIP Code | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>E2023011640 | | | |
| 7.3. | **Case title**<br>Arcosa Aggregates, Inc. v. Packet Construction, LLC and John P. Miller | **Nature of case**<br>Suit on Sworn Account | **Court or agency's name and address**<br>Dallas County Court at Law No. 2<br>Name<br>600 Commerce Street<br>Street<br>George L. Allen, Sr. Courts Building<br>Dallas, TX 75202<br>City        State        ZIP Code | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>CC-23-03502-B | | | |

Debtor    Packet Construction LLC                            Case number *(if known)*
      Name

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Capital Quarries Company, Inc. v. Packet Construction, LLC and John Miller | Breach of Contract | Circuit Court of Cole County Missouri <br> Name <br> Po Box 1870 <br> Street <br> Jefferson Cty, MO 65102-1870 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | 23AC-CC00328 | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Packet Construction, LLC vs Michels Power Inc, et al | Breach of Contract | 82nd District Court Falls County, Texas <br> Name <br> PO Box 229 <br> Street <br> Marlin, TX 76661 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | CV41313 | | | |

**8.**    **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | **Case title** | **Court name and address** |
| | | | Name |
| | City    State    ZIP Code | **Case number** | Street |
| | | **Date of order or assignment** | City    State    ZIP Code |

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.**    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

Debtor    23-10860-cgb  Doc#1  Filed 10/12/23  Entered 10/12/23 08:38:08  Main Document  Pg 57 of 75
          Packet Construction LLC                                    Case number (if known)
          Name

| Part 5: | Certain Losses |
|---------|----------------|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. Cargo trailer with tools inside | none | 07/27/2023 | $20,000.00 |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| The Lane Law Firm | Attorney's Fee | 10/04/2023 | $30,000.00 |
| **Address** | | | |
| 6200 Savoy Dr Ste 1150 | | | |
| Street | | | |
| | | | |
| Houston, TX 77036-3369 | | | |
| City          State     ZIP Code | | | |
| **Email or website address** | | | |
| billing@lanelaw.com | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |
| | | | |

Debtor    Packet Construction LLC                                        Case number *(if known)*
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |
| | | | |
| **Address** | | | |
| | | | |
| Street | | | |
| | | | |
| City                State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
| --- | --- |
| 14.1. 15291 Fm 150 W<br>Street | From  12/14/2016    To  11/17/2021 |
| Driftwood, TX 78619-9281<br>City              State    ZIP Code | |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor _____    Case number (if known) _____
      Packet Construction LLC
      Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street | _____ | _____ |

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|
| _____ <br> City    State   ZIP Code | _____ <br><br> _____ | *Check all that apply:* <br> ☐ Electronically <br><br> ☐ Paper |

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City  State  ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

Debtor     Packet Construction LLC                                     Case number *(if known)*
        Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City     State     ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City     State     ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City     State     ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    Packet Construction LLC                                                Case number (*if known*)
                Name

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor  Packet Construction LLC                                    Case number *(if known)*

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.
_____          _____          EIN: __ __ – __ __ __ __ __ __ __
Name

_____                                   **Dates business existed**
Street

_____                                   From _____  To _____

City          State     ZIP Code

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26a.1.
_____          From _____  To _____
Name

_____
Street

_____

City          State     ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. Randy Van Camp, CPA, LLC                   From _____  To Present Day
Name

171 Benney Lane
Street

Dripping Springs, TX 78620
City          State     ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
John Miller                                       _____
Name

PO Box 82668                                      _____
Street                                            _____

Austin, TX 78708
City          State     ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

23-10860-cgb  Doc#1  Filed 10/12/23  Entered 10/12/23 08:38:08  Main Document  Pg 63 of 75

| Name and address |
|---|

26d.1. _____
Name

_____
Street

_____

_____
City                          State               ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

_____
Street

_____

_____
City                          State               ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Miller | PO Box 82668 Austin, TX 78708 | President, Owner | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ <br> To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor    Packet Construction LLC        Case number *(if known)*
       Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. John Miller <br> Name | $11,490.85 | 10/2022 | Payroll for Owner |
| PO Box 82668 <br> Street | $11,490.85 | 11/2022 | |
| | $11,490.85 | 12/2022 | |
| | $11,490.85 | 01/2023 | |
| Austin, TX 78708 <br> City    State    ZIP Code | $11,490.85 | 02/2023 | |
| **Relationship to debtor** | $11,490.85 | 03/2023 | |
| Owner | $11,490.85 | 04/2023 | |
| | $11,490.85 | 05/2023 | |
| | $11,490.85 | 06/2023 | |
| | $11,490.85 | 07/2023 | |
| | $11,490.85 | 08/2023 | |
| | $11,490.85 | 09/2023 | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     10/12/2023
       MM/ DD/ YYYY

**X** /s/ John Miller        Printed name        John Miller
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     President

Debtor    Packet Construction LLC _____    Case number (if known) _____
         Name

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**     Packet Construction LLC

Case No. _____

**Debtor**                                          Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................................................................    $47,500.00

Prior to the filing of this statement I have received ..........................................................................    $30,000.00

Balance Due ....................................................................................................................................    $17,500.00

2.    The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 10/12/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

---

Page 2 of 2

ALPINE ADVANCE 5 LLC
46 WASHINGTON STREET SUITE 6
MIDDLETOWN, CT 06457


ALPINE ADVANCE 5 LLC
228 PARK AVE S
NEW YORK, NY 10003


ARCOSA AGGREGATES
401 S INTERSTATE HIGHWAY 45
FERRIS, TX 75125


ARNOLD CRUSHED STONE INC
PO BOX 632
BLUM, TX 76627


ARSENAL FUNDING
8 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NY 10018


AUSTIN LAVA, LLC
3107 PERRY LANE
AUSTIN, TX 78731


BIG BEND SERVICES, LLC
PO BOX 61226
MIDLAND, TX 79711


BRAUN INTERTEC
11001 HAMPSHIRE AVE S
MINNEAPOLIS, MN 55438

CALDWELL EAST &
FINLAYSON PLLC
ONE RIVERWALK PLACE, 700 NORTH ST.
MARY'S STREET SUITE 1825
SAN ANTONIO, TX 78205

CAPITAL QUARRIES
PO BOX 105050
JEFFERSON CITY, MO 65110

CAT FINANCIAL
PO BOX 340001
NASHVILLE, TN 37203

CENTRA FUNDING LLC
1400 PRESTON ROAD SUITE 115
HOUSTON, TX 75093

CONNERS CONSTRUCTION
INC.
2513 U.S. HWY 77
LOTT, TX 76656

DAVID NEAL LLC
899 FM 1947
HILLSBORO, TX 76645

DEANS STEPP LAW, LLP
325 N. SAINT PAUL ST. SUITE 1500
DALLAS, TX 75201

ENVIROCON SYSTEMS INC
PO BOX 673048
HOUSTON, TX 77267

EWALD KUBOTA INC.
PO BOX 1287 71E
SEGUIN, TX 78156


FORCE LOGISTICS, LLC
28440 VERDE MOUNTAIN TRL
SAN ANTONIO, TX 78261


FUNDFI MERCHANT FUNDING
LLC
352 FULTON AVENUE
HEMPSTEAD, NY 11550


HERCRENTALS
27500 RIVERVIEW CENTER BLVD SUITE
100
BONITA SPRINGS, FL 34134


HKA ENTERPRISES, INC
337 SPARTANGREEN BLVD
DUNCAN, SC 29334


JCB FINANCIAL, INC.
1715 MORGAN LANE
COLLEGEVILLE, PA 19426


JOHN MILLER
PO BOX 82668
AUSTIN, TX 78708


LANDPOINT
525 SAWDUST RD #200
SPRING, TX 77380

LAPEROUSE, P.C.
5220 SPRING VALLEY ROAD SUITE 615
DALLAS, TX 75254


LONESTAR FORKLIFT
5300 SE LOOP 410
SAN ANTONIO, TX 78222


LONGVIEW TRUCK CENTER
3132 TX-31
LONGVIEW, TX 75603


MARSHALL & SINGLETON, PLC
PO BOX 4034
JONESBORO, AR 72401


MARTIN MARIETTA
MATERIALS
1503 LBJ FREEWAY SUITE 400
DALLAS, TX 75234


MID-TEX TESTING LLC
1301 NEW DALLAS HWY
WACO, TX 76705


JOHN MILLER
PO BOX 82668
AUSTIN, TX 78708


NORTH MILL CREDIT TRUST
81 THROCKMORTON AVE
MILL VALLEY, CA 94941

NORTH MILL CREDIT TRUST
9 EXECUTIVE CIRCLE SUITE 230
IRVINE, CA 92614


NUCOR HARRIS REBAR
4700 SINGLETON BLVD
DALLAS, TX 75212


PACKET CONSTRUCTION LLC
14205 N MOPAC EXPRESSWAY 514
AUSTIN, TX 78728


PROVIDENCE EQUIPMENT
FINANCE
AKA PROVIDENCE BANK & TRUST
PO BOX 706
SOUTH HOLLAND, IL 60473


PROVIDENCE EQUIPMENT
FINANCE A DIVISION OF
PROVIDENCE BANK & TRUST
1555 S. ARDMORE AVENUE
VILLA PARK, IL 60181


PTR - PREMIER TRUCK
RENTAL
9138 BLUFFTON ROAD
FORT WAYNE, IN 46809


SBM EARTHMOVING &
CONSTRUCTION
7931 N STATE LINE AVE
TEXARKANA, TX 75503


SIMPSON CRUSHED STONE
1948 COUNTY RD 1234
NEMO, TX 76070

S I R, LLC
HARWIN DR
HOUSTON, TX 77036


SOUTHEAST READI-MIX
PRODUCTS INC
3001 SOUTH BOYD DRIVE
CARLSBAD, NM 88220


SOUTHSTAR FINANCIAL, LLC
840 LOWCOUNTRY BLVD
MOUNT PLEASANT, SC 29464


SPARTAN BUSINESS
SOLUTIONS, LLC D/B/A
SPARTAN CAPITAL
371 E MAIN ST. SUITE 2
MIDDLETOWN, NY 10940


STEALTH MONITORING INC
15182 MARSH LANE
ADDISON, TX 75001


SUNCOAST POST-TENSION
16825 NORTHCHASE DR SUITE 1100
MILL CREEK, PA 17060


TERRACON CONSULTANTS,
INC
10841 S RIDGEVIEW ROAD
OLATHE, KS 66061


TERRITORIAL BANK OF
AMERICAN SAMOA
716 CENTENNIAL BUILDING
PAGOPAGO, AMERICAN SAMOA96799

TEXAS FIRST RENTALS LLC
PO BOX 650869
DALLAS, TX 75265-0869


TEXAS REGIONAL BANK
PO BOX 5555
MCALLEN, TX 78502-5555


TEXMIX CONCRETE
PO BOX 830
LEANDER, TX 78646


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


THE LAW OFFICE OF JASON
GANG, PLLC
1245 HEWLETT PLAZA #478
HEWLETT, NY 11557


U.S. SMALL BUSINESS
ADMINISTRATION
LITTLE ROCK COMMERCIAL LOAN
SERVICING CENTER
2120 RIVERFRONT DRIVE SUITE 100
LITTLE ROCK, AR 72202


UNITED RENTALS
100 FIRST STAMFORD PLACE SUITE 700
STAMFORD, CT 06902

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Packet Construction LLC**                                          CASE NO

                                                                            CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____10/12/2023_____     Signature _____/s/ John Miller_____

                                                                            John Miller, President