**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE: § | |
| PACKET CONSTRUCTION LLC § | |
| § | |
| § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-10860 |

**BALANCE SHEET**

# Packet Construction LLC

## Balance Sheet
### As of September 29, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Packet Construction Payroll | 18,303.87 |
|       Texas Regional Bank | 8,678.75 |
|     **Total Bank Accounts** | **$26,982.62** |
|     Other Current Assets | |
|       Credit Card Deposit - Asset | 13,235.00 |
|     **Total Other Current Assets** | **$13,235.00** |
|   **Total Current Assets** | **$40,217.62** |
|   Fixed Assets | |
|     Machinery & Equipment | |
|       Original cost | 1,151,373.65 |
|     **Total Machinery & Equipment** | **1,151,373.65** |
|   **Total Fixed Assets** | **$1,151,373.65** |
|   Other Assets | |
|     Goodwill | 445,000.00 |
|   **Total Other Assets** | **$445,000.00** |
| **TOTAL ASSETS** | **$1,636,591.27** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Other Current Liabilities | |
|         Loan Payable | 76,988.24 |
|       **Total Other Current Liabilities** | **$76,988.24** |
|     **Total Current Liabilities** | **$76,988.24** |
|     Long-Term Liabilities | |
|       Notes Payable - Cat Financial | -11,368.06 |
|       Notes Payable - Dedicated Funding | -20,781.35 |
|       Notes Payable - Marlin Capital | 2,413.17 |
|       Notes Payable - Providence Equipment | 92,117.70 |
|       SBA Loan | 1,997,400.00 |
|     **Total Long-Term Liabilities** | **$2,059,781.46** |
|   **Total Liabilities** | **$2,136,769.70** |
|   Equity | |
|     Opening Balance Equity | 18,013.31 |
|     Owner's Investment | -17,192.53 |
|     Retained Earnings | -712,406.20 |
|     Net Income | 211,406.99 |
|   **Total Equity** | **$ -500,178.43** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,636,591.27** |