**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| **PACKET CONSTRUCTION LLC** § | |
| § | |
| § | |
| **DEBTOR** § | **BANKRUPTCY CASE NO. 23-10860** |

<u>**CASH FLOW STATEMENT**</u>

# Packet Construction LLC

## Statement of Cash Flows
January - September, 2023

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
|   Net Income | -1,111,243.21 |
|   Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|     Accounts Receivable (A/R) | 212,959.72 |
|     Accounts Payable (A/P) | 1,109,690.48 |
|     Loan Payable | 12,494.67 |
|   **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | 1,335,144.87 |
| **Net cash provided by operating activities** | **$223,901.66** |
| **FINANCING ACTIVITIES** | |
|   Notes Payable - Cat Financial | -14,866.66 |
|   Notes Payable - Dedicated Funding | -46,262.34 |
|   Notes Payable - Marlin Capital | -6,644.68 |
|   Notes Payable - Providence Equipment | -15,359.74 |
|   Owner's Investment | -112,411.37 |
| **Net cash provided by financing activities** | **$ -195,544.79** |
| **NET CASH INCREASE FOR PERIOD** | **$28,356.87** |
| Cash at beginning of period | -1,374.25 |
| **CASH AT END OF PERIOD** | **$26,982.62** |