**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| **PACKET CONSTRUCTION LLC** § | |
| § | |
| § | |
| **DEBTOR** § | **BANKRUPTCY CASE NO. 23-10860** |

**STATEMENT OF OPERATIONS**

# Packet Construction LLC

## Profit and Loss
### January 1 - September 29, 2023

|  | TOTAL |
|---|---:|
| **Income** | |
|   Sales | 4,727,957.11 |
| **Total Income** | **$4,727,957.11** |
| **GROSS PROFIT** | **$4,727,957.11** |
| **Expenses** | |
|   Bank Charges & Fees | 14,360.42 |
|   Car & Truck | 499.40 |
|   Contractors | 182,349.88 |
|   Employee Benefits | 10,597.30 |
|   Equipment Fuel | 131,022.91 |
|   Equipment Lease | 168,244.02 |
|   Equipment Rental | 374,749.85 |
|   Equipment Repair and Maintenance | 11,821.48 |
|   Insurance | 114,333.43 |
|   Interest Paid | 56,000.00 |
|   Job Supplies | 876,793.04 |
|     Aggregate | 302,215.01 |
|     Concrete | 207,986.79 |
|     Rebar | 53,202.76 |
| **Total Job Supplies** | **1,440,197.60** |
|   Legal & Professional Services | 45,217.60 |
|   Material Testing Services | 30,714.77 |
|   Office Supplies & Software | 1,914.12 |
|   Rent & Lease | 23,684.25 |
|   Salaries & Wages | 1,699,819.48 |
|   Survey | 27,212.19 |
|   Taxes & Licenses | 5,454.14 |
|   Travel | 326.89 |
|   Unapplied Cash Bill Payment Expense | 175,000.00 |
|   Uncategorized Expense | 169.50 |
|   Utilities | 2,860.89 |
| **Total Expenses** | **$4,516,550.12** |
| **NET OPERATING INCOME** | **$211,406.99** |
| **NET INCOME** | **$211,406.99** |