**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE: § | |
| PACKET CONSTRUCTION LLC § | |
| § | |
| § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-10860 |

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Packet Construction LLC ("Debtor") and files this Motion for Authority to Use Cash Collateral and Request for Emergency Consideration pursuant to 11 U.S.C. § 363. The Debtor presents this motion and respectfully represents the following:

1. On October 12, 2023 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code") and is now operating its business as a Debtor-In-Possession.

2. The Debtor continue the management and operation of its civil construction for electric utilities and site work for foundations of substations and powerlines business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

3. A search in the Texas Secretary of State shows that allegedly secured positions are held, in order of priority, by: The U.S. Small Business Administration, Fundfi Merchant Funding, Prosperum Capital Partners Loan #1, Prosperum Capital Partners Loan #2, Spartan Capital and Alpine Advance 5 LLC. *See* Exhibit B.

4. Debtor seeks to use the cash collateral to operate the business as set forth in the budget attached as Exhibit A.

6. Emergency Consideration: The Debtor depends on the use of cash collateral for payroll, insurance, and general operating expenses. Revenue is generated through the Debtor's business of management and operation of its civil construction for electric utilities and site work for foundations of substations and powerlines business.

7. It is critical to the operation of the Debtor's business, and to its reorganization efforts, that it be permitted to pay these expenses using cash collateral. Debtor produces revenue from its management and operation of its civil construction for electric utilities and site work for foundations of substations and powerlines business and would use such revenue to pay the budgeted expenses. Moreover, such revenue will be deposited by Debtor in its DIP operating account pending entry of an order allowing use of cash collateral or consent by lien holders.

8. Attached as Exhibit "A" is a 14- and 30-day budget for the Debtor, showing projected income and expenses. The amounts listed are reasonable and good faith estimations of what the Debtor needs to spend each month to continue the operations of its business and reorganize.

9. In addition to Exhibit A, the following Exhibit is also attached:

| | |
|---|---|
| Exhibit B | UCC Lien Search |
| Exhibit C | Declaration of John Miller |

10. Debtor requests authority to use the cash collateral for expenses set forth on Exhibit "A" and any other unforeseeable expenses that may arise and pose a threat to the Debtor's continued operations. Specifically, the Debtor requests authority to use the cash collateral to pay up to 110% of each expense in Exhibit A, so long as the total of cash collateral spent during the month does not exceed by more than 5% of that month's total in Exhibit A.

11. This "First Day Motion" is being filed alongside the Voluntary Petition under the Court's Standing Order on First Day Motions in Chapter 11 cases.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests this matter be set for an emergency hearing and that upon hearing, the Court will enter an Interim Order authorizing the Debtor's use of the cash collateral in the amounts set forth in Exhibit "A" and for such other and further relief as the Debtor may show itself justly entitled.

    Respectfully submitted,

    THE LANE LAW FIRM, PLLC
    */s/Robert C. Lane*
    Robert C. Lane
    State Bar No. 24046263
    notifications@lanelaw.com
    Joshua Gordon
    State Bar No. 24091592
    Joshua.gordon@lanelaw.com
    6200 Savoy, Suite 1150
    Houston, Texas 77036
    (713) 595-8200 Voice
    (713) 595-8201 Facsimile
    PROPOSED COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Motion for Use of Cash Collateral was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on October 12, 2023:

<u>Debtor:</u>
Packet Construction LLC
14205 N Mopac Expy #514
Austin, Texas 78728

<u>US Trustee:</u>
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

<u>Additional Notices via Electronic Communication</u>:

Bass, Steven (USATXW) Steven.Bass@usdoj.gov

jason@jasongang.com

frank@spartancapitalgroup.com

apps@prosperumcapital.com

Ops@Alpineadvance.net

eryn@fundfimerchantfunding.com

mitchell@fundfimerchantfunding.com

                                                      */s/Robert C. Lane*
                                                      Robert C. Lane

```
Label Matrix for local noticing        Packet Construction LLC                United States Trustee (SMG111)
0542-1                                  PO Box 82668                           United States Trustee
Case 23-10860-cgb                       Austin, TX 78708-2668                  903 San Jacinto Blvd, Suite 230
Western District of Texas                                                      Austin, TX 78701-2450
Austin
Thu Oct 12 09:09:50 CDT 2023

U.S. BANKRUPTCY COURT                   Alpine Advance 5 LLC                   Alpine Advance 5 LLC
903 SAN JACINTO, SUITE 322              228 Park Ave S                         46 Washington Street Suite 6
AUSTIN, TX 78701-2450                   New York, NY 10003-1502                Middletown, CT 06457-2861


Arcosa Aggregates                       Arnold Crushed Stone Inc               Arsenal Funding
401 S Interstate Highway 45             PO Box 632                             8 West 36th Street, 7th Floor
Ferris, TX 75125-8801                   Blum, TX 76627-0632                    New York, NY 10018-9774


Austin Lava, LLC                        Big Bend Services, LLC                 Braun Intertec
3107 Perry Lane                         PO Box 61226                           11001 Hampshire Ave S
Austin, TX 78731-5341                   Midland, TX 79711-1226                 Minneapolis, MN 55438-2424


(p)CATERPILLAR FINANCIAL SERVICES CORPORATION   Caldwell East & Finlayson PLLC   Capital Quarries
2120 WEST END AVENUE                    One Riverwalk Place, 700 North St. Mary&   PO Box 105050
NASHVILLE TN 37203-5341                 San Antonio, TX 78205                  Jefferson City, MO 65110-5050


Centra Funding LLC                      Conners Construction Inc.              David Neal LLC
1400 Preston Road Suite 115             2513 U.S. HWY 77                       899 FM 1947
Houston, TX 77002                       Lott, TX 76656-3595                    Hillsboro, TX 76645-5157


Deans Stepp Law, LLP                    EnviroCon Systems Inc                  Ewald Kubota Inc.
325 N. Saint Paul St. Suite 1500        PO Box  673048                         PO Box 1287 71E
Dallas, TX 75201-3891                   Houston, TX 77267-3048                 Seguin, TX 78156-1287


Force Logistics, LLC                    Fundfi Merchant Funding LLC            HKA Enterprises, Inc
28440 Verde Mountain Trl                352 Fulton Avenue                      337 Spartangreen Blvd
San Antonio, TX 78261-2528              Hempstead, NY 11550-3941               Duncan, SC 29334-9220


HercRentals                             JCB Financial, Inc.                    John Miller
27500 Riverview Center Blvd Suite 100   1715 Morgan Lane                       PO Box 82668
Bonita Springs, FL 34134-4328           Collegeville, PA 19426-2875            Austin, TX 78708-2668


Landpoint                               Laperouse, P.C.                        Lonestar Forklift
525 Sawdust Rd #200                     5220 Spring Valley Road Suite 615      5300 SE Loop 410
Spring, TX 77380-2386                   Dallas, TX 75254-2431                  San Antonio, TX 78222-3922
```

| | | |
|---|---|---|
| Longview Truck Center<br>3132 TX-31<br>Longview, TX 75603 | (p)MARSHALL & SINGLETON PLC<br>P O BOX 1955<br>JONESBORO AR 72403-1955 | Martin Marietta Materials<br>1503 LBJ Freeway Suite 400<br>Dallas, TX 75234-6007 |
| Mid-Tex Testing LLC<br>1301 New Dallas Hwy<br>Waco, TX 76705-2428 | NUCOR Harris Rebar<br>4700 Singleton Blvd<br>Dallas, TX 75212-3333 | North Mill Credit Trust<br>81 Throckmorton Ave<br>Mill Valley, CA 94941-1930 |
| North Mill Credit Trust<br>9 Executive Circle Suite 230<br>Irvine, CA 92614-4701 | PTR - Premier Truck Rental<br>9138 Bluffton Road<br>Fort Wayne, IN 46809-3057 | Packet Construction LLC<br>14205 N Mopac Expressway 514<br>Austin, TX 78728 |
| Providence Equipment Finance<br>aka Providence Bank & Trust<br>PO Box 706<br>South Holland, IL 60473-0706 | Providence Equipment Finance A Division of P<br>1555 S. Ardmore Avenue<br>Villa Park, IL 60181-3407 | SBM Earthmoving & Construction<br>7931 N State Line Ave<br>Texarkana, TX 75503-1945 |
| SIR, LLC<br>Harwin Dr<br>Houston, TX 77036 | Simpson Crushed Stone<br>1948 County Rd 1234<br>Nemo, TX 76070-3003 | Southeast Readi-Mix Products Inc<br>3001 South Boyd Drive<br>Carlsbad, NM 88220-4709 |
| (p)SOUTHSTAR FINANCIAL LLC<br>ATTN SOUTHSTAR FINANCIAL LLC<br>840 LOWCOUNTRY BLVD<br>MOUNT PLEASANT SC 29464-3000 | Spartan Business Solutions, LLC d/b/a Sparta<br>371 E Main St. Suite 2<br>Middletown, NY 10940-3435 | Stealth Monitoring Inc<br>15182 Marsh Lane<br>Addison, TX 75001-8047 |
| SunCoast Post-Tension<br>16825 Northchase Dr Suite 1100<br>Mill Creek, PA 17060 | Terracon Consultants, Inc<br>10841 S Ridgeview Road<br>Olathe, KS 66061-6456 | TexMix Concrete<br>PO Box 830<br>Leander, TX 78646-0830 |
| Texas First Rentals LLC<br>Po Box 650869<br>Dallas, TX 75265-0869 | Texas Regional Bank<br>PO Box 5555<br>Mcallen, TX 78502-5555 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |
| The Law Office of Jason Gang, PLLC<br>1245 Hewlett Plaza #478<br>Hewlett, NY 11557-4021 | U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Ce<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 | United Rentals<br>100 First Stamford Place Suite 700<br>Stamford, CT 06902-9200 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Robert Chamless Lane<br>The Lane Law Firm, PLLC<br>6200 Savoy Dr, Suite 1150<br>Houston, TX 77036-3369 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAT Financial | Marshall & Singleton, PLC | Southstar Financial, LLC |
| PO Box 340001 | PO Box 4034 | 840 Lowcountry Blvd |
| Nashville, TN 37203 | Jonesboro, AR 72401 | Mount Pleasant, SC 29464 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Territorial Bank of American Samoa | End of Label Matrix |
| 716 Centennial Building | Mailable recipients  58 |
| PagoPago, American Samoa96799 | Bypassed recipients   1 |
| | Total                59 |