**14-DAY AND 30-DAY BUDGET**

| INCOME | DAYS 1-14 | DAYS 15-30 | 30 DAY TOTALS |
|---|---|---|---|
| **Opening Cash:** | **$9,180.76** | **$55,228.76** | |
| **Projected Cash Receipts:** | **$562,998.00** | **$548,250.00** | **$1,111,248.00** |
| EMPLOYEE PAYROLL | $135,000.00 | $135,000.00 | $270,000.00 |
| PAYROLL TAXES | $10,000.00 | $10,000.00 | $20,000.00 |
| Office Lease/Buiding Payment | $2,000.00 | $2,000.00 | $4,000.00 |
| UTILITIES (Phone & Power) | $750.00 | $750.00 | $1,500.00 |
| Job Supplies (concrete, rebar, rock) | $300,000.00 | $350,000.00 | $650,000.00 |
| Fleet Cost (maintenance, fuel, etc) | $20,000.00 | $20,000.00 | $40,000.00 |
| EQUIPMENT RENTAL/LEASES | $40,000.00 | $40,000.00 | $80,000.00 |
| Insurance | $6,000.00 | $6,000.00 | $12,000.00 |
| Software License | $200.00 | $0.00 | $200.00 |
| ATTORNEY FEES | $1,500.00 | $1,500.00 | $3,000.00 |
| SUBCHAPTER V TRUSTEE | $1,500.00 | $0.00 | $1,500.00 |
| **TOTAL PROJECTED CASH DISBURSEMENTS** | **$516,950.00** | **$565,250.00** | **$1,082,200.00** |
| **CASH ON HAND AFTER DISBURSEMENTS** | **$55,228.76** | **$38,228.76** | **$38,228.76** |

EXHIBIT A