# TEXAS SECRETARY of STATE
# JANE NELSON

**Debtor Name Search**

This debtor name search was performed on 10/06/2023 10:37 AM with the following search parameters:
**DEBTOR NAME:** PACKET CONSTRUCTION, LLC
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | 18-0000596685 | Financing Statement | 01/05/2018 11:17 AM | 1 | 01/06/2023 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W. DRIFTWOOD, TX, 78619 |
| Secured Party | CATERPILLAR FINANCIAL SERVICES CORPORATION | 2120 WEST END AVE NASHVILLE, TN, 37203-0986 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | 18-0018296863 | Financing Statement | 05/24/2018 12:51 PM | 1 | 05/24/2023 |
| ☐ |  | 20-00213625 | Termination | 05/30/2020 06:04 AM | 1 | n/a |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W. DRIFTWOOD, TX, 78619 |
| Secured Party | CATERPILLAR FINANCIAL SERVICES CORPORATION | 2120 WEST END AVE NASHVILLE, TN, 37203-0986 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | 18-0018651373 | Financing Statement | 05/29/2018 12:16 PM | 1 | 05/30/2023 |
| ☐ |  | 20-00258638 | Termination | 06/15/2020 12:03 PM | 1 | n/a |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W. DRIFTWOOD, TX, 78619 |
| Secured Party | CATERPILLAR FINANCIAL SERVICES CORPORATION | 2120 WEST END AVE NASHVILLE, TN, 37203-0986 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | 18-0035658288 | Financing Statement | 10/09/2018 02:51 PM | 1 | 10/09/2023 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 8300 WINTERSTEIN DRIVE AUSTIN, TX, 78745 |
| Debtor | RODRILL, INC. | P.O. BOX 489 SAN ANTONIO, TX, 78209 |
| Secured Party | CASAGRANDE USA, INC. | 290 NORTH CHURCH ROAD SPARTA, NJ, 07871 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | 18-0041680311 | Financing Statement | 11/29/2018 09:23 AM | 1 | 11/29/2023 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W DRIFTWOOD, TX, 78616 |
| Secured Party | BRAVO CAPITAL, LLC | 3415 GREYSTONE DRIVE, SUITE 210 AUSTIN, TX, 78731 |

EXHIBIT 4

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🔖 | **18-0043905878** | **Financing Statement** | 12/17/2018 02:06 PM | 2 | 12/18/2023 |
| ☐ | 🔖 | 19-00349172 | Termination | 09/11/2019 05:00 PM | 2 | n/a |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Debtor | PACKET ENTERPRISES, LLC | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Debtor | JOHN PAUL MILLER JR | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Secured Party | KALAMATA CAPITAL GROUP | 80 BROAD ST NEW YORK, NY, 10004 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🔖 | **18-0044166969** | **Financing Statement** | 12/19/2018 08:54 AM | 1 | 12/19/2023 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W. DRIFTWOOD, TX, 78619 |
| Secured Party | CATERPILLAR FINANCIAL SERVICES CORPORATION | 2120 WEST END AVE NASHVILLE, TN, 37203-0986 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🔖 | **19-0010352293** | **Financing Statement** | 03/22/2019 01:06 PM | 1 | 03/22/2024 |
| ☐ | 🔖 | 19-00193409 | Termination | 05/23/2019 08:42 AM | 1 | n/a |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 8300 WINTERSTEIN DRIVE AUSTIN, TX, 78745 |
| Debtor | RODRILL, INC. | 11670 1H 10 EAST CONVERSE, TX, 78109 |
| Secured Party | CASAGRANDE USA, INC. | 290 NORTH CHURCH ROAD SPARTA, NJ, 07871 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🔖 | **19-0038866162** | **Financing Statement** | 10/11/2019 02:43 PM | 1 | 10/11/2024 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION LLC | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Debtor | JOHN MILLER | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Secured Party | COMPLETE BUSINESS SOLUTIONS GROUP, INC. | 22 N 3RD ST PHILADELPHIA, PA, 19106 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 🔖 | **19-0040531295** | **Financing Statement** | 10/25/2019 10:42 AM | 1 | 10/25/2024 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Debtor | JOHN PAUL MILLER Jr | 15291 FM 150 W DRIFTWOOD, TX, 78619 |

| Secured Party | CAPITALPLUS CONSTRUCTION SERVICES, LLC | 2510 SOLWAY RD KNOXVILLE, TN, 37931 |

Records 1 to 10 of 36 scroll  [ Next >> ]   OR   proceed to page [     ] of 5 pages  [ GO ]

Select All Filings: ☐
[ Order Selected Filings ]  [ Order Certificate ]  [ New Search ]

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.

# TEXAS SECRETARY of STATE
# JANE NELSON

**Debtor Name Search**

This debtor name search was performed on 10/06/2023 10:37 AM with the following search parameters:
**DEBTOR NAME:** PACKET CONSTRUCTION, LLC
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 20-0016756845 | Financing Statement | 05/06/2020 03:43 PM | 1 | 05/06/2025 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION LLC | 15291 FM 150 WEST<br>DRIFTWOOD, TX, 78619-9281 |
| Secured Party | AEL CAPITAL, LLC | 1301 W. 25TH STREET, SUITE 510<br>AUSTIN, TX, 78705 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 20-0019649283 | Financing Statement | 05/24/2020 09:29 AM | 1 | 05/27/2025 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | U.S. SMALL BUSINESS ADMINISTRATION | 10737 GATEWAY WEST, #300<br>EL PASO, TX, 79935 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 20-0028394290 | Financing Statement | 06/26/2020 02:57 PM | 1 | 06/26/2025 |
| ☐ | | 21-00147836 | Termination | 04/14/2021 10:07 AM | 1 | n/a |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 20-0038464633 | Financing Statement | 07/27/2020 09:20 AM | 3 | 07/28/2025 |
| ☐ | | 21-00208397 | Termination | 05/20/2021 11:13 AM | 1 | n/a |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Debtor | PACKET CONSTRUCTION LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Debtor | PACKET ENTERPRISES, LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Debtor | MILLER DRIFTWOOD LAND MANAGEMENT LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Debtor | JOHN PAUL MILLER Jr | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|

| | | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **20-0043347366** | **Financing Statement** | 08/17/2020 04:10 PM | 3 | 08/18/2025 |
| ☐ | | 21-00336535 | Termination | 08/05/2021 11:59 AM | 1 | n/a |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Debtor | MILLER DRIFTWOOD LAND MANAGEMENT LLC | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Debtor | BIRDIE DEVELOPMENT, INC. | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Debtor | JOHN PAUL JR MILLER | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700; ATTN: SPRS GLENDALE, CA, 91203 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **20-0047938659** | **Financing Statement** | 09/14/2020 09:00 AM | 1 | 09/15/2025 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W. DRIFTWOOD, TX, 78619-9281 |
| Secured Party | CATERPILLAR FINANCIAL SERVICES CORPORATION | 2120 WEST END AVE NASHVILLE, TN, 37209 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **20-0050539458** | **Financing Statement** | 09/30/2020 01:52 PM | 1 | 09/30/2025 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION LLC | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Secured Party | MARLIN BUSINESS BANK | 2795 E COTTONWOOD PKWY SALT LAKE CITY, UT, 84121 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **20-0051859828** | **Financing Statement** | 10/09/2020 09:34 AM | 1 | 10/09/2025 |
| ☐ | | 21-00206469 | Termination | 05/19/2021 11:00 AM | 1 | n/a |
| ☐ | | 21-00206470 | Termination | 05/19/2021 11:00 AM | 1 | n/a |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC. | 15291 FM 150 WEST DRIFTWOOD, TX, 78619 |
| Debtor | JOHN PAUL MILLER | 15291 FM 150 WEST DRIFTWOOD, TX, 78619 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576 UCCSPREP@CSCGLOBAL.COM SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **21-0009118274** | **Financing Statement** | 03/09/2021 10:18 AM | 2 | 03/09/2026 |
| ☐ | | 21-00233781 | Collateral Change | 06/04/2021 05:00 PM | 2 | n/a |
| ☐ | | 22-00378690 | Collateral Change | 07/27/2022 05:00 PM | 2 | n/a |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W DRIFTWOOD, TX, 78619-9281 |
| Secured Party | PROVIDENCE EQUIPMENT FINANCE, A DIVISION OF PROVIDENCE BANK & TRUST | 1555 S. ARDMORE AVENUE |

VILLA PARK, IL, 60181

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | 📄 | **21-0016335990** | **Financing Statement** | **04/23/2021 09:55 AM** | **3** | **04/23/2026** |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Debtor | BIRDIE DEVELOPMENT, INC. | 22731 TIMBER DUST CIRCLE SPRING, TX, 77373 |
| Debtor | FOOTHILLS ENERGY SERVICES, INC | 2042 KELTY RD PO BOX 603 FRANKTOWN, CO, 80116 |
| Debtor | MILLER DRIFTWOOD LAND MANAGEMENT LLC | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Debtor | TEXAS POWER CONSTRUCTION, LTD. | 4401 FREIDRICH LN STE 108 AUSTIN, TX, 78744 |
| Debtor | JOHN PAUL MILLER | 15291 FM 150 W DRIFTWOOD, TX, 78619 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576, UCCSPREP@CSCGLOBAL.COM SPRINGFIELD, IL, 62708 |

Records 11 to 20 of 36 scroll  [<< Previous]  [Next >>]  OR proceed to page [    ] of 5 pages  [GO]

Select All Filings: ☐

[Order Selected Filings]  [Order Certificate]  [New Search]

---

Instructions:
- 🔴 Press 'New Search' if you wish to perform another web inquiry.
- 🔴 Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- 🔴 Enter the page number and click 'GO' button to view the desired page.
- 🔴 Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- 🔴 If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- 🔴 Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- 🔴 If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- 🔴 Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- 🔴 To view a particular filing document, click on the image under 'View' for the desired document.

# TEXAS SECRETARY of STATE
# JANE NELSON

### Debtor Name Search

This debtor name search was performed on 10/06/2023 10:37 AM with the following search parameters:
**DEBTOR NAME:** PACKET CONSTRUCTION, LLC
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0020404801 | Financing Statement | 05/18/2021 11:44 AM | 1 | 05/18/2026 |

| | | | |
|---|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619-9218 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | P.O. BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0027038285 | Financing Statement | 06/28/2021 04:37 PM | 3 | 06/29/2026 |

| | | | |
|---|---|---|---|
| Debtor | PACKET CONSTRUCTION LLC | | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619-9281 |
| Debtor | PACKET CONSTRUCTION | | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619-9281 |
| Debtor | JOHN PAUL JR MILLER | | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619-9281 |
| Debtor | PACKET CONSTRUCTION LLC | | PO BOX 82668<br>AUSTIN, TX, 78708 |
| Debtor | PACKET CONSTRUCTION | | PO BOX 82668<br>AUSTIN, TX, 78708 |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | | 330 N BRAND BLVD, SUITE 700;<br>ATTN: SPRS<br>GLENDALE, CA, 91203 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0028515923 | Financing Statement | 07/07/2021 02:42 PM | 3 | 07/08/2026 |

| | | | |
|---|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | | 15291 150 W<br>DRIFTWOOD, TX, 78619 |
| Debtor | JOHN PAUL PAUL MILLER | | 15291 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | PO BOX 2576,<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0034241209 | Financing Statement | 08/09/2021 05:29 PM | 1 | 08/10/2026 |

| | | | |
|---|---|---|---|
| Debtor | PACKET CONSTRUCTION LLC | | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | WYNWOOD CAPITAL GROUP | | 20200 W DIXIE HIGHWAY<br>MIAMI, AL, 33180 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0034625124 | Financing Statement | 08/11/2021 11:28 AM | 1 | 08/11/2026 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION LLC | PO BOX 82668<br>AUSTIN, TX, 78708 |
| Debtor | JOHN PAUL JR MILLER | 15291 FM 150<br>W DRIFTWOOD, TX, 78619 |
| Secured Party | FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE | 914 S STREET /<br>SPRS@FICOSO.COM<br>SACRAMENTO, CA, 95811 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0035847363 | Financing Statement | 08/18/2021 12:19 PM | 1 | 08/18/2026 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0039222031 | Financing Statement | 09/07/2021 03:27 PM | 3 | 09/08/2026 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 150 W<br>DRIFTWOOD, TX, 78619 |
| Debtor | JOHN PAUL MILLER | 15291 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576,<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0039439041 | Financing Statement | 09/08/2021 03:00 PM | 3 | 09/08/2026 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | FRANKLIN CAPITAL GROUP, LLC | 32300 NORTHWESTERN HWY.<br>FARMINGTON HILLS, MI, 48334 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0039439304 | Financing Statement | 09/08/2021 03:00 PM | 3 | 09/08/2026 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | FRANKLIN CAPITAL MANAGEMENT, LLC | 32300 NORTHWESTERN HWY.<br>FARMINGTON HILLS, MI, 48334 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | 21-0051910382 | Financing Statement | 11/22/2021 01:29 PM | 1 | 11/23/2026 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FM 150 W<br>AUSTIN, TX, 78708 |
| Debtor | JOHN PAUL JR MILLER | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700;<br>ATTN: SPRS<br>GLENDALE, CA, 91203 |

Records 21 to 30 of 36 scroll  << Previous    Next >>    **OR**  proceed to page [ ] of 5 pages  GO

Select All Filings: ☐
Order Selected Filings    Order Certificate    New Search

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.

# TEXAS SECRETARY of STATE
# JANE NELSON

## Debtor Name Search

This debtor name search was performed on 10/06/2023 10:37 AM with the following search parameters:
**DEBTOR NAME:** PACKET CONSTRUCTION, LLC
**CITY:** [Not Specified]

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | **22-0012504127** | Financing Statement | 03/11/2022 02:44 PM | 2 | 03/11/2027 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION LLC | 15291 FM 150 W<br>DRIFTWOOD, AL, 78619 |
| Debtor | JOHN PAUL MILLER Jr | 15291 FM 150 W<br>DRIFTWOOD, AL, 78619 |
| Debtor | MILLER DRIFTWOOD LAND MANAGEMENT LLC | 15291 FM 150 W<br>DRIFTWOOD, AL, 78619 |
| Secured Party | C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700; ATTN: SPRS<br>GLENDALE, CA, 91203 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | **22-0017982102** | Financing Statement | 04/11/2022 01:26 PM | 1 | 04/12/2027 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | PO BOX 82668,<br>AUSTIN, TX, 78708 |
| Secured Party | CATERPILLAR FINANCIAL SERVICES CORPORATION | 2120 WEST END AVE<br>NASHVILLE, TN, 37209 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | **22-0051407809** | Financing Statement | 10/19/2022 04:47 PM | 3 | 10/19/2027 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Debtor | 5M DEVELOPMENT LLC | 141 CANTERBURY DRIVE<br>AUSTIN, TX, 78737 |
| Debtor | BIRDIE DEVELOPMENT INC | TIMBER DUST CIR<br>SPRING, TX, 77373 |
| Debtor | JOHN PAUL MILLER Jr | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Debtor | FOOTHILLS ENERGY SERVIVES, INC | PO BOX 603<br>FRANKTOWN, CO, 80116 |
| Debtor | MILLER DRIFTWOOD LAND MANAGEMENT LLC | 15291 FM 150 W<br>DRIFTWOOD, TX, 78619 |
| Secured Party | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | PO BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ |  | **22-0051911314** | Financing Statement | 10/24/2022 08:57 AM | 1 | 10/25/2027 |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 15291 FARM TO MARKET ROAD 150 WEST<br>DRIFTWOOD, TX, 78619 |

| | | |
|---|---|---|
| Secured Party | NORTH MILL CREDIT TRUST | 9 EXECUTIVE CIRCLE, SUITE 230 IRVINE, CA, 92614 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **23-0018891648** | **Financing Statement** | **05/01/2023 12:08 PM** | **1** | **05/01/2028** |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION, LLC | 8602 LAVA HILL RD AUSTIN, TX, 78744-7800 |
| Secured Party | JCB FINANCE | 655 BUSINESS CENTER DRIVE SUITE 250 HORSHAM, PA, 19044 |

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | | **23-0034072435** | **Financing Statement** | **08/03/2023 03:32 PM** | **1** | **08/03/2028** |

| | | |
|---|---|---|
| Debtor | PACKET CONSTRUCTION LLC | 14205 N MOPAC EXPY AUSTIN, TX, 78728 |
| Secured Party | ALPINE ADVANCE 5 LLC | 46 WASHINGTON STREET SUITE#6 MIDDLETOWN, CT, 06457 |

Records 31 to 36 of 36 scroll  [<< Previous]  [Next >>]   OR   proceed to page [   ] of 5 pages  [GO]

Select All Filings: ☐

[Order Selected Filings]  [Order Certificate]  [New Search]

---

Instructions:
- Press 'New Search' if you wish to perform another web inquiry.
- Press 'Previous' or 'Next' to scroll through the results of this inquiry.
- Enter the page number and click 'GO' button to view the desired page.
- Press 'Order Search Certificate' if you wish to order a search certificate with the parameters entered for this web inquiry.
- If you wish to order only selected filings for this debtor, check by the filings and press 'Order Selected Filings'.
- Checked filings will be retained from page to page as you scroll through the results of this inquiry.
- If an order for a search certificate or selected filings is placed against this web inquiry, the web inquiry fee will be waived.
- Check 'Select All Filings' and press 'Order Selected Filings' if you wish to order copies of all filings and full filing history for the results of this web inquiry.
- To view a particular filing document, click on the image under 'View' for the desired document.