**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **PACKET CONSTRUCTION LLC** | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 23-10860** |

**FIRST AMENDED CASH FLOW STATEMENT**

# Packet Construction LLC

## Statement of Cash Flows

### January - September, 2023

|  | TOTAL |
|---|---|
| OPERATING ACTIVITIES |  |
| Net Income | -1,756,467.00 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| Accounts Receivable (A/R) | 499,520.07 |
| Accounts Payable (A/P) | 1,387,967.09 |
| Loan Payable | 12,494.67 |
| Texas State Comptroller Payable | 0.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **1,899,981.83** |
| **Net cash provided by operating activities** | **$143,514.83** |
| FINANCING ACTIVITIES |  |
| Notes Payable - Cat Financial | -14,866.66 |
| Notes Payable - Dedicated Funding | -46,262.34 |
| Notes Payable - Marlin Capital | -9,057.85 |
| Notes Payable - Providence Equipment | -15,359.74 |
| Owner's Investment | 1,888.63 |
| **Net cash provided by financing activities** | **$ -83,657.96** |
| NET CASH INCREASE FOR PERIOD | **$59,856.87** |
| Cash at beginning of period | -1,374.25 |
| CASH AT END OF PERIOD | **$58,482.62** |