**The relief described hereinbelow is SO ORDERED.**

**Signed November 08, 2023.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE: § | |
| PACKET CONSTRUCTION LLC § | |
| § | |
| § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-10860 |

### ORDER APPROVING THE MOTION FOR APPROVAL OF POST-PETITON MONTHLY RETAINER PAYMENTS
### (Docket No. 8)

The Court, having considered the Motion for Approval of Post-Petition Monthly Retainer Payments ("Motion"), filed by Packet Construction LLC ("Debtor"), finds that the relief requested is in the best interest of the Debtor's estate and that the motion should be approved, it is

**ORDERED** that the Debtor is authorized, pursuant to sections 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, to employ and retain The Lane Law Firm, PLLC as bankruptcy counsel from October 12, 2023, in accordance with the terms and conditions set forth in the Engagement Letter attached to the Application, as may be modified by this; it is

**FURTHER ORDERED** that the Debtor shall remit payment of a monthly post-petition retainer ("Post-petition Retainer") effective as of October 12, 2023, to The Lane Law Firm, PLLC in the amount of $3,000.00 per month for The Lane Law Firm, PLLC and an additional amount of

$1,500.00 per month to the Subchapter V Trustee appointed in this case, until such time as a plan is confirmed or the case is dismissed or converted; it is

**FURTHER ORDERED** that subsequent Post-petition Retainer payments shall be paid no later than seven (7) days from the first of the month; it is

**FURTHER ORDERED** that the Post-petition Retainers shall be kept at all times in a segregated trust account and The Lane Law Firm, PLLC or the Subchapter V Trustee shall not apply the funds on deposits to any fees or expenses until those amounts are approved by the Court, pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016; it is

**FURTHER ORDERED** that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# # #

SUBMITTED BY:

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR