**The relief described hereinbelow is SO ORDERED.**

**Signed November 08, 2023.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| PACKET CONSTRUCTION LLC | § | |
| | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 23-10860 |

**Order Approving The Lane Law Firm, PLLC**
**as Counsel for the Debtor-in-Possession**
(Relates to Doc. No. 7)

Upon the application (the "*Application*") of the above-referenced Debtor-in-Possession for the entry of an order authorizing the Debtor to retain and employ The Lane Law Firm, PLLC as its bankruptcy counsel effective as of October 12, 2023, as set forth in the Application; and the Court having reviewed the Application and the Court having jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; and the Court having found that this a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. § 1408 and 1409; and the Court having found based on the representations made in the Application is in the best

interest of the Debtor's estate and that The Lane Law Firm, PLLC does not represent, and does not hold, any interest adverse to the Debtor or the Debtor's estate with respect to the "disinterested person" meaning of section 101(14) of the Bankruptcy Code; and the Court having found that proper and adequate notice of the Application and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon the Application and all of the proceedings had before the Court in connection with the Application, it is

**ORDERED** that the Debtor is authorized, pursuant to sections 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, to employ and retain The Lane Law Firm, PLLC as bankruptcy counsel from October 12, 2023, in accordance with the terms and conditions set forth in the Engagement Letter attached to the Application, as may be modified by this Order; It is

**FURTHER ORDERED** that in the event of any inconsistency among the Engagement Letter, the Application or this Order, the terms of this Order shall govern; It is

**FURTHER ORDERED** The Lane Law Firm, PLLC shall be compensated in accordance with the terms of the Engagement Letter as modified by this order and the hourly rate agreed to since the execution of the Engagement Letter, and shall file fee applications for monthly, interim, and final allowance of compensation and reimbursement of expenses, if any, that comply with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders or procedures of this Court. For billing purposes, The Lane Law Firm, PLLC shall keep its time in one tenth (1/10) hour increments in accordance with the fee guidelines established by the U.S. Trustee; It is

**FURTHER ORDERED** that The Lane Law Firm, PLLC shall provide ten business days' notice to the Debtor, the U.S. Trustee, the Subchapter V Trustee and counsel to the secured lenders

before any increases in the hourly rates set forth in the Application or the Engagement Letter are implemented. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code; It is

**FURTHER ORDERED** that to the extent the Debtor wishes to expand the scope of The Lane Law Firm, PLLC's services beyond those services set forth in the Engagement Letter or this Order, the Debtor shall be required to seek further approval from this Court. The Debtor shall file notice any proposed additional services (the "***Proposed Additional Services***") an any underlying engagement agreement with the Court and serve such notice on the U.S. Trustee, the Subchapter V Trustee, counsel to the secured lenders, and any party requesting notice under Bankruptcy Rule 2002. If no such party files an objection within 21 days of the Debtor's notice, the Proposed Additional Services and any underlying engagement agreement may be approved by the Court by further order without further notice or hearing; It is

**FURTHER ORDERED** not notwithstanding anything in the Application to the contrary, to the extent that The Lane Law Firm, PLLC uses the services of independent or third party contractors or subcontractors (the "***Contractors***") in this case and seeks to pass through the fees and/or costs of the Contractors to the Debtor, The Lane Law Firm, PLLC shall (a) pass through the fees of such Contractors to the Debtor at the same rate that The Lane Law Firm, PLLC pays the Contractors; and (b) seek reimbursement for actual costs of the Contractors only; It is

**FURTHER ORDERED** that the Debtor and The Lane Law Firm, PLLC are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application as modified by this Order; It is

**FURTHER ORDERED** that notice of the Application as provided therein is deemed to good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application; It is

**FURTHER ORDERED** that The Lane Law Firm, PLLC will review its files periodically during the pendency of this Chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, The Lane Law Firm, PLLC will use reasonable efforts to identify such further developments and will file a supplemental declaration, as required under Bankruptcy Code Rule 2014(a); It is

**FURTHER ORDERED** that notwithstanding Bankruptcy Rule 6004(a), the terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order; It is

**FURTHER ORDERED** that the Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# # #

SUBMITTED BY:

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR