**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| PACKET CONSTRUCTION LLC | § | |
| | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 23-10860 |

**DEBTOR'S SUBCHAPTER V STATUS REPORT**
[11 U.S.C. § 1188(c)]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Packet Construction LLC, Debtor and Debtor-in-Possession ("Packet" or the "Debtor") in the above-styled and numbered Chapter 11 case and, in accordance with the provisions of 11 U.S.C. §1188(c), files this Subchapter V Status Report (the "Report") and would respectfully show the Court as follows:

**BACKGROUND**

1. Packet manages and operates a civil construction operation that constructs site work and foundations for substations and power lines.

2. This case commenced by the filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code") on October 12, 2023 ("Petition Date").

3. Debtor filed the following first day motions on October 12, 2023:

   A. Application to Employ The Lane Law Firm, PLLC;

   B. Motion for Approval of Post-Petition Retainer Payments;

   C. Motion for Authority to Use Cash Collateral with expedited motion request;

4. A Subchapter V Trustee, Michael G. Colvard, was appointed on October 16, 2023 (Docket No. 15).

5. As of November 15, 2023, all schedules, statements and any other required documents have been filed and no outstanding documents remain as of today.

1

6. Debtor filed the required Balance Sheet, Statement of Operations and Cash-flow Statement on October 12, 2023 (Docket No.'s 2, 3 & 4) per 11 USC §1187(a).

7. Debtor attended the Initial Debtor Interview on October 24, 2023 and all documents requested and required were tendered to the United States Trustee.

8. Debtor maintains and continues to maintain all required insurance customary to its line of business.

9. Debtor has filed all tax returns.

10. The Court held an interim cash collateral hearing on October 16, 2023. The final hearing on cash collateral was set for October 30, 2023. Interim and final orders granting the use of cash collateral were granted.

11. Debtor has not used, sold and/or leased any property of the bankruptcy estate that an entity contends is its cash collateral.

12. On November 8, 2023, the Court entered Orders (Docket Nos. 40 & 41) approving the Motion for Approval or Post-Petition Monthly Retainer Payments and the Debtor's Application to Employ The Lane Law Firm PLLC as Debtor's Attorney.

13. The 341 Meeting of Creditors was held on November 15, 2023.

14. The Debtor's first monthly operating report is due by November 20, 2023 and will be filed with the Court.

15. This Status Report was timely filed on November 15, 2023.

16. Debtor will file the proposed plan by the 90-day deadline in this case.

17. Sections 1181-1195 of Title 11 of the United States Code (Small Business Reorganization Act, "SBRA") are intended to

> "streamline the process by which small business debtors reorganize and rehabilitate their financial affairs." Report of Committee on the Judiciary, House of Representatives, Report 116- 171, 116th Cong., 1st Sess., on Small Business Reorganization Act of 2019, page 1. As such, there are certain deadlines that must be achieved, which deadlines may be extended only if "the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable." *See e.g.* 11 U.S.C. §§ 1188(b) (court status conference within 60 days of the petition date), 1188(c)

(debtor shall file and serve a report on efforts undertaken to obtain a consensual plan 14 days prior to the § 1188(b) status conference), and 1189(b) (debtor shall file a plan within 90 days of the petition date).

18. The Court, in accordance with the foregoing, selected an appropriate date for the required status hearing and notice of the date and time of the status hearing was provided by the Court per the Reset Order entered on October 19, 2023 (Docket No. 23). The status hearing is set for December 4, 2023 at 11:00 AM.

### OFFER TO ACHIEVE CONSENSUAL PLAN OF REORGANIZATION

19. One of the objectives of SBRA is to facilitate a consensual plan of reorganization by and between the Debtor and its creditors. This Report is filed and served upon all interested parties in an effort to achieve that goal.

### PROPOSED PLAN PROPOSAL

20. The following is the Debtor's report of its proposed plan for its creditors and is subject to Federal Rule of Evidence 408. For purposes of this proposal, the term "Allowed Secured Claim" is defined as a claim that is both allowed pursuant to the provisions of 11 U.S.C. §§ 502 and 506 in that it has not been objected to by the Debtor and is secured by property of the Debtor's bankruptcy estate.

21. Once the plan is filed and ballots mailed out, Debtor will begin contacting creditors to get acceptance ballots back prior to any ballot deadline. The goal is for any proposed plan to be consensual.

22. The disputed unsecured claims of certain creditors as listed below in the Class 4 table will remain unclear until the proof of claim bar date passes. The Debtor will not know the exact amounts owed to certain disputed creditors until the bar date. Debtor anticipates that some claims will require objections and possible adversary proceedings to resolve the disputed claims.

## SUMMARY OF PROPOSED PLAN TREATMENT

**Unclassified Administrative Expense Claims:**

| Type | Estimated Amount | Treatment |
|---|---|---|
| Subchapter V Trustee | $8,000.00 | Through Court approved fee applications |

**Administrative Claims:**

| Description | Estimated Amount | Treatment |
|---|---|---|
| The Lane Law Firm | $35,000.00 (estimated total fees) | Through Court approved fee applications |

**Secured Tax Claim:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 2-1 | Texas Workforce Commission (POC #7-1) | No | Debtor will pay the full amount of the claim as it comes due in the ordinary course of business. | $1,574.61 | $1,574.61 |
| Class 2-2 | Texas Comptroller of Public Accounts (POC #3-1) | Yes | Debtor will pay this debt over 60 equal monthly payments from the petition date. Estimated monthly payments should be $413.30. | $18,492.25 | $22,318.43 |

**Secured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 3-1 | Alpine Advance 5 LLC | Yes | No Claim has been filed. Claim is disputed. If a proof of claim is filed then its treatment will be determined by its UCC Lien Position and the liquidation analysis. If under secured it will be paid in Class 4 of a proposed plan. | Unknown | Unknown |
| Class 3-2 | Arsenal Funding | Yes | No Claim has been filed. Claim is disputed. If a proof of claim is filed then its | Unknown | Unknown |

| | | | | | |
|---|---|---|---|---|---|
| | | | treatment will be determined by its UCC Lien Position and the liquidation analysis. If undersecured it will be paid in Class 4 of a proposed plan. | | |
| Class 3-3 | Arsenal Funding | Yes | No Claim has been filed. Claim is disputed. If a proof of claim is filed then its treatment will be determined by its UCC Lien Position and the liquidation analysis. If undersecured it will be paid in Class 4 of a proposed plan. | Unknown | Unknown |
| Class 3-4 | CAT Financial | Yes | Claim to be paid in full over 60 equal payments on a monthly basis at 8.50% interest per annum. The estimated monthly payment is $312.27. | $15,220.42 | $18,736.21 |
| Class 3-5 | CAT Financial | Yes | Claim to be paid up to the secured amount of about $55,000.00 at 8.50% interest over 60 months upon plan confirmation. Estimated Monthly payment would be $1,128.41. The under secured portion of this claim in the amount of $35,197.55 will be paid in Class 4 of a proposed plan. | $55,000.00 | $67,704.55 |
| Class 3-6 | Centra Funding LLC | Yes | Claim to be paid in full over 60 equal payments on a monthly basis at 8.50% interest per annum. The estimated monthly payment is $610.38. | $29,750.40 | $36,622.50 |
| Class 3-7 | Fundfi Merchant Funding LLC | Yes | No Claim has been filed. Claim is disputed. If a proof of claim is filed then its treatment will be determined by its UCC Lien Position and the liquidation analysis. If undersecured it will be paid in Class 4 of a proposed plan. | Unknown | Unknown |
| Class 3-8 | JCB Financial | Yes | No Claim has been filed. Claim is disputed. If a proof of claim is filed then its treatment will be determined by its UCC Lien Position and the liquidation analysis. If undersecured it will be paid in Class 4 of a proposed plan. | Unknown | Unknown |

| | | | | | |
|---|---|---|---|---|---|
| Class 3-9 | North Mill Credit Trust | Yes | Claim to be paid up to the secured amount of about $250,000.00 at 8.50% interest over 60 months upon plan confirmation. Estimated Monthly payment would be $5,129.13. The under secured portion of this claim in the amount of $104,997.28 will be paid in Class 4 of a proposed plan. | $250,000.00 | $307,129.13 |
| Class 3-10 | Providence Equipment Finance | Yes | Claim to be paid up to the secured amount of about $10,750.00 at 8.50% interest over 60 months upon plan confirmation. Estimated Monthly payment would be $220.55. The under secured portion of this claim in the amount of $44,250.00 will be paid in Class 4 of a proposed plan. | $10,750.00 | $13,233.16 |
| Class 3-11 | Spartan Business Solutions dba Spartan Capital | Yes | No Claim has been filed. Claim is disputed. If a proof of claim is filed then its treatment will be determined by its UCC Lien Position and the liquidation analysis. If undersecured it will be paid in Class 4 of a proposed plan. | Unknown | Unknown |
| Class 3-12 | Territorial Bank of American Somoa | Yes | Claim to be paid in full in the amount of $88,000.00 at 8.50% interest over 60 months upon plan confirmation. Estimated Monthly payment would be $1,805.45. | $88,000.00 | $108,327.29 |
| Class 3-13 | Texas Regional Bank | Yes | Claim to be paid in full in the amount of $44,741.00 at 8.50% interest over 60 months upon plan confirmation. Estimated Monthly payment would be $917.93. | $44,741.00 | $55,075.81 |
| Class 3-14 | U.S. Small Business Administration | Yes | Claim to be paid up to secured amount at 8.50% interest over 60 months upon plan confirmation. If undersecured, remaining balance to be paid in Class 4 of a proposed plan. Subject to objection to Proof of Claim or Stipulation Agreement on value vs claim. | $1,997,400.00 | Unknown |

**General Unsecured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 4-1 | General Unsecured Claims | Yes | Pro Rata distribution from unsecured creditor pool paid following payment of all allowed secured claims and all allowed administrative expense claims. | Unclear at this time, but claims may exceed $4,000,000.00 | Over 60 months at 0.00% per annum as determined by the liquidation analysis and terms of any objections of proof of claims. |

## CONCLUSION

23. The Debtor is asking you to consider the foregoing proposal and provide feedback in order to facilitate the confirmation of a consensual plan. As referenced above, a status conference on this matter will be held on December 4, 2023 at 11:00 AM.

    Respectfully submitted,

    THE LANE LAW FIRM, PLLC
    */s/Robert C. Lane*
    Robert C. Lane
    State Bar No. 24046263
    notifications@lanelaw.com
    Joshua D. Gordon
    State Bar No. 24091592
    Joshua.gordon@lanelaw.com
    6200 Savoy, Suite 1150
    Houston, Texas 77036
    (713) 595-8200 Voice
    (713) 595-8201 Facsimile
    COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Debtor's 1188 Status Report was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on November 15, 2023:

Debtor:
Packet Construction LLC
14205 N Mopac Expy #514
Austin, Texas 78728

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

Parties Requesting ECF Notifications:

Steven B. Bass on behalf of Creditor United States of America Small Business Administration
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

Jason Bradley Binford on behalf of Creditor Arcosa Aggregates Texas, LLC
jason.binford@rsbfirm.com

Michael G. Colvard
mcolvard@mdtlaw.com, mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Michelle D. Esparza on behalf of Creditor Caterpillar Financial Services Corporation
mesparza@dickinsonwright.com, ksaldivar@dickinsonwright.com

Zachary J. Fanucchi on behalf of Creditor Texas First Rentals, LLC
zfanucchi@ceflegalsa.com, agarcia@ceflegalsa.com

Zachary J. Fanucchi on behalf of Creditor Zachary J. Fanucchi
zfanucchi@ceflegalsa.com, agarcia@ceflegalsa.com

Amber L James on behalf of Creditor Big Bend Services, LLC
amberjames@wtxlaw.com, katy.rodriguez@wtxlaw.com

Jason R. Kennedy on behalf of Creditor Nucor Harris Rebar South, LLC f/k/a Harris Rebar Nufab, LLC
bankruptcy@laperouselaw.com, amanda.olvera@laperouselaw.com

Robert Chamless Lane on behalf of Debtor Packet Construction LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Matthew J Lee on behalf of Creditor Centra Funding LLC
mjl@replevin.com, ecf@writofseizure.com

John Robert Nelson on behalf of Creditor Caterpillar Financial Services Corporation
jnelson@dickinsonwright.com, rgarza@dickinsonwright.com;mdallaire@dickinsonwright.com

Callan Clark Searcy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Frances A. Smith on behalf of Creditor Arcosa Aggregates Texas, LLC
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

David G. Tekell on behalf of Creditor Mid-Tex Testing LLC
david@tekell-law.com, carolyn@tekell-law.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

*/s/ Robert "Chip" Lane*
Robert "Chip" Lane

```
Label Matrix for local noticing          Packet Construction LLC                 United States Trustee (SMG111)
0542-1                                   PO Box 82668                            United States Trustee
Case 23-10860-cgb                        Austin, TX 78708-2668                   903 San Jacinto Blvd, Suite 230
Western District of Texas                                                        Austin, TX 78701-2450
Austin
Wed Nov 15 16:10:36 CST 2023

U.S. BANKRUPTCY COURT                    Alpine Advance 5 LLC                    Alpine Advance 5 LLC
903 SAN JACINTO, SUITE 322               228 Park Ave S                          46 Washington Street Suite 6
AUSTIN, TX 78701-2450                    New York, NY 10003-1502                 Middletown, CT 06457-2861


Arcosa Aggregates                        Arcosa Aggregates Texas, LLC            Arcosa Aggregates Texas, LLC
401 S Interstate Highway 45              c/o Ross, Smith & Binford, PC           c/o Ross, Smith & Binford, PC
Ferris, TX 75125-8801                    Attn: Frances A. Smith                  Attn: Jason Binford
                                         700 N. Pearl St., Suite 1610            2003 N. Lamar Blvd., Suite 100
                                         Dallas, TX 75201-7459                   Austin, TX 78705-4932


Arnold Crushed Stone Inc                 Arsenal Funding                         Austin Lava, LLC
PO Box 632                               8 West 36th Street, 7th Floor           3107 Perry Lane
Blum, TX 76627-0632                      New York, NY 10018-9774                 Austin, TX 78731-5341


Big Bend Services, LLC                   Big Bend Services, LLC                  Braun Intertec
PO Box 61226                             c/o Amber James                         11001 Hampshire Ave S
Midland, TX 79711-1226                   James Firm PLLC                         Minneapolis, MN 55438-2424
                                         1610 5th Avenue
                                         Fort Worth, Texas 76104-4324


(p)CATERPILLAR FINANCIAL SERVICES CORPORATION   Caldwell East & Finlayson PLLC   Callan Searcy
2120 WEST END AVENUE                     One Riverwalk Place, 700 North St. Mary& Attorney General's Office
NASHVILLE TN 37203-5341                  San Antonio, TX 78205                   Bankruptcy & Collections Division
                                                                                 P.O. Box 12548
                                                                                 Austin, TX  78711-2548


Capital Quarries                         Caterpillar Financial Services Corporation  Caterpillar Financial Services Corporation
PO Box 105050                            c/o John R. Nelson                      c/o Michelle D. Esparza
Jefferson City, MO 65110-5050            Dickinson Wright PLLC                   Dickinson Wright PLLC
                                         607 W. 3rd Street, Suite 2500           221 N. Kansas Street, Suite 2500
                                         Austin, Texas 78701-4713                El Paso, Texas 79901-1443


Centra Funding LLC                       Centra Funding LLC                      Comptroller of Public Accounts
1400 Preston Road Suite 115              c/o Wright Law Group, PLLC              C/O Office of the Attorney General
Houston, TX 77002                        P.O. Box 105603                         Bankruptcy - Collections Division MC-008
                                         PMB 84356                               PO Box 12548
                                         Atlanta, GA 30348-5603                  Austin TX  78711-2548


Conners Construction Inc.                David Neal LLC                          Deans Stepp Law, LLP
2513 U.S. HWY 77                         899 FM 1947                             325 N. Saint Paul St. Suite 1500
Lott, TX 76656-3595                      Hillsboro, TX 76645-5157                Dallas, TX 75201-3891


EnviroCon Systems Inc                    Eric Terry                              Ewald Kubota Inc.
PO Box  673048                           Eric Terry Law, PLLC                    PO Box 1287 71E
Houston, TX 77267-3048                   3511 Broadway                           Seguin, TX 78156-1287
                                         San Antonio, TX 78209-6513
```

| | | |
|---|---|---|
| Ewald Kubota, Inc<br>c/o Audrey McDougal<br>1900 IH 10 West<br>Seguin, TX 78155-2353 | Ewald Kubota, Inc.<br>c/o Elms Macchia, PLLC<br>2702 Treble Creek<br>San Antonio, TX 78258-4496 | Force Logistics, LLC<br>28440 Verde Mountain Trl<br>San Antonio, TX 78261-2528 |
| Fundfi Merchant Funding LLC<br>352 Fulton Avenue<br>Hempstead, NY 11550-3941 | HKA Enterprises LLC<br>337 Spartangreen Blvd<br>Duncan, SC 29334-9220 | HercRentals<br>27500 Riverview Center Blvd Suite 100<br>Bonita Springs, FL 34134-4328 |
| JCB Financial, Inc.<br>1715 Morgan Lane<br>Collegeville, PA 19426-2875 | Jason R. Kennedy, Attorney<br>Laperouse Kennedy, PC<br>5220 Spring Valley Rd., Suite 615<br>Dallas, Texas 75254-2431 | John Miller<br>PO Box 82668<br>Austin, TX 78708-2668 |
| Landpoint<br>525 Sawdust Rd #200<br>Spring, TX 77380-2386 | Laperouse, P.C.<br>5220 Spring Valley Road Suite 615<br>Dallas, TX 75254-2431 | Lonestar Forklift<br>5300 SE Loop 410<br>San Antonio, TX 78222-3922 |
| Longview Truck Center<br>3132 TX-31<br>Longview, TX 75603 | (p)MARSHALL & SINGLETON PLC<br>P O BOX 1955<br>JONESBORO AR 72403-1955 | Martin Marietta Materials<br>1503 LBJ Freeway Suite 400<br>Dallas, TX 75234-6007 |
| Mid-Tex Testing LLC<br>1301 New Dallas Hwy<br>Waco, TX 76705-2428 | Mid-Tex Testing LLC<br>c/o David Tekell<br>Tekell & Tekell, LLP<br>400 Austin Avenue, Ste 1000<br>Waco, TX 76701-2145 | NUCOR Harris Rebar<br>4700 Singleton Blvd<br>Dallas, TX 75212-3333 |
| North Mill Credit Trust<br>81 Throckmorton Ave<br>Mill Valley, CA 94941-1930 | North Mill Credit Trust<br>9 Executive Circle Suite 230<br>Irvine, CA 92614-4701 | Nucor Harris Rebar South, LLC<br>c/o Jason R. Kennedy<br>Laperouse Kennedy, PC<br>5220 Spring Valley Rd, Suite 615<br>Dallas, TX 75254-2431 |
| PTR - Premier Truck Rental<br>9138 Bluffton Road<br>Fort Wayne, IN 46809-3057 | Packet Construction LLC<br>14205 N Mopac Expressway 514<br>Austin, TX 78728 | Providence Equipment Finance<br>aka Providence Bank & Trust<br>PO Box 706<br>South Holland, IL 60473-0706 |
| Providence Equipment Finance A Division of P<br>1555 S. Ardmore Avenue<br>Villa Park, IL 60181-3407 | SBM Earthmoving & Construction<br>7931 N State Line Ave<br>Texarkana, TX 75503-1945 | SIR, LLC<br>Harwin Dr<br>Houston, TX 77036 |
| Simpson Crushed Stone<br>1948 County Rd 1234<br>Nemo, TX 76070-3003 | Southeast Readi-Mix Products Inc<br>3001 South Boyd Drive<br>Carlsbad, NM 88220-4709 | (p)SOUTHSTAR FINANCIAL LLC<br>ATTN SOUTHSTAR FINANCIAL LLC<br>840 LOWCOUNTRY BLVD<br>MOUNT PLEASANT SC 29464-3000 |

| | | |
|---|---|---|
| Spartan Business Solutions, LLC d/b/a Sparta<br>371 E Main St. Suite 2<br>Middletown, NY 10940-3435 | Stealth Monitoring Inc<br>15182 Marsh Lane<br>Addison, TX 75001-8047 | SunCoast Post-Tension<br>16825 Northchase Dr Suite 1100<br>Mill Creek, PA 17060 |
| Suncoast Post-Tension, Ltd<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | Terracon Consultants, Inc<br>10841 S Ridgeview Road<br>Olathe, KS 66061-6456 | TexMix Concrete<br>PO Box 830<br>Leander, TX 78646-0830 |
| Texas Comptroller of Public Accounts, Revenu<br>Callan C. Searcy<br>c/o Sherri K. Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas First Rentals LLC<br>Po Box 650869<br>Dallas, TX 75265-0869 | Texas First Rentals, LLC<br>Attorney of Record - Zachary J. Fanucchi<br>Caldwell East & Finlayson PLLC<br>700 N. St. Marys Street, Suite 1825<br>San Antonio, Texas 78205-3545 |
| Texas Regional Bank<br>PO Box 5555<br>Mcallen, TX 78502-5555 | Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |
| The Law Office of Jason Gang, PLLC<br>1245 Hewlett Plaza #478<br>Hewlett, NY 11557-4021 | U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Ce<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 | U.S. Small Business Administration<br>Steven B. Bass<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 |
| United Rentals<br>100 First Stamford Place Suite 700<br>Stamford, CT 06902-9200 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 |
| Robert Chamless Lane<br>The Lane Law Firm, PLLC<br>6200 Savoy Dr, Suite 1150<br>Houston, TX 77036-3369 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAT Financial<br>PO Box 340001<br>Nashville, TN 37203 | Marshall & Singleton, PLC<br>PO Box 4034<br>Jonesboro, AR 72401 | Southstar Financial, LLC<br>840 Lowcountry Blvd<br>Mount Pleasant, SC 29464 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)HKA Enterprises, Inc<br>337 Spartangreen Blvd<br>Duncan, SC 29334-9220 | (d)Stealth Monitoring, Inc.<br>15182 Marsh Lane<br>Addison, TX 75001-8047 | (u)Territorial Bank of American Samoa<br>716 Centennial Building<br>PagoPago, American Samoa 96799 |

**End of Label Matrix**
**Mailable recipients** 78
**Bypassed recipients** 3
**Total** 81