**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE: § | |
| PACKET CONSTRUCTION LLC § | |
| § | |
| § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-10860 |

**MOTION FOR THE ENTRY OF AN ORDER ENFORCING AND RESTATING THE AUTOMATIC STAY AND ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A) AND 362 OF THE BANKRUPTCY CODE HOLDING ALPINE ADVANCE 5 LLC AND OTHERS IN CONTEMPT FOR VIOLATING THE AUTOMATIC STAY**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Packet Construction LLC ("Debtor" or "Packet") and files this Motion for the Entry of an Order Enforcing and Restating the Automatic Stay, pursuant to Sections 105(a) and 362 of the Bankruptcy Code and for contempt against Alpine Advance 5 LLC and their Attorney Gene Rosen and in support thereof the Debtor respectfully represent the following:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. § 1334 and 157. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. § 1408 and 1409. The statutory predicates for the relief requested are §§ 105(a) and 362 of the Bankruptcy Code.

**FACTUAL BACKGROUND**

2. On October 12, 2023, ("Packet Petition Date), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

3. After October 12, 2023, Debtor continued to manage and operate its civil construction for electric utilities, site work and foundations for substations and power lines business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

4. Notice of the bankruptcy filing was sent to all creditors on the day of filing for Packet Construction LLC on October 12, 2023.

5. Notice was repeatedly provided to creditor Alpine Advance 5 LLC and its attorney.

6. On October 12, 2023, Debtor's counsel mailed to each creditor a notice of bankruptcy filing, which included the Alpine Advance 5 LLC. The address listed on Schedule D matches the address listed on Alpine Advance 5 LLC's contract. *See Exhibit A(Alpine Advance Contract) and B(Schedule D with Court Mailing matrix).*

7. Immediately upon filing of the bankruptcy case, Debtor sent notice of the bankruptcy to Alpine Advance 5 LLC to ops@Alpineadvance.net. This email contained information regarding cash collateral and hearing information. *See Exhibit C.*

8. On November 3, 2023, weeks after this Chapter 11 was filed, Alpine Advance 5 LLC's attorney Gene W. Rosen incredibly sent out a letter requesting that any funds being held for Packet Construction LLC be turned over to Alprine Advance 5 LLC as the secured party per their UCC lien. *See attached Letter from Alpine Advance 5 LLC's Attorney, Exhibit D.*

9. On November 3, 2023, upon receiving the letter from Debtor representative, Debtor's Attorney Robert Chip Lane sent an email to Alpine Advance 5 LLC's Attorney Gene Rosen regarding the letter and notice thereof of the violation of the automatic stay. *See attached Exhibit E.*

10. No response has been received as to the email on November 3, 2023, including no return call per Debtor's attorney's voicemail the following day.

11. Now, nearly two-weeks later, Alpine's counsel emailed counsel for a customer of the Debtor continuing to assert its alleged entitled to receivables and continue to insist that the receivables not be sent to the Debtor's estate in direct contradiction to this Court's order allowing the debtor to use Cash Collateral. *See attached Exhibit F*.

12. Counsel for the Debtor's customer forwarded Exhibit F to the undersigned counsel to alert Debtor that receivables, which are substantial, will continue to be held until a court order on this issue is received. Counsel for the Debtor's customer is receiving a copy of this motion and proposed order, and will be provided notice of any hearing that is set by the Court.

13. Alpine Advance 5 LLC and its Attorney Gene W. Rosen, continue to violate the automatic stay by trying to collect from customers of the Debtor for debt owed pre-petition to Alpine Advance 5 LLC.

**RELIEF REQUESTED**

14. Pursuant to sections 105(a) and 362 of the Bankruptcy Code, the Debtor requests the entry of an order, substantially in the form as the attached Exhibit A, enforcing and restating the automatic stay provisions of the Bankruptcy Code.

15. Specifically, the Debtor requests that all persons (including individuals, partnerships, corporations, and other entities and those acting on their behalf), whether of the United States, any state or locality therein or any territory or possession thereof, be restrained and enjoined from:

    a. Commencing or continuing any judicial, administrative, or other action or proceeding against the Debtor that was or could have commenced before the commencement of this Chapter 11 case, or recovering a claim against the Debtor that arose prior to the commencement of this case;

  b. Enforcing, against the Debtor or property of its estate, a writ or judgment or order obtained before the commencement of this case;

  c. Taking any action to obtain possession of property of the Debtor's estate or to exercise control over property of the estate or interfere in any way with the continued operation of the Debtor's business;

  d. Taking any action to create, perfect, or enforce a writ or lien against property of the Debtor's estate;

  e. Taking any action to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose prior to the commencement of this case;

  f. Taking any action to collect, assess, or recovery a claim against the Debtors that arose prior to the commencement of this case.

16. Additionally, Debtor requests that, pursuant to sections 105(a) and 362 of the Bankruptcy Code that the Court enter an order finding that Alpine Advance 5 LLC and its Attorney Gene W. Rosen have knowingly violated the automatic stay and hold those parties in contempt.

17. As these stay violations may be causing irreparable harm to Debtor's ongoing business operations, Debtor respectfully requests that its rights be preserved in the event that an Adversary Proceeding or other proceeding must be filed.

**ARGUMENTS AND AUTHORITIES**

18. The automatic stay is one of the fundamental debtor protections provided by the bankruptcy code. It is designed to stop all collection efforts, harassment, and permit the debtor to attempt a repayment or reorganization plan.

19. Section 105(a) of the Bankruptcy Code further empowers this Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the

4

Bankruptcy Code]." 11 U.S.C. § 105(a) (2010). Admittedly, section 105(a) is not a roving license to do equity but must be confined to carrying out the established provisions of the Bankruptcy Code. Here, the relief requested is already the subject of section 362 of the Bankruptcy Code. Such relief, therefore, falls squarely within the provisions and purpose of section 105(a) of the Bankruptcy Code.

20. As a result of the commencement of this case, and by operation of law pursuant to section 362 of the Bankruptcy Code, the automatic stay enjoins all persons from, among other things, taking any action to obtain possession of property of the estate or to exercise control over property of the estate. The injunction contained in section 362 of the Bankruptcy Code constitutes a fundamental protection for Debtors, which, in combination with other provisions of the Bankruptcy Code, provides the Debtor with a "breathing spell from [its] creditors" that is essential to the Debtor's ability to reorganize successfully. *See e.g., Browning v. Navarro*, 743 F.2d 1069, 1083 (5th Cir. 1984) (citations omitted).

21. Notwithstanding the fundamental nature of the automatic stay and the fact that such arises as a matter of law upon the commencement of a chapter 11 case, not all parties affected or potentially affected are aware of the aforementioned Bankruptcy Code provisions. Nor are all parties cognizant of the significance and impact of these provisions. Experience has shown that it is often necessary to advise third parties of the existence and effect of the automatic stay. Occasionally, it is necessary to commence proceedings in the bankruptcy court to enforce these provisions. Accordingly, it is not uncommon for a bankruptcy court to issue an order embodying and restating the provisions of sections 362 of the Bankruptcy Code.

22. Thus, even though an order of the sort sought by this Motion is not necessary to trigger the protections afforded the Debtor by section 362 of the Bankruptcy Code, the entry of such an order will be helpful for the Debtor in persuading its creditors of the existence and broad

5

scope of these protections. The granting of the relief requested will help ensure that other creditors, like Eleven Capital, do not continue violating the automatic stay.

23. Accordingly, the Debtor respectfully requests that this Court issue an order which substantially restates the applicable provisions of sections 362 of the Bankruptcy Code as applicable to all creditors and parties-in-interest. Granting the relief requested herein will minimize the disruption of the Debtor's business affairs. It will also proactively negate any future defense by Alpine Advance 5 LLC and their attorneys that they were unaware of the provisions of the automatic stay. Alpine Advance 5 LLC and their attorneys will effectively be on notice that any continued efforts to collect on pre-petition debt from customers are in violation of the automatic stay and this Court's orders.

24. Lastly, one of the primary purposes of the automatic stay is to protect the debtor's assets. *GATX Aircraft Corp. v. M/V Courtney Leigh*, 768 F.2d 711, 716 (5th Cir. 1985). Parties are enjoined from taking action against estate property. *See In Re Chesnut, 422 F.298*, 300 (5th Cir. 2005). Specifically, 11 U.S.C. § 362(a)(3) prevents "any act to obtain possession of property of the estate or to exercise control over property of the estate." Any property of the Debtor, whether physical or electronic, is property of the estate. All the Debtor's cash and receivables are property of the estate and any efforts to continue to remove those from the estate is a violation of the automatic stay.

25. In this instance, it is beyond argument that both Alpine Advance 5 LLC and its Attorneys continue to take actions in violation of the automatic stay despite direct warnings by the Debtor's counsel. They further continue to attempt to recover on a claim against the Debtor that arose before the commencement of the Bankruptcy case and continue to request that customers of the Debtor to have funds of the Debtor be transferred to Alpine Advance 5 LLC which are clearly

property of the estate. As Packet is now the debtor in possession under 11 U.S.C. §541, these actions indisputably constitute violations of the automatic stay. 11 U.S.C. §362a(1), (3), and (5).

## KNOWING VIOLATIONS

26. The evidence is clear that these are not accidental violations of the automatic stay but are rather intentional acts of defiance against this Court and the automatic stay. Debtor's Counsel has warned Alpine Advance 5 LLC and its counsel to cease collection efforts and allow Customers to immediately release funds on hold, but those instructions have fallen on deaf ears.

27. Debtor requests that both Alpine Advance 5 LLC and its Attorney Gene W. Rosen be found to have committed knowing violations of the automatic stay, found in contempt for this conduct, and have monetary sanction imposed on them for this knowing conduct.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests the Court enter an order, substantially in the form filed herewith, granting the relief requested in this Motion, and for such other and further relief as may be awarded by the Court.

Respectfully submitted,

THE LANE LAW FIRM, PLLC
*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**CERTIFICATE OF CONFERENCE**

The undersigned counsel sent warning emails about the impending filing of this motion on November 3, 2023 and called Alpine's counsel as well on November 4, 2023 to again warn about the filing of this motion if the receivables were not released. Hearing no response and seeing the recent email to the Debtor's customer to continue holding receivables, it is believed they are opposed to the relief sought.

                                          */s/ Robert C. Lane*
                                          Robert C. Lane

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Debtor's Motion to Enforce the Stay and Show Cause was served upon the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, and by electronic mail as listed below on November 16, 2023:

Debtor:
Packet Construction LLC
14205 N Mopac Expy #514
Austin, Texas 78728

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

Additional U.S. First Class Mail, Postage Pre-Paid Notice:

Gene Rosen's Law Firm
Attn: Gene W. Rosen
200 Garden City Plaza
Suite 405
Garden City, New York 11530

Alpine Advance 5 LLC
46 Washington Street
Suite #6
Middletown, CT 06457

Additional Notices via Electronic Communication:

Ops@Alpineadvance.net

Gene@GeneRosen.com

                                                */s/ Robert "Chip" Lane*
                                                Robert "Chip" Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-10860-cgb<br>Western District of Texas<br>Austin<br>Thu Nov 16 08:17:36 CST 2023 | Packet Construction LLC<br>PO Box 82668<br>Austin, TX 78708-2668 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Alpine Advance 5 LLC<br>228 Park Ave S<br>New York, NY 10003-1502 | Alpine Advance 5 LLC<br>46 Washington Street Suite 6<br>Middletown, CT 06457-2861 |
| Arcosa Aggregates<br>401 S Interstate Highway 45<br>Ferris, TX 75125-8801 | Arcosa Aggregates Texas, LLC<br>c/o Ross, Smith & Binford, PC<br>Attn: Frances A. Smith<br>700 N. Pearl St., Suite 1610<br>Dallas, TX 75201-7459 | Arcosa Aggregates Texas, LLC<br>c/o Ross, Smith & Binford, PC<br>Attn: Jason Binford<br>2003 N. Lamar Blvd., Suite 100<br>Austin, TX 78705-4932 |
| Arnold Crushed Stone Inc<br>PO Box 632<br>Blum, TX 76627-0632 | Arsenal Funding<br>8 West 36th Street, 7th Floor<br>New York, NY 10018-9774 | Austin Lava, LLC<br>3107 Perry Lane<br>Austin, TX 78731-5341 |
| Big Bend Services, LLC<br>PO Box 61226<br>Midland, TX 79711-1226 | Big Bend Services, LLC<br>c/o Amber James<br>James Firm PLLC<br>1610 5th Avenue<br>Fort Worth, Texas 76104-4324 | Braun Intertec<br>11001 Hampshire Ave S<br>Minneapolis, MN 55438-2424 |
| (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Caldwell East & Finlayson PLLC<br>One Riverwalk Place, 700 North St. Mary&<br>San Antonio, TX 78205 | Callan Searcy<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Capital Quarries<br>PO Box 105050<br>Jefferson City, MO 65110-5050 | Caterpillar Financial Services Corporation<br>c/o John R. Nelson<br>Dickinson Wright PLLC<br>607 W. 3rd Street, Suite 2500<br>Austin, Texas 78701-4713 | Caterpillar Financial Services Corporation<br>c/o Michelle D. Esparza<br>Dickinson Wright PLLC<br>221 N. Kansas Street, Suite 2500<br>El Paso, Texas 79901-1443 |
| Centra Funding LLC<br>1400 Preston Road Suite 115<br>Houston, TX 77002 | Centra Funding LLC<br>c/o Wright Law Group, PLLC<br>P.O. Box 105603<br>PMB 84356<br>Atlanta, GA 30348-5603 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 |
| Conners Construction Inc.<br>2513 U.S. HWY 77<br>Lott, TX 76656-3595 | David Neal LLC<br>899 FM 1947<br>Hillsboro, TX 76645-5157 | Deans Stepp Law, LLP<br>325 N. Saint Paul St. Suite 1500<br>Dallas, TX 75201-3891 |
| EnviroCon Systems Inc<br>PO Box 673048<br>Houston, TX 77267-3048 | Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 | Ewald Kubota Inc.<br>PO Box 1287 71E<br>Seguin, TX 78156-1287 |

| | | |
|---|---|---|
| Ewald Kubota, Inc<br>c/o Audrey McDougal<br>1900 IH 10 West<br>Seguin, TX 78155-2353 | Ewald Kubota, Inc.<br>c/o Elms Macchia, PLLC<br>2702 Treble Creek<br>San Antonio, TX 78258-4496 | Force Logistics, LLC<br>28440 Verde Mountain Trl<br>San Antonio, TX 78261-2528 |
| Fundfi Merchant Funding LLC<br>352 Fulton Avenue<br>Hempstead, NY 11550-3941 | HKA Enterprises LLC<br>337 Spartangreen Blvd<br>Duncan, SC 29334-9220 | HercRentals<br>27500 Riverview Center Blvd Suite 100<br>Bonita Springs, FL 34134-4328 |
| JCB Financial, Inc.<br>1715 Morgan Lane<br>Collegeville, PA 19426-2875 | Jason R. Kennedy, Attorney<br>Laperouse Kennedy, PC<br>5220 Spring Valley Rd., Suite 615<br>Dallas, Texas 75254-2431 | John Miller<br>PO Box 82668<br>Austin, TX 78708-2668 |
| Landpoint<br>525 Sawdust Rd #200<br>Spring, TX 77380-2386 | Laperouse, P.C.<br>5220 Spring Valley Road Suite 615<br>Dallas, TX 75254-2431 | Lonestar Forklift<br>5300 SE Loop 410<br>San Antonio, TX 78222-3922 |
| Longview Truck Center<br>3132 TX-31<br>Longview, TX 75603 | (p)MARSHALL & SINGLETON PLC<br>P O BOX 1955<br>JONESBORO AR 72403-1955 | Martin Marietta Materials<br>1503 LBJ Freeway Suite 400<br>Dallas, TX 75234-6007 |
| Mid-Tex Testing LLC<br>1301 New Dallas Hwy<br>Waco, TX 76705-2428 | Mid-Tex Testing LLC<br>c/o David Tekell<br>Tekell & Tekell, LLP<br>400 Austin Avenue, Ste 1000<br>Waco, TX 76701-2145 | NUCOR Harris Rebar<br>4700 Singleton Blvd<br>Dallas, TX 75212-3333 |
| North Mill Credit Trust<br>81 Throckmorton Ave<br>Mill Valley, CA 94941-1930 | North Mill Credit Trust<br>9 Executive Circle Suite 230<br>Irvine, CA 92614-4701 | Nucor Harris Rebar South, LLC<br>c/o Jason R. Kennedy<br>Laperouse Kennedy, PC<br>5220 Spring Valley Rd, Suite 615<br>Dallas, TX 75254-2431 |
| PTR - Premier Truck Rental<br>9138 Bluffton Road<br>Fort Wayne, IN 46809-3057 | Packet Construction LLC<br>14205 N Mopac Expressway 514<br>Austin, TX 78728 | Providence Equipment Finance<br>aka Providence Bank & Trust<br>PO Box 706<br>South Holland, IL 60473-0706 |
| Providence Equipment Finance A Division of P<br>1555 S. Ardmore Avenue<br>Villa Park, IL 60181-3407 | SBM Earthmoving & Construction<br>7931 N State Line Ave<br>Texarkana, TX 75503-1945 | SIR, LLC<br>Harwin Dr<br>Houston, TX 77036 |
| Simpson Crushed Stone<br>1948 County Rd 1234<br>Nemo, TX 76070-3003 | Southeast Readi-Mix Products Inc<br>3001 South Boyd Drive<br>Carlsbad, NM 88220-4709 | (p)SOUTHSTAR FINANCIAL LLC<br>ATTN SOUTHSTAR FINANCIAL LLC<br>840 LOWCOUNTRY BLVD<br>MOUNT PLEASANT SC 29464-3000 |

| | | |
|---|---|---|
| Spartan Business Solutions, LLC d/b/a Sparta<br>371 E Main St. Suite 2<br>Middletown, NY 10940-3435 | Stealth Monitoring Inc<br>15182 Marsh Lane<br>Addison, TX 75001-8047 | SunCoast Post-Tension<br>16825 Northchase Dr Suite 1100<br>Mill Creek, PA 17060 |
| Suncoast Post-Tension, Ltd<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | Terracon Consultants, Inc<br>10841 S Ridgeview Road<br>Olathe, KS 66061-6456 | TexMix Concrete<br>PO Box 830<br>Leander, TX 78646-0830 |
| Texas Comptroller of Public Accounts, Revenu<br>Callan C. Searcy<br>c/o Sherri K. Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas First Rentals LLC<br>Po Box 650869<br>Dallas, TX 75265-0869 | Texas First Rentals, LLC<br>Attorney of Record - Zachary J. Fanucchi<br>Caldwell East & Finlayson PLLC<br>700 N. St. Marys Street, Suite 1825<br>San Antonio, Texas 78205-3545 |
| Texas Regional Bank<br>PO Box 5555<br>Mcallen, TX 78502-5555 | Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |
| The Law Office of Jason Gang, PLLC<br>1245 Hewlett Plaza #478<br>Hewlett, NY 11557-4021 | U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Ce<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 | U.S. Small Business Administration<br>Steven B. Bass<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 |
| United Rentals<br>100 First Stamford Place Suite 700<br>Stamford, CT 06902-9200 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 |
| Robert Chamless Lane<br>The Lane Law Firm, PLLC<br>6200 Savoy Dr, Suite 1150<br>Houston, TX 77036-3369 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAT Financial<br>PO Box 340001<br>Nashville, TN 37203 | Marshall & Singleton, PLC<br>PO Box 4034<br>Jonesboro, AR 72401 | Southstar Financial, LLC<br>840 Lowcountry Blvd<br>Mount Pleasant, SC 29464 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)HKA Enterprises, Inc<br>337 Spartangreen Blvd<br>Duncan, SC 29334-9220 | (d)Stealth Monitoring Inc.<br>15182 Marsh Lane<br>Addison, TX 75001-8047 | (u)Territorial Bank of American Samoa<br>716 Centennial Building<br>PagoPago, American Samoa 96799 |
|---|---|---|

**End of Label Matrix**
**Mailable recipients**   78
**Bypassed recipients**    3
**Total**                 81