**Fill in this information to identify the case:**

Debtor Name    Packet Construction LLC

United States Bankruptcy Court for the: Western District of Texas

Case number: 23-10860

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: 10/12/23 - 10/31/23

Line of business: Construction

Date report filed: 11/21/2023
MM / DD / YYYY

NAISC code: 238910

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    John Miller

Original signature of responsible party _____

Printed name of responsible party    John Miller

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  __Packet Construction LLC_____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☐  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ _____

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ _____

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

   *(Exhibit E)*

Debtor Name _____Packet Construction LLC_____    Case number _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                        $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                        _____

27. What is the number of employees as of the date of this monthly report?                         _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____

30. How much have you paid this month in other professional fees?                                    $ _____

31. How much have you paid in total other professional fees since filing the case?                   $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                            $ _____

36. Total projected cash disbursements for the next month:                                    − $ _____

37. Total projected net cash flow for the next month:                                            = $ _____

Debtor Name ___Packet Construction LLC_____  Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Packet Construction LLC
## A/R Aging Summary
### As of October 31, 2023

| | Current | 1 - 30 | 31 - 60 | Total |
|---|---|---|---|---|
| **Cardinal Investment Company Inc** | | | 34,300.00 | 34,300.00 |
| **Energy Erectors Inc.** | | | | |
| Bob White Civil Construction | | 14,100.29 | | 14,100.29 |
| **Total Energy Erectors Inc.** | $ 0.00 | $ 14,100.29 | $ 0.00 | $ 14,100.29 |
| **Floresville Electric Light & Power Systems** | | | | |
| Eagle Creek Substation | 120,000.00 | 4,600.00 | | 124,600.00 |
| **Total Floresville Electric Light & Power Systems** | $ 120,000.00 | $ 4,600.00 | $ 0.00 | $ 124,600.00 |
| **Hitachi Energy** | | | | |
| Middle Fork Statcom | 150,000.00 | | | 150,000.00 |
| **Total Hitachi Energy** | $ 150,000.00 | $ 0.00 | $ 0.00 | $ 150,000.00 |
| **Kiewit Infrastructure South Co** | | | | |
| Toledo Bend Substation | | 14,772.97 | | 14,772.97 |
| **Total Kiewit Infrastructure South Co** | $ 0.00 | $ 14,772.97 | $ 0.00 | $ 14,772.97 |
| **Pike Enterprises, LLC** | 20,000.00 | | | 20,000.00 |
| **Power Standard, LLC** | | | | |
| 12th Street Civil Project - AEP | | 68,750.00 | 14,230.50 | 82,980.50 |
| Henly Substation | | 1,525.00 | | 1,525.00 |
| Hunt Radio Tower | 38,649.00 | | | 38,649.00 |
| Oxy Substations | 529,130.00 | 16,697.10 | | 545,827.10 |
| Santo Nino Substation | 27,500.00 | | | 27,500.00 |
| **Total Power Standard, LLC** | $ 595,279.00 | $ 86,972.10 | $ 14,230.50 | $ 696,481.60 |
| **TOTAL** | $ 885,279.00 | $ 120,445.36 | $ 48,530.50 | $ 1,054,254.86 |

**10/12/2023 - 10/31/2023**

| Date | Type | Payee | Category | Total |
|------|------|-------|----------|------:|
| 10/12/2023 | Expense | | Bank Charges & Fees | 30.00 |
| 10/12/2023 | Expense | | Bank Charges & Fees | 30.00 |
| 10/12/2023 | Expense | | Salaries & Wages | 7,989.22 |
| 10/13/2023 | Expense | | Bank Charges & Fees | 30.00 |
| 10/13/2023 | Expense | | Bank Charges & Fees | 30.00 |
| 10/16/2023 | Expense | | Equipment Lease | 1,677.75 |
| 10/16/2023 | Expense | | Job Supplies | 500.00 |
| 10/16/2023 | Expense | | Job Supplies | 784.70 |
| 10/16/2023 | Expense | | Job Supplies | 1,000.00 |
| 10/16/2023 | Expense | | Job Supplies | 1,500.00 |
| 10/16/2023 | Expense | | Job Supplies | 1,638.83 |
| 10/16/2023 | Expense | | Job Supplies | 1,996.00 |
| 10/16/2023 | Expense | | Salaries & Wages | 1,996.00 |
| 10/16/2023 | Expense | | Owner's Investment | 11,000.00 |
| 10/17/2023 | Expense | | Job Supplies | 1,000.00 |
| 10/18/2023 | Expense | | Equipment Lease | 300.85 |
| 10/19/2023 | Expense | | Concrete | 1,100.00 |
| 10/19/2023 | Expense | | Equipment Lease | 1,472.70 |
| 10/19/2023 | Expense | | Equipment Lease | 1,554.30 |
| 10/19/2023 | Expense | | Equipment Lease | 1,609.50 |
| 10/19/2023 | Expense | | Equipment Lease | 1,866.13 |
| 10/19/2023 | Expense | | Concrete | 3,204.20 |
| 10/20/2023 | Expense | | Bank Charges & Fees | 30.00 |
| 10/20/2023 | Expense | | Bank Charges & Fees | 30.00 |
| 10/20/2023 | Expense | | Bank Charges & Fees | 30.00 |
| 10/23/2023 | Expense | | Employee Benefits | 1.00 |
| 10/26/2023 | Expense | | Bank Charges & Fees | 10.00 |
| 10/26/2023 | Expense | Gusto | Taxes | 400.01 |
| 10/26/2023 | Expense | Gusto | Taxes | 443.55 |
| 10/26/2023 | Check | | Salaries & Wages | 1,278.97 |
| 10/26/2023 | Expense | | Job Supplies | 1,500.00 |
| 10/26/2023 | Expense | | Salaries & Wages | 1,950.00 |
| 10/26/2023 | Expense | | Job Supplies | 1,996.00 |
| 10/26/2023 | Expense | Gusto | Taxes | 2,254.47 |
| 10/26/2023 | Check | | Salaries & Wages | 3,565.67 |
| 10/26/2023 | Expense | | Equipment Fuel | 8,834.73 |
| 10/27/2023 | Bill Payment (Check) | Binford Supply | | 31,500.00 |
| 10/27/2023 | Bill Payment (Check) | MiniConcrete Materials Inc | | 38,564.21 |
| 10/27/2023 | Bill Payment (Check) | Texas Sustainable Industries LLC | | 230.00 |
| 10/27/2023 | Bill Payment (Check) | TexMix Concrete | | 7,500.00 |
| 10/27/2023 | Bill Payment (Check) | Live Oak Ready Mix | | 4,039.89 |
| 10/27/2023 | Bill Payment (Check) | Jefferey Machine Inc | | 6,648.65 |
| 10/27/2023 | Bill Payment (Check) | Landpoint | | 4,525.72 |
| 10/27/2023 | Expense | | Job Supplies | 2,983.90 |
| 10/27/2023 | Expense | | Job Supplies | 3,012.39 |
| 10/27/2023 | Expense | | Job Supplies | 3,800.00 |
| 10/27/2023 | Expense | | Job Supplies | 3,947.58 |
| 10/27/2023 | Expense | | Job Supplies | 4,500.00 |
| 10/27/2023 | Expense | PB Materials | Salaries & Wages | 12,746.14 |
| 10/27/2023 | Check | | Salaries & Wages | 1,720.14 |
| 10/27/2023 | Expense | | Salaries & Wages | 32,373.81 |
| 10/30/2023 | Bill Payment (Check) | Daniel Steel Industries, Inc | | 2,690.01 |
| 10/30/2023 | Bill Payment (Check) | Hartmann Building Specialties | | 19,279.19 |
| 10/30/2023 | Bill Payment (Check) | Jacob & Martin, LLC | | 2,118.42 |

| Date | Type | Payee | Account | Amount |
|---|---|---|---|---|
| 10/30/2023 | Bill Payment (Check) | Landpoint | | 2,787.97 |
| 10/30/2023 | Bill Payment (Check) | Lauren Concrete | | 3,400.95 |
| 10/30/2023 | Bill Payment (Check) | Live Oak Ready Mix | | 5,682.05 |
| 10/30/2023 | Bill Payment (Check) | SBM Earthmoving & Construction | | 6,378.79 |
| 10/30/2023 | Bill Payment (Check) | Tejas Equipment Rental | | 3,418.56 |
| 10/30/2023 | Bill Payment (Check) | Reinforcing Steel Supply | | 3,684.20 |
| 10/30/2023 | Expense | | Bank Charges & Fees | 0.95 |
| 10/30/2023 | Expense | | Job Supplies | 1,112.32 |
| 10/30/2023 | Expense | | Rent & Lease | 1,559.25 |
| 10/30/2023 | Expense | | Equipment Lease | 2,550.00 |
| 10/30/2023 | Expense | | Job Supplies | 4,135.25 |
| 10/30/2023 | Expense | | Notes Payable - Dedicated Funding | 4,449.96 |
| 10/30/2023 | Expense | | Job Supplies | 5,000.00 |
| 10/30/2023 | Expense | | Insurance | 11,430.42 |
| 10/30/2023 | Expense | | Job Supplies | 12,819.04 |
| 10/30/2023 | Expense | | Salaries & Wages | 50,000.00 |
| 10/30/2023 | Expense | | Equipment Lease | 7,914.86 |
| 10/30/2023 | Expense | | Job Supplies | 1,500.00 |
| 10/30/2023 | Expense | | Salaries & Wages | 2,500.00 |
| 10/30/2023 | Expense | | Salaries & Wages | 5,000.00 |
| 10/30/2023 | Expense | Vulcan Construction Materials | Job Supplies | 10,043.04 |
| 10/31/2023 | Bill Payment (Check) | Braun Intertec | | 14,647.25 |
| 10/31/2023 | Bill Payment (Check) | Howland Engineering & Surveying Co. | | 7,680.00 |
| 10/31/2023 | Bill Payment (Check) | A.H. Beck Foundation Co. Inc | | 12,844.55 |
| 10/31/2023 | Bill Payment (Check) | Garden City Water Station Inc | | 132.60 |
| 10/31/2023 | Expense | | Bank Charges & Fees | 0.95 |
| 10/31/2023 | Expense | | Bank Charges & Fees | 5.00 |
| 10/31/2023 | Expense | | Bank Charges & Fees | 7.04 |
| 10/31/2023 | Expense | | Job Supplies | 37.23 |
| 10/31/2023 | Expense | | Job Supplies | 222.66 |
| 10/31/2023 | Expense | | Rent & Lease | 1,417.50 |
| 10/31/2023 | Expense | Blue Cross and Blue Shield of Texas | Employee Benefits | 4,720.71 |
| 10/31/2023 | Expense | | Equipment Lease | 4,965.66 |
| 10/31/2023 | Expense | | Job Supplies | 5,198.30 |
| 10/31/2023 | Expense | | Job Supplies | 6,992.61 |
| 10/31/2023 | Expense | | Equipment Rental | 8,602.50 |
| 10/31/2023 | Expense | HD Supply Construction And Industrial - WhiteCap | Job Supplies | 13,319.90 |
| 10/31/2023 | Expense | Texas Comptroller of Public Accounts | Taxes & Licenses | 15,116.26 |
| 10/31/2023 | Expense | | Job Supplies | 18,350.00 |
| 10/31/2023 | Expense | | Bank Charges & Fees | 3.96 |
| 10/31/2023 | Expense | | Taxes | 246.75 |
| 10/31/2023 | Expense | Gusto | Taxes | 400.01 |
| 10/31/2023 | Expense | Gusto | Taxes | 400.01 |
| 10/31/2023 | Expense | Gusto | Taxes | 400.01 |
| 10/31/2023 | Expense | Gusto | Taxes | 400.01 |
| 10/31/2023 | Expense | Gusto | Taxes | 400.01 |
| 10/31/2023 | Expense | Gusto | Taxes | 400.01 |
| 10/31/2023 | Expense | Gusto | Taxes | 400.01 |
| 10/31/2023 | Expense | Gusto | Taxes | 400.01 |
| 10/31/2023 | Expense | | Taxes | 421.20 |
| 10/31/2023 | Expense | | Taxes | 538.23 |
| 10/31/2023 | Expense | | Taxes | 607.62 |
| 10/31/2023 | Expense | | Taxes | 920.82 |
| 10/31/2023 | Expense | | Taxes | 1,122.81 |
| 10/31/2023 | Expense | | Taxes | 1,768.37 |

| 10/31/2023 | Expense | Taxes | 1,895.80 |
| 10/31/2023 | Expense | Taxes | 2,383.98 |
| 10/31/2023 | Expense | Taxes | 2,383.98 |
| 10/31/2023 | Expense | Taxes | 2,383.98 |
| 10/31/2023 | Expense | Taxes | 2,384.00 |
| 10/31/2023 | Expense | Taxes | 2,384.02 |
| 10/31/2023 | Expense | Taxes | 2,384.02 |
| 10/31/2023 | Expense | Taxes | 2,384.02 |
| 10/31/2023 | Expense | Taxes | 2,515.41 |
| | | Total | 536,372.04 |

## TEXAS REGIONAL BANK
The people you know.™

**RETURN SERVICE REQUESTED**

PACKET CONSTRUCTION LLC
PO BOX 82668
AUSTIN TX 78708-2668

### *Managing Your Accounts*

| | | |
|---|---|---|
| 🏛 | Location | Dripping Springs Banking Center |
| 📱 | Telephone | 512-894-5011 |
| ✉ | Mailing Address | PO Box 1100 Dripping Springs, TX 78620 |
| 🖥 | Online Access | www.texasregionalbank.com |
| ▦ | 24/7 Telebank | 866-972-5430 |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | ▮8966 | $335,722.76 |

## SMALL BUSINESS CHECKING-1468966

### Account Summary

| Date | Description | Amount |
|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ |
| | ▮▮▮ | ▮▮▮ |
| | ▮▮▮ | |
| 10/31/2023 | Ending Balance | $335,722.76 |
| | Service Charges | $5.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| ▮▮▮ | | ▮▮▮ |
| 10/17/2023 | DEPOSIT | $1,680.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 10/23/2023 | MBI SETL MED-I-BANK | $1.00 |
| 10/30/2023 | POWER STANDARD CORP PAY 2809 | $150,273.90 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/16/2023 | 371239 INTERNET TRANSFER FROM ACCT 1510700 ON 10/14/23 AT 5:34 | $1,300.00 |
| 10/26/2023 | Incoming Wire,KEYBANK,POWER STANDARD, LLC | $396,799.50 |
| 10/31/2023 | MOBILE DEPOSIT | $664.00 |
| 10/31/2023 | MOBILE DEPOSIT | $1,277.61 |
| 10/31/2023 | MOBILE DEPOSIT | $126,902.61 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    (1)   Tell us your name and account number.

    (2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents used in our investigation.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE**  $ _____
SHOWN ON THIS STATEMENT

**ADD** + (IF ANY)  $ _____
DEPOSITS NOT SHOWN
ON THIS STATEMENT

**TOTAL**  $ _____

**SUBTRACT** - (IF ANY)  $ _____
CHECKS OUTSTANDING

**BALANCE**  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
| --- | --- |
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

    In your letter, give us the following information:

    (1)   Your name and account number.

    (2)   The dollar amount of the suspected error.

    (3)   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Call the number on the front of this statement to request a Check 21 disclosure.

TEXAS REGIONAL BANK
The people you know.™

## SMALL BUSINESS CHECKING-████8966 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/23/2023 | MBI SETL MED-I-BANK | $1.00 |
| 10/27/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX8395 | $2,983.90 |
| 10/27/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX8394 | $3,012.39 |
| 10/27/2023 | CAPITAL ONE MOBILE PMT 3SL3O2KNB2J1T6K | $3,800.00 |
| 10/27/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX8396 | $3,947.58 |
| 10/27/2023 | 1ST NATL BK OMAH RETRY PYMT CCXXXXXX9285 | $4,500.00 |
| 10/27/2023 | PACKET CONSTRUCT Aggregate 114917335 | $12,746.14 |
| 10/30/2023 | Yardi Service Ch WEB PMTS HY8G2F | $0.95 |
| 10/30/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,112.32 |
| 10/30/2023 | LEVELOFFICEMANAG WEB PMTS 117G2F | $1,559.25 |
| 10/30/2023 | WELLS FARGO AUTO FEE & PMTS 9620307749 | $2,550.00 |
| 10/30/2023 | BK OF AMER VI/MC ONLINE PMT CKF036380711POS | $4,135.25 |
| 10/30/2023 | TERRITORIAL BANK TRANS PMT 64 000219122100 | $4,449.96 |
| 10/30/2023 | NMEF 2022-B AUTH PAYME G-E10E4AD274E54 | $7,914.86 |
| 10/30/2023 | AFCO CREDIT CORP PAYMENTS 14866708 | $11,430.42 |
| 10/30/2023 | WHITE CAP, L.P. BT1027 000000244381333 | $12,819.04 |
| 10/30/2023 | PACKET CONSTRUCT Payroll SI 114917335 | $50,000.00 |
| 10/31/2023 | Yardi Service Ch WEB PMTS C63N2F | $0.95 |
| 10/31/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX5685 | $37.23 |
| 10/31/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX5651 | $222.66 |
| 10/31/2023 | 1630 Welton WEB PMTS RB4N2F | $1,417.50 |
| 10/31/2023 | HEALTH CARE SERV OBPPAYMT XXXXXX1376 | $4,720.74 |
| 10/31/2023 | PAYOREXPRESSVF WEB PAY 6220186--207353 | $4,965.66 |
| 10/31/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX3890 | $5,198.30 |
| 10/31/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX5572 | $6,992.61 |
| 10/31/2023 | PACKET CONSTRUCT Truck Leas 114917335 | $8,602.50 |
| 10/31/2023 | WHITE CAP, L.P. BT1030 000000244543761 | $13,319.90 |
| 10/31/2023 | WEBFILE TAX PYMT DD 902/73900191 | $15,116.26 |
| 10/31/2023 | PACKET CONSTRUCT Job Suppli XXXXX7335 | $18,350.00 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|

## TEXAS REGIONAL BANK
### The people you know.™

## SMALL BUSINESS CHECKING-1468966 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| ██████ | ███████████████ | ████ |
| ██████ | ████████████████████████ | |
| ██████ | █████████████████████ | |
| ██████ | ███████████████ | |
| ██████ | ██████████████████ | |
| ██████ | ███████████ | |
| ██████ | ████████████ | |
| ██████ | █████████ | 1,285.48 |
| 10/12/2023 | CHK# 00 AMT $1,035.00, RETURNED NSF ITEM FEE | $30.00 |
| 10/16/2023 | FORD MOTOR CR FORDCREDIT XXXXX6754 | $1,677.75 |
| 10/26/2023 | 684247 INTERNET TRANSFER TO ACCT 1510700 ON 10/26/23 AT 14:29 | $30,000.00 |
| 10/26/2023 | 715263 INTERNET TRANSFER TO ACCT 1510700 ON 10/26/23 AT 15:48 | $40,000.00 |
| 10/26/2023 | Incoming Wire Fee 70203465 | $10.00 |
| 10/30/2023 | 240214 INTERNET TRANSFER TO ACCT 1552785 ON 10/30/23 AT 13:23 | $5,000.00 |
| 10/30/2023 | 104447 INTERNET TRANSFER TO ACCT 1510700 ON 10/30/23 AT 8:48 | $20,000.00 |
| 10/31/2023 | 539083 INTERNET TRANSFER TO ACCT 1510700 ON 10/31/23 AT 6:44 | $10,000.00 |
| 10/31/2023 | 555995 INTERNET TRANSFER TO ACCT 1510700 ON 10/31/23 AT 7:26 | $17,500.00 |
| 10/31/2023 | SERVICE CHARGE $9.00 LESS $4.00 CREDIT BACK | $5.00 |
| 10/31/2023 | OVERDRAFT INTEREST FEE | $7.04 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 2377 | 10/31/2023 | $7,500.00 | 2378 | 10/31/2023 | $230.00 | 2382* | 10/31/2023 | $4,039.89 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ██████ | ████ | ██████ | ████ | 10/26/2023 | $326,792.94 |
| ██████ | ████ | 10/12/2023 | -$1,298.81 | 10/27/2023 | $295,802.93 |
| ██████ | ████ | 10/16/2023 | -$1,676.56 | 10/30/2023 | $325,104.78 |
| ██████ | ████ | 10/17/2023 | $3.44 | 10/31/2023 | $335,722.76 |
| | | 10/23/2023 | $3.44 | | |

TEXAS REGIONAL BANK

The people you know.™



**TEXAS REGIONAL BANK**
The people you know.™

THIS PAGE LEFT INTENTIONALLY BLANK

**TEXAS REGIONAL BANK**
The people you know.™

**RETURN SERVICE REQUESTED**

PACKET CONSTRUCTION LLC
PAYROLL ACCOUNT
PO BOX 82668
AUSTIN TX 78708-2668

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Location | Dripping Springs Banking Center |
| 📱 | Telephone | 512-894-5011 |
| ✉ | Mailing Address | PO Box 1100 Dripping Springs, TX 78620 |
| 💻 | Online Access | www.texasregionalbank.com |
| ▦ | 24/7 Telebank | 866-972-5430 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | ▬0700 | $12,151.32 |

## SMALL BUSINESS CHECKING-▬0700

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/30/2023 | **Beginning Balance** | **$11,092.27** |
| | 19 Credit(s) This Period | $453,084.88 |
| | 120 Debit(s) This Period | $452,025.83 |
| 10/31/2023 | **Ending Balance** | **$12,151.32** |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/13/2023 | MOBILE DEPOSIT | $30,330.00 |
| 10/17/2023 | 960625 INTERNET TRANSFER FROM ACCT 1552785 ON 10/17/23 AT 9:15 | $500.00 |
| 10/17/2023 | 955641 INTERNET TRANSFER FROM ACCT 1552785 ON 10/17/23 AT 9:04 | $6,500.00 |
| 10/18/2023 | 553775 INTERNET TRANSFER FROM ACCT 1552785 ON 10/18/23 AT 14:36 | $250.00 |
| 10/18/2023 | 389363 INTERNET TRANSFER FROM ACCT 1552785 ON 10/18/23 AT 8:21 | $4,000.00 |
| 10/26/2023 | 684247 INTERNET TRANSFER FROM ACCT 1468966 ON 10/26/23 AT 14:29 | $30,000.00 |
| 10/26/2023 | 715263 INTERNET TRANSFER FROM ACCT 1468966 ON 10/26/23 AT 15:48 | $40,000.00 |
| 10/30/2023 | 104447 INTERNET TRANSFER FROM ACCT 1468966 ON 10/30/23 AT 8:48 | $20,000.00 |
| 10/31/2023 | 539083 INTERNET TRANSFER FROM ACCT 1468966 ON 10/31/23 AT 6:44 | $10,000.00 |
| 10/31/2023 | 555995 INTERNET TRANSFER FROM ACCT 1468966 ON 10/31/23 AT 7:26 | $17,500.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON  THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60   days after we send you the FIRST statement on which the error or problem appeared.

    (1)  Tell us your name and account number.
    (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you  believe
          there is an error or why you need more information.
    (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for    copies of the documents used in our investigation.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE**
SHOWN ON THIS STATEMENT    $ _____

**ADD** + (IF ANY)
DEPOSITS NOT SHOWN    $ _____
ON THIS STATEMENT

**TOTAL**    $ _____

**SUBTRACT** - (IF ANY)    $ _____
CHECKS OUTSTANDING

**BALANCE**    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

    (1)  Your name and account number.
    (2)  The dollar amount of the suspected error.
    (3)  Describe the error and explain, if you can, why you believe there is an error. If you need more
          information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in  question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the   legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to   your account. Call the number on the front of this statement to request a Check 21 disclosure.



## SMALL BUSINESS CHECKING— ██ 0700 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/16/2023 | CAPITAL ONE MOBILE PMT 3SICZIHP43S98U4 | $500.00 |
| 10/16/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX4517 | $784.70 |
| 10/16/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,000.00 |
| 10/16/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,500.00 |
| 10/16/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX4515 | $1,638.83 |
| 10/17/2023 | CAPITAL ONE MOBILE PMT 3SISC37QAVE6N7G | $1,000.00 |
| 10/18/2023 | POS Purchase PA 800-826-7368 EXPRESS CAR AND CK SEQ# 044427 9288 | $300.85 |
| 10/19/2023 | POS Purchase LA 318-3770928 RED RIVER READY L SEQ# 034115 9288 | $1,100.00 |
| 10/19/2023 | POS Purchase PA 800-826-7368 EXPRESS CAR AND CK SEQ# 036111 9288 | $1,472.70 |
| 10/19/2023 | POS Purchase PA 800-826-7368 EXPRESS CAR AND CK SEQ# 035571 9288 | $1,554.30 |
| 10/19/2023 | POS Purchase PA 800-826-7368 EXPRESS CAR AND CK SEQ# 035557 9288 | $1,609.50 |
| 10/19/2023 | POS Purchase PA 800-826-7368 EXPRESS CAR AND CK SEQ# 035585 9288 | $1,866.13 |
| 10/19/2023 | POS Purchase LA 318-3770928 RED RIVER READY L SEQ# 034119 9288 | $3,204.20 |
| 10/26/2023 | GUSTO CSD 828154 6semjvflqdm | $400.01 |
| 10/26/2023 | GUSTO TAX 828263 6semjvflqdp | $443.55 |
| 10/26/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,500.00 |
| 10/26/2023 | GUSTO TAX 828263 6semjvflqdd | $2,254.47 |
| 10/26/2023 | PETROCARD, INC ARINVOICES XXXXX9264 | $8,834.73 |
| 10/27/2023 | PACKET CONSTRUCT Payroll 114917335 | $32,373.81 |
| 10/30/2023 | BK OF AMER MC RETRY PYMT CKF036380711POS | $1,500.00 |
| 10/30/2023 | VULCAN MATERIALS BT1027 000000244402457 | $10,043.04 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgok0o | $246.75 |
| 10/31/2023 | GUSTO CSD 984171 6semjvgohre | $400.01 |
| 10/31/2023 | GUSTO CSD 984171 6semjvgoi28 | $400.01 |
| 10/31/2023 | GUSTO CSD 984171 6semjvgoivs | $400.01 |
| 10/31/2023 | GUSTO CSD 984171 6semjvgojdt | $400.01 |
| 10/31/2023 | GUSTO CSD 984171 6semjvgojpv | $400.01 |
| 10/31/2023 | GUSTO CSD 984171 6semjvgok4h | $400.01 |
| 10/31/2023 | GUSTO CSD 984171 6semjvgokps | $400.01 |
| 10/31/2023 | GUSTO CSD 984171 6semjvgol9r | $400.01 |



## SMALL BUSINESS CHECKING-■■■0700 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/2023 | GUSTO TAX 983353 6semjvgom9g | $421.20 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgolj4 | $538.23 |
| 10/31/2023 | GUSTO TAX 983353 6semjvgokjr | $607.62 |
| 10/31/2023 | GUSTO TAX 983353 6semjvgoipe | $920.82 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgoj90 | $1,122.81 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgokde | $1,768.37 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgoii0 | $1,895.80 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgoi27 | $2,383.98 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgojpu | $2,383.98 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgokpr | $2,383.98 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgok4g | $2,384.00 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgoivr | $2,384.02 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgojds | $2,384.02 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgol9q | $2,384.02 |
| 10/31/2023 | GUSTO TAX 983310 6semjvgohrd | $2,515.41 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/12/2023 | PACKET CONSTRUCT Payroll 114917335 | $7,989.22 |
| 10/12/2023 | CHK# 1057 AMT $3,400.95, RETURNED NSF ITEM FEE | $30.00 |
| 10/13/2023 | CHK# 00 AMT $7,989.22, NSF ITEM OVERDRAFT FEE | $30.00 |
| 10/13/2023 | CHK# 1052 AMT $31,500.00, RETURNED NSF ITEM FEE | $30.00 |
| 10/16/2023 | 371239 INTERNET TRANSFER TO ACCT 1468966 ON 10/14/23 AT 5:34 | $1,300.00 |
| 10/16/2023 | 442805 INTERNET TRANSFER TO ACCT 1552785 ON 10/14/23 AT 9:46 | $1,996.00 |
| 10/16/2023 | 442869 INTERNET TRANSFER TO ACCT 1552785 ON 10/14/23 AT 9:46 | $1,996.00 |
| 10/16/2023 | 113585 INTERNET TRANSFER TO ACCT 1552785 ON 10/16/23 AT 9:24 | $11,000.00 |
| 10/20/2023 | CHK# 00 AMT $2,502.00, RETURNED NSF ITEM FEE | $30.00 |
| 10/20/2023 | CHK# 00 AMT $4,696.40, RETURNED NSF ITEM FEE | $30.00 |
| 10/20/2023 | CHK# 00 AMT $8,799.73, RETURNED NSF ITEM FEE | $30.00 |
| 10/26/2023 | 689318 INTERNET TRANSFER TO ACCT 1552785 ON 10/26/23 AT 14:42 | $1,950.00 |
| 10/26/2023 | 684528 INTERNET TRANSFER TO ACCT 1552785 ON 10/26/23 AT 14:29 | $1,996.00 |
| 10/30/2023 | 490188 INTERNET TRANSFER TO ACCT 1552785 ON 10/28/23 AT 10:50 | $2,500.00 |
| 10/31/2023 | SERVICE CHARGE $9.00 LESS $9.00 CREDIT BACK | $0.00 |
| 10/31/2023 | OVERDRAFT INTEREST FEE | $3.96 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| | | | 1045* | 10/26/2023 | $3,565.67 | | | |
| | | | | | | 1060* | 10/12/2023 | $780.90 |
| | | | | | | 1062* | 10/26/2023 | $1,278.97 |

**TEXAS REGIONAL BANK**
The people you know.™

## SMALL BUSINESS CHECKING—▮▮ 0700 (continued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount |
|---|---|---|
| 1066* | 10/27/2023 | $1,720.14 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | 10/19/2023 | $30.76 |
| ▮▮ | ▮▮ | 10/12/2023 | -$7,666.03 | 10/20/2023 | -$59.24 |
| ▮▮ | ▮▮ | 10/13/2023 | $22,603.97 | 10/26/2023 | $47,717.36 |
| ▮▮ | ▮▮ | 10/16/2023 | $888.44 | 10/27/2023 | $13,623.41 |
| ▮▮ | ▮▮ | 10/17/2023 | $6,888.44 | 10/30/2023 | $14,580.37 |
| ▮▮ | ▮▮ | 10/18/2023 | $10,837.59 | 10/31/2023 | $12,151.32 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| ▮▮ | ▮▮ | ▮▮ |
| ▮▮ | ▮▮ | ▮▮ |

| ▮▮ | | |
|---|---|---|
| ▮▮ | | ▮▮ |
| ▮▮ | | ▮▮ |
| ▮▮ | | ▮▮ |
| ▮▮ | | ▮▮ |

