**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                     12/17

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party  *John Miller*_____

Printed name of responsible party  _____

## ◼ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                    ❑    ❑    ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑    ❑    ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.
    
    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     ‒ $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.     + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.     = $ _____

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                             $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        _____

27. What is the number of employees as of the date of this monthly report?           _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?             $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                       $ _____

31. How much have you paid in total other professional fees since filing the case?                      $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | *Column B*<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                    $ _____

36. Total projected cash disbursements for the next month:            −  $ _____

37. Total projected net cash flow for the next month:                  =  $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❏   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏   39.   Bank reconciliation reports for each account.

❏   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏   41.   Budget, projection, or forecast reports.

❏   42.   Project, job costing, or work-in-progress reports.

# HORIZON BANK

```
          *0011578   S1
     PACKET CONSTRUCTION LLC
     CHAPTER 11 DEBTOR IN POSSESSION
     CASE NO. 23-10860-CGB
     (OPERATING)
     14205 NORTH MOPAC EXYWAY #514
     AUSTIN  TX 78728
```

| | | | |
|---|---|---|---|
| Statement Date: | **11/30/2023** | Enclosures: | **(0)** |

Account No.: **\*\*\*\*8551**      Page: **1**

## BUSINESS CHECKING SUMMARY

Type: **REG**  Status: **Active**

| Category | Number | Amount |
|---|---|---|
| New Account On 11/08/23 | | 0.00 |
| Debits | 0 | 0.00 |
| Automatic Withdrawals | 14 | 68,463.50 |
| Automatic Deposits | 4 | 68,500.00+ |
| Ending Balance On  11/30/23 | | 36.50 |

| Average Balance (Ledger) | 18,842.60+ |
|---|---|

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 11/10/23 | PACKET CONSTRUCT TRANSFER | 50,000.00 |
| 11/22/23 | Funds Transfer via Mobile | 1,000.00 |
| 11/22/23 | PACKET CONSTRUCT DIP ACCT | 7,500.00 |
| 11/30/23 | Funds Transfer via Online | 10,000.00 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 11/13/23 | Funds Transfer via Mobile | 15,000.00 |
| 11/16/23 | 1ST NATL BK OMAH ONLINE PMT | 1,373.27 |
| 11/16/23 | 1ST NATL BK OMAH ONLINE PMT | 2,320.72 |
| 11/17/23 | 1ST NATL BK OMAH ONLINE PMT | 3,328.77 |
| 11/20/23 | THE LANE LAW FIR CORP COLL | 1,500.00 |
| 11/21/23 | 1ST NATL BK OMAH ONLINE PMT | 888.27 |
| 11/21/23 | 1ST NATL BK OMAH ONLINE PMT | 1,172.51 |
| 11/21/23 | 1ST NATL BK OMAH ONLINE PMT | 1,839.96 |
| 11/22/23 | WIRE TRANSFER FEE TO SIR LLC | 20.00 |
| 11/22/23 | Funds Transfer via Mobile | 4,300.00 |
| 11/22/23 | WIRE TRANSFER TO SIR LLC | 25,000.00 |
| 11/30/23 | WIRE TRANSFER FEE TO JASON PAPES | 20.00 |
| 11/30/23 | Funds Transfer via Online | 1,700.00 |
| 11/30/23 | WIRE TRANSFER TO JASON PAPES | 10,000.00 |

**Continued**



A DIFFERENT BRAND OF BANKING   PO BOX 685133 • Austin, Texas 78768 • 866-914-2265 • www.horizon.bank




CSI REV 092722

6045-STMT

Statement Date:  **11/30/2023**  Enclosures:  **(0)**  Account No.:  **\*\*\*\*8551**  Page:  **2**

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 11/08/23 was 0.00

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/10/23 | 50,000.00 | 11/17/23 | 27,977.24 | 11/22/23 | 1,756.50 |
| 11/13/23 | 35,000.00 | 11/20/23 | 26,477.24 | 11/30/23 | 36.50 |
| 11/16/23 | 31,306.01 | 11/21/23 | 22,576.50 | | |

## *OVERDRAFT AND RETURNED ITEM FEES*

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

This Statement Cycle Reflects 23 Days

DEBIT CARD TEXT AND/OR EMAIL ALERTS AVAILABLE.

CONTACT YOUR LOCAL BRANCH TO SET THESE UP.

MOBILE APP DEPOSIT IS ALSO AVAILABLE!

TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

### PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,

and protect your personal information.  Our privacy policy

has not changed and you may review our policy and practices

with respect to your personal information at

www.horizon.bank/privacy/

or we will mail you a free copy upon request if you call us

at 512-637-5730

**End Statement**

# TEXAS REGIONAL BANK
### The people you know.™

*Statement Ending 11/30/2023*

*Page 1 of 8*

**RETURN SERVICE REQUESTED**

PACKET CONSTRUCTION LLC
PO BOX 82668
AUSTIN TX 78708-2668

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Location | Dripping Springs Banking Center |
| 📱 | Telephone | 512-894-5011 |
| ✉ | Mailing Address | PO Box 1100 Dripping Springs, TX 78620 |
| 🖥 | Online Access | www.texasregionalbank.com |
| ▦ | 24/7 Telebank | 866-972-5430 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | ■8966 | $837.03 |

## SMALL BUSINESS CHECKING ■ 8966

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | Beginning Balance | $335,722.76 |
| | 4 Credit(s) This Period | $295,939.65 |
| | 77 Debit(s) This Period | $630,825.38 |
| 11/30/2023 | Ending Balance | $837.03 |
| | Service Charges | $5.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 11/03/2023 | ABB INC PAYMENTS 2100159888 | $150,000.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/02/2023 | 521633 INTERNET TRANSFER FROM ACCT 1■0700 ON 11/02/23 AT 5:58 | $120,000.00 |
| 11/06/2023 | 112039 INTERNET TRANSFER FROM ACCT ■785 ON 11/06/23 AT 8:46 | $25,000.00 |
| 11/21/2023 | MOBILE DEPOSIT | $939.65 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | BK OF AMER VI/MC ONLINE PMT CKF036380711POS | $1,775.72 |
| 11/01/2023 | CAPITAL ONE MOBILE PMT 3SM5HDHF87W53I4 | $4,503.17 |
| 11/01/2023 | PACKET CONSTRUCT Payroll SI ■7335 | $50,000.00 |
| 11/02/2023 | Yardi Service Ch WEB PMTS Z1XR3F | $0.95 |
| 11/02/2023 | GUSTO FEE 037749 6semjvho18n | $213.20 |
| 11/02/2023 | LEVELOFFICEMANAG WEB PMTS DQHT3F | $1,417.50 |
| 11/02/2023 | CENTRA FUNDING R LEASECHG 3644 | $4,383.09 |
| 11/02/2023 | TEXAS FIRST RENT BT1101 000000244922497 | $26,654.29 |
| 11/02/2023 | PACKET CONSTRUCT Aggregate ■7335 | $34,119.76 |
| 11/03/2023 | Beam-Premium ePay TX25984 | $361.53 |
| 11/03/2023 | Synchrony Bank CC PYMT 419509151924068 | $1,605.84 |
| 11/03/2023 | HOME DEPOT ONLINE PMT 621212519074999 | $2,747.60 |
| 11/03/2023 | Synchrony Bank CC PYMT 524306001655241 | $4,000.00 |
| 11/06/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $2,615.97 |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON  THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60   days after we send you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you  believe there is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for    copies of the documents used in our investigation.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE** $ _____
SHOWN ON THIS STATEMENT

**ADD** + (IF ANY) $ _____
DEPOSITS NOT SHOWN
ON THIS STATEMENT

**TOTAL** $ _____

**SUBTRACT** - (IF ANY) $ _____
CHECKS OUTSTANDING

**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** |  |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

(1)  Your name and account number.
(2)  The dollar amount of the suspected error.
(3)  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in  question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the   legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to   your account. Call the number on the front of this statement to request a Check 21 disclosure.

**TEXAS REGIONAL BANK**
The people you know.™

## SMALL BUSINESS CHECKING— ████8966 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 11/06/2023 | CAT COMMERCIAL A PAYMENT 274-125677-23 | $3,492.98 |
| 11/06/2023 | CAPITAL ONE MOBILE PMT 3SMSAU7FDZCIQ64 | $4,554.92 |
| 11/06/2023 | AMTRUSTFI SWEB PYMNT 651445107 | $5,000.00 |
| 11/07/2023 | TRACTOR SUPPLY ONLINE PMT 631215996666306 | $1,217.45 |
| 11/07/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,220.88 |
| 11/07/2023 | CITI CARD ONLINE PAYMENT 431215889984531 | $1,394.57 |
| 11/08/2023 | TXWORKFORCECOMM DEBIT (512)463-2325 | $1,574.61 |
| 11/09/2023 | CAPITAL ONE MOBILE PMT 3SNUCTD7CR3GBGC | $1,349.36 |
| 11/09/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,427.57 |
| 11/09/2023 | BK OF AMER VI/MC ONLINE PMT CKF036380711POS | $1,734.99 |
| 11/10/2023 | PACKET CONSTRUCT Transfer XXXXX7335 | $50,000.00 |
| 11/13/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX9162 | $1,429.96 |
| 11/13/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,486.42 |
| 11/14/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX3941 | $635.27 |
| 11/14/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX3938 | $1,004.80 |
| 11/14/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,512.88 |
| 11/14/2023 | FORD MOTOR CR FORDCREDIT XXXXX6754 | $1,727.75 |
| 11/14/2023 | PACKET CONSTRUCT Payroll SI ████7335 | $35,000.00 |
| 11/17/2023 | CAPITAL ONE MOBILE PMT 3SPJU7HNA7TLFY4 | $1,500.00 |
| 11/17/2023 | SANTANDER CONSUMER 0021620869 | $2,395.00 |
| 11/20/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $2,510.48 |
| 11/22/2023 | PACKET CONSTRUCT DIP Acct XXXXX7335 | $7,500.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | 299622 INTERNET TRANSFER TO ACCT ████0700 ON 11/01/23 AT 15:57 | $25,000.00 |
| 11/06/2023 | 111857 INTERNET TRANSFER TO ACCT ████2785 ON 11/06/23 AT 8:45 | $25,000.00 |
| 11/06/2023 | 112160 INTERNET TRANSFER TO ACCT ████0700 ON 11/06/23 AT 8:46 | $25,000.00 |
| 11/07/2023 | Outgoing Wire,BINFORD SUPPLY,140302 | $14,648.37 |
| 11/07/2023 | Outgoing Wire Fee 140302 | $25.00 |
| 11/08/2023 | 072487 INTERNET TRANSFER TO ACCT ████0700 ON 11/08/23 AT 9:10 | $35,000.00 |
| 11/10/2023 | PAYMENT TO CONSUMER AUTO LOAN ████1364 | $1,285.48 |
| 11/29/2023 | CHK# 2410 AMT $31,500.00, RETURNED NSF ITEM FEE | $30.00 |
| 11/30/2023 | CHK# 00 AMT $4,449.96, RETURNED NSF ITEM FEE | $30.00 |
| 11/30/2023 | SERVICE CHARGE $9.00 LESS $4.00 CREDIT BACK | $5.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 0 | 11/02/2023 | $9,600.00 | 2390 | 11/02/2023 | $19,279.19 | 2403 | 11/15/2023 | $1,083.75 |
| 2376* | 11/06/2023 | $2,550.00 | 2391 | 11/03/2023 | $2,690.01 | 2404 | 11/13/2023 | $1,590.00 |
| 2379* | 11/01/2023 | $38,564.21 | 2393* | 11/07/2023 | $3,684.20 | 2405 | 11/14/2023 | $5,440.01 |
| 2380 | 11/01/2023 | $31,500.00 | 2395* | 11/06/2023 | $10,000.00 | 2406 | 11/08/2023 | $4,531.70 |
| 2383* | 11/03/2023 | $4,525.72 | 2396 | 11/10/2023 | $7,680.00 | 2407 | 11/14/2023 | $18,290.13 |
| 2384 | 11/02/2023 | $3,418.56 | 2397 | 11/07/2023 | $14,647.25 | 2408 | 11/14/2023 | $1,592.47 |
| 2385 | 11/06/2023 | $6,378.79 | 2398 | 11/03/2023 | $12,844.55 | 2411* | 11/21/2023 | $1,216.00 |
| 2386 | 11/02/2023 | $5,682.05 | 2399 | 11/21/2023 | $132.60 | 2413* | 11/29/2023 | $819.70 |
| 2387 | 11/02/2023 | $3,400.95 | 2400 | 11/03/2023 | $5,000.00 | 2415* | 11/20/2023 | $834.75 |
| 2388 | 11/03/2023 | $2,787.97 | 2401 | 11/08/2023 | $12,130.04 | | | |
| 2389 | 11/03/2023 | $2,118.42 | 2402 | 11/07/2023 | $6,720.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | $184,379.66 | 11/02/2023 | $196,210.12 | 11/03/2023 | $307,528.48 |

**TEXAS REGIONAL BANK**
The people you know.™

## SMALL BUSINESS CHECKING ▮▮▮ 8966 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/06/2023 | $247,935.82 | 11/13/2023 | $83,157.97 | 11/21/2023 | $9,221.73 |
| 11/07/2023 | $204,378.10 | 11/14/2023 | $17,954.66 | 11/22/2023 | $1,721.73 |
| 11/08/2023 | $151,141.75 | 11/15/2023 | $16,870.91 | 11/29/2023 | $872.03 |
| 11/09/2023 | $146,629.83 | 11/17/2023 | $12,975.91 | 11/30/2023 | $837.03 |
| 11/10/2023 | $87,664.35 | 11/20/2023 | $9,630.68 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $1,519.87 |
| **Total Returned Item Fees** | $60.00 | $10,230.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MAINTENANCE: | $9.00 |
| TOTAL DISCOUNT(S): | -$4.00 |
| Total Service Charge | $5.00 |







TEXAS REGIONAL BANK
The people you know.™

THIS PAGE LEFT INTENTIONALLY BLANK

# HORIZON BANK

```
        *0011399   S2
PACKET CONSTRUCTION LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO. 23-10860-CGB
(PAYROLL)
14205 NORTH MOPAC EXYWAY #514
AUSTIN  TX 78728
```

| Statement Date: | **11/30/2023** | Enclosures: | **(1)** | Account No.: | ****7651 | Page: 1 |

## BUSINESS CHECKING SUMMARY

Type: **REG**  Status: **Active**

| Category | Number | Amount |
|---|---|---|
| New Account On 11/08/23 | | 0.00 |
| Debits | 1 | 1,366.20 |
| Automatic Withdrawals | 9 | 29,485.28 |
| Automatic Deposits | 5 | 39,500.00+ |
| Ending Balance On  11/30/23 | | 8,648.52 |

| | Average Balance (Ledger) | 8,133.15+ |

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 11/13/23 | Funds Transfer via Mobile | 15,000.00 |
| 11/22/23 | Funds Transfer via Mobile | 4,300.00 |
| 11/29/23 | WIRE TRANSFER FROM JOHN P MILLER | 10,000.00 |
| 11/30/23 | Funds Transfer via Online | 1,700.00 |
| 11/30/23 | WIRE TRANSFER FROM JOHN P MILLER | 8,500.00 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 11/22/23 | Funds Transfer via Mobile | 1,000.00 |
| 11/22/23 | GUSTO CSD 495770 | 400.01 |
| 11/22/23 | GUSTO TAX 495768 | 1,178.55 |
| 11/22/23 | GUSTO TAX 495768 | 2,330.89 |
| 11/24/23 | PACKET CONSTRUCT PAYROLL | 11,569.10 |
| 11/30/23 | Funds Transfer via Online | 10,000.00 |
| 11/30/23 | GUSTO TAX 661007 | 275.89 |
| 11/30/23 | GUSTO CSD 660821 | 400.01 |
| 11/30/23 | GUSTO TAX 660917 | 2,330.83 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/21/23 | 1001 | 1,366.20 | | | | | | |

**Continued**

A DIFFERENT BRAND OF BANKING   PO BOX 685133 • Austin, Texas 78768 • 866-914-2265 • www.horizon.bank




CSI REV 092722

6045-STMT

Statement Date:  **11/30/2023**  Enclosures:  **(1)**  Account No.:  **\*\*\*\*7651**  Page:  **2**

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 11/08/23 was 0.00

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/13/23 | 15,000.00 | 11/22/23 | 13,024.35 | 11/29/23 | 11,455.25 |
| 11/21/23 | 13,633.80 | 11/24/23 | 1,455.25 | 11/30/23 | 8,648.52 |

## *OVERDRAFT AND RETURNED ITEM FEES*

|  | Total For This Period | Total Year-To-Date |
|------|---------|---------|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

| This Statement Cycle Reflects 23 Days |
|---|

| DEBIT CARD TEXT AND/OR EMAIL ALERTS AVAILABLE. |
|---|
| CONTACT YOUR LOCAL BRANCH TO SET THESE UP. |
| MOBILE APP DEPOSIT IS ALSO AVAILABLE! |
| TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333 |

## PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,

and protect your personal information.  Our privacy policy

has not changed and you may review our policy and practices

with respect to your personal information at

www.horizon.bank/privacy/

or we will mail you a free copy upon request if you call us

at 512-637-5730

0011399

HOLLAND

30768B00X.007

25FDP

**Continued**

HORIZON BANK
Account No.: ****7651



0011399

HOLLAND

30769B00X.007

25FDP

0 80

*Statement Ending 11/30/2023*

# TEXAS REGIONAL BANK
*The people you know.™*

P.O. Box 5555, McAllen, TX 78502

**RETURN SERVICE REQUESTED**

PACKET CONSTRUCTION LLC
PAYROLL ACCOUNT
PO BOX 82668
AUSTIN TX 78708-2668

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Location | Dripping Springs Banking Center |
| 📱 | Telephone | 512-894-5011 |
| ✉ | Mailing Address | PO Box 1100 Dripping Springs, TX 78620 |
| 🖥 | Online Access | www.texasregionalbank.com |
| 🔲 | 24/7 Telebank | 866-972-5430 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | 0700 | $18,569.59 |

## SMALL BUSINESS CHECKING-0700

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | **Beginning Balance** | **$12,151.32** |
| | 7 Credit(s) This Period | $227,600.18 |
| | 29 Debit(s) This Period | $221,181.91 |
| 11/30/2023 | **Ending Balance** | **$18,569.59** |
| | Service Charges | $5.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/30/2023 | DEPOSIT | $18,000.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 11/02/2023 | FLORESVILLE ELEC AP 00009918 | $124,600.00 |
| 11/06/2023 | Guideline Retire ACCTVERIFY ST-D1A0N9K0R4T4 | $0.06 |
| 11/06/2023 | Guideline Retire ACCTVERIFY ST-F6I8X0A8V5C5 | $0.12 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | 299622 INTERNET TRANSFER FROM ACCT 8966 ON 11/01/23 AT 15:57 | $25,000.00 |
| 11/06/2023 | 112160 INTERNET TRANSFER FROM ACCT 8966 ON 11/06/23 AT 8:46 | $25,000.00 |
| 11/08/2023 | 072487 INTERNET TRANSFER FROM ACCT 8966 ON 11/08/23 AT 9:10 | $35,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 11/02/2023 | GUSTO CSD 042927 6semjvhmvrm | $400.01 |
| 11/02/2023 | GUSTO TAX 037714 6semjvhmu3p | $538.23 |
| 11/02/2023 | GUSTO TAX 037735 6semjvhmvrl | $2,384.00 |
| 11/02/2023 | PACKET CONSTRUCT Payroll 7335 | $12,563.24 |
| 11/03/2023 | PETROCARD, INC ARINVOICES XXXXX9264 | $11,888.73 |
| 11/06/2023 | Guideline Retire ACCTVERIFY ST-K8K6G9Z3E0K6 | $0.18 |
| 11/06/2023 | PACKET CONSTRUCT Off-cycle XXXXX7335 | $2,000.00 |
| 11/07/2023 | VULCAN MATERIALS BT1106 000000245718581 | $10,870.35 |

⌂ EQUAL HOUSING LENDER | MEMBER FDIC

956-682-2265 | trb.bank

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON  THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60   days after we send you the FIRST statement on which the error or problem appeared.

    (1)   Tell us your name and account number.

    (2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you  believe there is an error or why you need more information.

    (3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for    copies of the documents used in our investigation.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE**
SHOWN ON THIS STATEMENT

$ _____

**ADD** + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT

$ _____

**TOTAL**

$ _____

**SUBTRACT** - (IF ANY)
CHECKS OUTSTANDING

$ _____

**BALANCE**

$ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
| --- | --- |
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

    (1)   Your name and account number.

    (2)   The dollar amount of the suspected error.

    (3)   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in  question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the   legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to   your account. Call the number on the front of this statement to request a Check 21 disclosure.

**TEXAS REGIONAL BANK**
The people you know.™

P.O. Box 5555, McAllen, TX 78502

*Statement Ending 11/30/2023*

*Page 3 of 4*

## SMALL BUSINESS CHECKING-0700 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 11/08/2023 | GUSTO CSD 164438 6semjvj8702 | $400.01 |
| 11/08/2023 | GUSTO TAX 164435 6semjvj86p7 | $431.49 |
| 11/08/2023 | GUSTO TAX 164435 6semjvj8701 | $2,383.98 |
| 11/09/2023 | PACKET CONSTRUCT Payroll 7335 | $11,818.48 |
| 11/15/2023 | GUSTO CSD 342955 6semjvkptl5 | $400.01 |
| 11/15/2023 | GUSTO TAX 343030 6semjvkpth5 | $1,223.33 |
| 11/15/2023 | GUSTO TAX 343030 6semjvkptl4 | $2,384.04 |
| 11/16/2023 | PETROCARD, INC ARINVOICES XXXXX9264 | $105.00 |
| 11/16/2023 | PACKET CONSTRUCT Payroll 7335 | $15,541.61 |
| 11/21/2023 | PETROCARD, INC ARINVOICES XXXXX9264 | $9,693.11 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/2023 | 185530 INTERNET TRANSFER TO ACCT 2785 ON 11/01/23 AT 11:56 | $2,151.00 |
| 11/02/2023 | 521633 INTERNET TRANSFER TO ACCT 8966 ON 11/02/23 AT 5:58 | $120,000.00 |
| 11/03/2023 | 086468 INTERNET TRANSFER TO ACCT 2785 ON 11/03/23 AT 8:06 | $1,926.00 |
| 11/07/2023 | 825309 INTERNET TRANSFER TO ACCT 2785 ON 11/07/23 AT 17:50 | $1,773.00 |
| 11/13/2023 | 460673 INTERNET TRANSFER TO ACCT 2785 ON 11/11/23 AT 9:38 | $780.00 |
| 11/13/2023 | 326355 INTERNET TRANSFER TO ACCT 2785 ON 11/13/23 AT 16:57 | $1,380.00 |
| 11/20/2023 | 606117 INTERNET TRANSFER TO ACCT 2785 ON 11/18/23 AT 16:06 | $1,926.00 |
| 11/27/2023 | 280709 INTERNET TRANSFER TO ACCT 2785 ON 11/25/23 AT 8:56 | $525.00 |
| 11/27/2023 | 265013 INTERNET TRANSFER TO ACCT 2785 ON 11/27/23 AT 13:54 | $700.00 |
| 11/30/2023 | SERVICE CHARGE $9.00 LESS $4.00 CREDIT BACK | $5.00 |

### Checks Cleared

| Check Nbr | Date | Amount |
|-----------|------|--------|
| 1059 | 11/06/2023 | $4,990.11 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11/01/2023 | $35,000.32 | 11/08/2023 | $47,051.17 | 11/20/2023 | $11,492.70 |
| 11/02/2023 | $23,714.84 | 11/09/2023 | $35,232.69 | 11/21/2023 | $1,799.59 |
| 11/03/2023 | $9,900.11 | 11/13/2023 | $33,072.69 | 11/27/2023 | $574.59 |
| 11/06/2023 | $27,910.00 | 11/15/2023 | $29,065.31 | 11/30/2023 | $18,569.59 |
| 11/07/2023 | $15,266.65 | 11/16/2023 | $13,418.70 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $436.30 |
| **Total Returned Item Fees** | $0.00 | $2,010.00 |

### Service Charge Summary

| Description | Amount |
|-------------|--------|
| TOTAL CHARGE FOR MAINTENANCE: | $9.00 |
| TOTAL DISCOUNT(S): | -$4.00 |
| Total Service Charge | $5.00 |

# TEXAS REGIONAL BANK
The people you know.™

P.O. Box 5555, McAllen, TX 78502

| 11/30/2023 | $18,000.00 |
| --- | --- |

| 11/06/2023 | $4,990.11 |
| --- | --- |