IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| PACKET CONSTRUCTION LLC § | |
| § | |
| § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-10860 |

## MOTION FOR AUTHORITY TO (I) ENTER INTO POSTPETITION FACTORING AGREEMENT (II) MODIFYING THE AUTOMATIC STAY

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Packet Construction LLC ("Debtor") and files this Motion for Authority to (I) Enter into Postpetition Factoring Agreement and (II) Modifying the Automatic Stay (the "Motion") and in support hereof, respectfully states as follows:

### I. JURISDICTION AND VENUE

1. The Court has jurisdiction of the case and this Motion under 28 U.S.C. § 1334. This Motion constitutes a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 & 1409.

2. The Debtor remains in possession of the Estate as debtors-in-possession under 11 U.S.C. §§ 1107 & 1108.

### II. FACTUAL BACKGROUND

3. On October 12, 2023 Packet filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code.

4. Packet's operations in performing civil construction for eclectic utilities and site work for foundations continue to be strong allowing it to operate on a cash positive basis and comply with all its obligations as a subchapter-V debtor in possession. However, payment from its customers has slowed from historically being a net thirty (30) days to closer to sixty to ninety (60-90) days.

5. Recognizing that the timing of collections of receivables is becoming slower, Packet approached several factoring companies for solutions to the slower-paying clients, and selected a factoring company, Amerifactors, (hereinafter "Factor" or "Amerifactors").

6. Amerifactors and Packet agreed to the terms and conditions, subject to Court approval, in the proposed Factoring Agreement (the "Agreement"), a copy of which is attached as "Exhibit A."

7. The Agreement provides for advances by Amerifactors to the Debtor of no more than $1,000,000.00 in total, payment of 70% of the factored invoice to Packet immediately upon approval and provides for a sliding scale of percentages to be retained by Amerifactors based on the length of time to collect. *See* Exhibit "A" paragraphs 5-6. The factoring percentages in the agreement begin at 3% for invoices collected within 60-days and graduate up slightly for each successive period the invoice is not collected.

8. The Agreement remains unexecuted by the parties, so as of now, Packet is not indebted to the Amerifactors.

9. Packet has offered to assign its accounts to Amerifactors under the Agreement and Amerifactors has agreed to consider factoring accounts from the Debtor pursuant thereto.

10. Packet, notwithstanding its efforts to do so, is unable to obtain unsecured credit allowable under 11 U.S.C. Section 503(b)(1) as an administrative expense, or other than pursuant

to 11 U.S.C. Section 364(c)(2) and (3), and the Debtor is unable to obtain credit on terms equal to or more favorable than those proposed by Amerifactors.

11. Amerifactors has agreed to consider providing working capital to the Debtor in accordance with the Agreement in good faith, within the meaning of 11 U.S.C. Section 364(e), and all interested parties are being notified of the Motion, as evidenced by the affidavit of service, or were present at this Court's hearing on the Motion.

12. Good cause exists for approval of the Agreement to the factoring by Amerifactors under the terms of the Agreement, the entry of this Order will minimize disruption of the Debtor as a "going concern," and is in the best interest of the Debtor, its creditors, and its estate. The terms upon which the Debtor is authorized to utilize cash advances are determined as fair under the circumstances.

13. The Debtor has provided written notice of the filing of the Motion to Amerifactors, the United States Trustee, all of the Debtor's secured creditors, and all parties who filed requests for notice as evidenced by the affidavit of service filed by the Debtor's counsel with this Court, which notice this Court finds to be appropriate and adequate under Federal Rules of Bankruptcy Procedure 2002 and 4001, and as required by Section 364 of the Bankruptcy Code.

14. The Agreement with Amerifactors provides a vital source of working capital for the Debtor, is in the best interests of the Debtor and its estate, and is necessary to avoid immediate and irreparable harm.

**WHEREFORE**, the Debtor, Packet Construction respectfully requests entry of an order (a) granting the relief requested in the Motion; (b) approving the extension of Factoring Agreement on a post-petition basis and authorizing the Debtor to operate thereunder, and (c) granting such other and further relief as is just and proper.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion for DIP Financing Post-Petition was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on January 8, 2024:

Debtor:
Packet Construction LLC
14205 N Mopac Expy #514
Austin, Texas 78728

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

ECF Notices:

Steven B. Bass on behalf of Creditor United States of America Small Business Administration
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

Jason Bradley Binford on behalf of Creditor Arcosa Aggregates Texas, LLC
jason.binford@rsbfirm.com

Michael G. Colvard
mcolvard@mdtlaw.com, mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Michelle D. Esparza on behalf of Creditor Caterpillar Financial Services Corporation
mesparza@dickinsonwright.com, ksaldivar@dickinsonwright.com

Zachary J. Fanucchi on behalf of Creditor Texas First Rentals, LLC
zfanucchi@ceflegalsa.com, agarcia@ceflegalsa.com

Zachary J. Fanucchi on behalf of Creditor Zachary J. Fanucchi
zfanucchi@ceflegalsa.com, agarcia@ceflegalsa.com

Anthony F. Giuliano on behalf of Interested Party Spartan Business Solutions LLC
afg@glpcny.com

Amber L James on behalf of Creditor Big Bend Services, LLC
amberjames@wtxlaw.com, katy.rodriguez@wtxlaw.com

Jason R. Kennedy on behalf of Creditor Nucor Harris Rebar South, LLC f/k/a Harris Rebar Nufab, LLC
bankruptcy@laperouselaw.com, amanda.olvera@laperouselaw.com

Robert Chamless Lane on behalf of Debtor Packet Construction LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Matthew J Lee on behalf of Creditor Centra Funding LLC
mjl@replevin.com, ecf@writofseizure.com

Kyle E Neill on behalf of Creditor Territorial Bank of American Samoa
dskenpc@swbell.net, dskenpc@swbell.net

John Robert Nelson on behalf of Creditor Caterpillar Financial Services Corporation
jnelson@dickinsonwright.com, rgarza@dickinsonwright.com;mdallaire@dickinsonwright.com

Callan Clark Searcy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Frances A. Smith on behalf of Creditor Arcosa Aggregates Texas, LLC
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

David G. Tekell on behalf of Creditor Mid-Tex Testing LLC
david@tekell-law.com, carolyn@tekell-law.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

                                            */s/Robert C. Lane*
                                            Robert C. Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-10860-cgb<br>Western District of Texas<br>Austin<br>Mon Jan  8 09:51:49 CST 2024 | Packet Construction LLC<br>PO Box 82668<br>Austin, TX 78708-2668 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Ahern Rentals, Inc.<br>c/o Mark A. Kirkorsky, P.C.<br>PO Box 25287<br>Tempe, AZ 85285-5287 | Alpine Advance 5 LLC<br>228 Park Ave S<br>New York, NY 10003-1502 |
| Alpine Advance 5 LLC<br>46 Washington Street Suite 6<br>Middletown, CT 06457-2861 | Arcosa Aggregates<br>401 S Interstate Highway 45<br>Ferris, TX 75125-8801 | Arcosa Aggregates Texas, LLC<br>c/o Ross, Smith & Binford, PC<br>Attn: Frances A. Smith<br>700 N. Pearl St., Suite 1610<br>Dallas, TX 75201-7459 |
| Arcosa Aggregates Texas, LLC<br>c/o Ross, Smith & Binford, PC<br>Attn: Jason Binford<br>2003 N. Lamar Blvd., Suite 100<br>Austin, TX 78705-4932 | Arnold Crushed Stone Inc<br>PO Box 632<br>Blum, TX 76627-0632 | Arsenal Funding<br>8 West 36th Street, 7th Floor<br>New York, NY 10018-9774 |
| Austin Lava, LLC<br>3107 Perry Lane<br>Austin, TX 78731-5341 | Big Bend Services, LLC<br>PO Box 61226<br>Midland, TX 79711-1226 | Big Bend Services, LLC<br>c/o Amber James<br>James Firm PLLC<br>1610 5th Avenue<br>Fort Worth, Texas 76104-4324 |
| Braun Intertec<br>11001 Hampshire Ave S<br>Minneapolis, MN 55438-2424 | Braun Intertec Corporation<br>Attn: Jody Verbeke<br>11001 Hampshire Ave S<br>Minneapolis, MN 55438-2424 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| Caldwell East & Finlayson PLLC<br>One Riverwalk Place, 700 North St. Mary&<br>San Antonio, TX 78205 | Callan Searcy<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX  78711-2548 | Capital Quarries<br>PO Box 105050<br>Jefferson City, MO 65110-5050 |
| Capital Quarries Company, Inc.<br>C/O Marshall & Singleton, PLC<br>P.O. Box 1955<br>Jonesboro, AR 72403-1955 | Caterpillar Financial Services Corporation<br>c/o John R. Nelson<br>Dickinson Wright PLLC<br>607 W. 3rd Street, Suite 2500<br>Austin, Texas 78701-4713 | Caterpillar Financial Services Corporation<br>c/o Michelle D. Esparza<br>Dickinson Wright PLLC<br>221 N. Kansas Street, Suite 2500<br>El Paso, Texas 79901-1443 |
| Centra Funding LLC<br>1400 Preston Road Suite 115<br>Houston, TX 77002 | Centra Funding LLC<br>c/o Wright Law Group, PLLC<br>P.O. Box 105603<br>PMB 84356<br>Atlanta, GA 30348-5603 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 |
| Conners Construction Inc.<br>2513 U.S. HWY 77<br>Lott, TX 76656-3595 | David Neal LLC<br>899 FM 1947<br>Hillsboro, TX 76645-5157 | Deans Stepp Law, LLP<br>325 N. Saint Paul St. Suite 1500<br>Dallas, TX 75201-3891 |

EnviroCon Systems Inc
PO Box 673048
Houston, TX 77267-3048

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513

Euler Hermes N. A. Insurance Co. as Agent fo
800 Red Brook Blvd, #400C
Owings Mills, MD 21117, MD 21117-5173

Ewald Kubota Inc.
PO Box 1287 71E
Seguin, TX 78156-1287

Ewald Kubota, Inc
c/o Audrey McDougal
1900 IH 10 West
Seguin, TX 78155-2353

Ewald Kubota, Inc.
c/o Elms Macchia, PLLC
2702 Treble Creek
San Antonio, TX 78258-4496

Force Logistics, LLC
28440 Verde Mountain Trl
San Antonio, TX 78261-2528

Fundfi Merchant Funding LLC
352 Fulton Avenue
Hempstead, NY 11550-3941

HKA Enterprises LLC
337 Spartangreen Blvd
Duncan, SC 29334-9220

(p)HERC RENTALS INC
ATTN BANKRUPTCY
27500 RIVERVIEW CENTER BLVD 2ND FLOOR
BONITA SPRINGS FL 34134-4325

HercRentals
27500 Riverview Center Blvd Suite 100
Bonita Springs, FL 34134-4328

JCB Financial, Inc.
1715 Morgan Lane
Collegeville, PA 19426-2875

Jason R. Kennedy, Attorney
Laperouse Kennedy, PC
5220 Spring Valley Rd., Suite 615
Dallas, Texas 75254-2431

John Miller
PO Box 82668
Austin, TX 78708-2668

Landpoint
525 Sawdust Rd #200
Spring, TX 77380-2386

Laperouse, P.C.
5220 Spring Valley Road Suite 615
Dallas, TX 75254-2431

Lonestar Forklift
5300 SE Loop 410
San Antonio, TX 78222-3922

Longview Truck Center
3132 TX-31
Longview, TX 75603

(p)MARSHALL & SINGLETON PLC
P O BOX 1955
JONESBORO AR 72403-1955

Martin Marietta Materials
1503 LBJ Freeway Suite 400
Dallas, TX 75234-6007

Mid-Tex Testing LLC
1301 New Dallas Hwy
Waco, TX 76705-2428

Mid-Tex Testing LLC
c/o David Tekell
Tekell & Tekell, LLP
400 Austin Avenue, Ste 1000
Waco, TX 76701-2145

NUCOR Harris Rebar
4700 Singleton Blvd
Dallas, TX 75212-3333

North Mill Credit Trust
601 Merritt 7
Suite 5
Norwalk, CT 06851-1097

North Mill Credit Trust
81 Throckmorton Ave
Mill Valley, CA 94941-1930

North Mill Credit Trust
9 Executive Circle Suite 230
Irvine, CA 92614-4701

Nucor Harris Rebar South, LLC
c/o Jason R. Kennedy
Laperouse Kennedy, PC
5220 Spring Valley Rd, Suite 615
Dallas, TX 75254-2431

PROSPERUM CAPITAL PARTNERS LLC
C/O WEINSTEIN & RILEY, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101-2051

PTR - Premier Truck Rental
9138 Bluffton Road
Fort Wayne, IN 46809-3057

Packet Construction LLC
14205 N Mopac Expressway 514
Austin, TX 78728

| | | |
|---|---|---|
| Providence Equipment Finance<br>aka Providence Bank & Trust<br>PO Box 706<br>South Holland, IL 60473-0706 | Providence Equipment Finance A Division of P<br>1555 S. Ardmore Avenue<br>Villa Park, IL 60181-3407 | SBM Earthmoving & Construction<br>7931 N State Line Ave<br>Texarkana, TX 75503-1945 |
| SIR, LLC<br>Harwin Dr<br>Houston, TX 77036 | Simpson Crushed Stone<br>1948 County Rd 1234<br>Nemo, TX 76070-3003 | Southeast Readi-Mix Products Inc<br>3001 South Boyd Drive<br>Carlsbad, NM 88220-4709 |
| (p)SOUTHSTAR FINANCIAL LLC<br>ATTN SOUTHSTAR FINANCIAL LLC<br>840 LOWCOUNTRY BLVD<br>MOUNT PLEASANT SC 29464-3000 | Spartan Business Solutions LLC<br>c/o Giuliano Law PC<br>Anthony Giuliano, Esq.<br>445 Broadhollow Rd., Suite 25<br>Melville, N.Y. 11747-3645 | Spartan Business Solutions, LLC d/b/a Sparta<br>371 E Main St. Suite 2<br>Middletown, NY 10940-3435 |
| Stealth Monitoring Inc<br>15182 Marsh Lane<br>Addison, TX 75001-8047 | SunCoast Post-Tension<br>16825 Northchase Dr Suite 1100<br>Mill Creek, PA 17060 | Suncoast Post-Tension, Ltd<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 |
| Terracon Consultants, Inc<br>10841 S Ridgeview Road<br>Olathe, KS 66061-6456 | Territorial Bank of American Samoa<br>c/o Kyle E. Neill, P.C.<br>11550 W. IH-10, Suite 287<br>San Antonio, Texas 78230-1063 | Tex-Mix Partners LTD dba Tex Mix Concrete<br>c/o Sean Wilson, Kelley Drye & Warren, L<br>515 Post Oak Blvd, Suite 900<br>Houston, TX 77027-9495 |
| Tex-Mix Partners LTD, dba Tex Mix Concrete<br>c/o Sue Miller<br>P.O. Box 830<br>Leander, TX 78646-0830 | TexMix Concrete<br>PO Box 830<br>Leander, TX 78646-0830 | Texas Comptroller of Public Accounts, Revenu<br>Callan C. Searcy<br>c/o Sherri K. Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas First Rentals LLC<br>Po Box 650869<br>Dallas, TX 75265-0869 | Texas First Rentals, LLC<br>Attorney of Record - Zachary J. Fanucchi<br>Caldwell East & Finlayson PLLC<br>700 N. St. Marys Street, Suite 1825<br>San Antonio, Texas 78205-3545 | Texas Regional Bank<br>PO Box 5555<br>Mcallen, TX 78502-5555 |
| Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | The Law Office of Jason Gang, PLLC<br>1245 Hewlett Plaza #478<br>Hewlett, NY 11557-4021 |
| U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Ce<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 | U.S. Small Business Administration<br>Steven B. Bass<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 | United Rentals<br>100 First Stamford Place Suite 700<br>Stamford, CT 06902-9200 |
| United States Small Business Administration<br>615 E. Houston St., Ste 298<br>San Antonio, TX 78205-2046 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 |

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAT Financial<br>PO Box 340001<br>Nashville, TN 37203 | Herc Rentals, Inc<br>27500 Riverview Center Blvd<br>Bonita Springs, FL 34134 | Marshall & Singleton, PLC<br>PO Box 4034<br>Jonesboro, AR 72401 |

Southstar Financial, LLC
840 Lowcountry Blvd
Mount Pleasant, SC 29464

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)HKA Enterprises, Inc<br>337 Spartangreen Blvd<br>Duncan, SC 29334-9220 | (d)Spartan Business Solutions, LLC<br>c/o Giuliano Law PC<br>Anthony Giuliano, Esq.<br>445 Broadhollow Rd., Suite 25<br>Melville, N.Y. 11747-3645 | (d)Stealth Monitoring Inc.<br>15182 Marsh Lane<br>Addison, TX 75001-8047 |

(u)Territorial Bank of American Samoa
716 Centennial Building
PagoPago, American Samoa96799

End of Label Matrix
Mailable recipients    90
Bypassed recipients     4
Total                  94