| Ordinary Income/Expense | Months 1-12 | Months 13-24 | Months 25-36 | Months 37-48 | Months 49-60 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Total Revenue | $6,000,000.00 | $6,250,000.00 | $6,500,000.00 | $6,750,000.00 | $7,000,000.00 |
| | | | | | |
| **Expenses** | | | | | |
| PAYROLL | $2,194,200.00 | $2,286,250.00 | $2,377,700.00 | $2,469,150.00 | $2,560,600.00 |
| PAYROLL TAXES | $164,565.00 | $171,468.75 | $178,327.50 | $185,186.25 | $192,045.00 |
| Office Lease/Equipment Yard | $30,000.00 | $32,400.00 | $35,640.00 | $37,000.00 | $38,480.00 |
| Job Supplies (concrete, rebar, rock) | $1,957,980.00 | $2,047,062.50 | $2,131,145.00 | $2,214,727.50 | $2,300,310.00 |
| Fleet Cost (maintenance, fuel, etc) | $300,000.00 | $312,500.00 | $325,000.00 | $337,500.00 | $350,000.00 |
| EQUIPMENT RENTAL/LEASES | $600,000.00 | $625,000.00 | $650,000.00 | $675,000.00 | $700,000.00 |
| Insurance | $200,000.00 | $216,000.00 | $237,600.00 | $250,000.00 | $260,000.00 |
| Professional Fees (Legal and Accounting) | $90,000.00 | $95,000.00 | $100,000.00 | $105,000.00 | $110,000.00 |
| Misc Business Expenses | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 |
| **Total Expense** | ($5,554,745.00) | ($5,803,681.25) | ($6,053,412.50) | ($6,291,563.75) | ($6,529,435.00) |
| **Net Operating Income** | $445,255.00 | $446,318.75 | $446,587.50 | $458,436.25 | $470,565.00 |

| | PLAN PAYMENTS | | | | |
|---|---|---|---|---|---|
| Claim | Months 1-12 | Months 13-24 | Months 25-36 | Months 37-48 | Months 49-60 |
| **Priority Claims** | | | | | |
| Texas Comptroller (POC #3-1) | $5,066.16 | $5,066.16 | $5,066.16 | $5,066.16 | $5,066.16 |
| Texas Workforce Commission (POC #7-1) | $431.40 | $431.40 | $431.40 | $431.40 | $431.40 |
| | | | | | |
| **Secured Claims** | | | | | |
| Caterpillar Financial Services (POC #21-1) | $26,958.72 | $26,958.72 | $26,958.72 | $26,958.72 | $26,958.72 |
| Centra Funding (POC # 14-1) | $7,386.00 | $7,386.00 | $7,386.00 | $7,386.00 | $7,386.00 |
| JCB Financial Inc | $20,680.68 | $20,680.68 | $20,680.68 | $20,680.68 | $20,680.68 |
| North Mill Credit Trust (POC # 24-1) | $61,549.56 | $61,549.56 | $61,549.56 | $61,549.56 | $61,549.56 |
| Providence Equipment Finance | $2,646.60 | $2,646.60 | $2,646.60 | $2,646.60 | $2,646.60 |
| Territorial Bank of American Samoa (POC #27-1) | $17,337.60 | $17,337.60 | $17,337.60 | $17,337.60 | $17,337.60 |
| Texas Regional Bank | $9,847.92 | $9,847.92 | $9,847.92 | $9,847.92 | $9,847.92 |
| SBA (Secured Portion) | $257,213.64 | $257,213.64 | $257,213.64 | $257,213.64 | $257,213.64 |
| | | | | | |
| **Allowed General Unsecured Claims** | | | | | |
| Unsecured Portion to be paid at 3.79% | $36,000.00 | $36,000.00 | $36,000.00 | $48,000.00 | $60,000.00 |
| | | | | | |
| **Annual Plan Payment** | $445,118.28 | $445,118.28 | $445,118.28 | $457,118.28 | $469,118.28 |
| | | | | | |
| **Projected Remaining After Plan Payments** | $136.72 | $1,200.47 | $1,469.22 | $1,317.97 | $1,446.72 |

EXHIBIT A