IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PACKET CONSTRUCTION LLC | § | |
| | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 23-10860 |

**FIRST INTERIM APPLICATION FOR COMPENSATION AND EXPENSES
BY THE LANE LAW FIRM, PLLC, ATTORNEYS FOR
THE DEBTOR-IN-POSSESSION**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE UNITED BANKRUPTCY JUDGE:

COMES NOW ROBERT "CHIP" LANE OF THE LANE LAW FIRM, PLLC ("Applicant"), Attorneys for the Debtor-in-Possession, Packet Construction LLC, in the above-captioned case, pursuant to 11 U.S.C. §§ 330, 331; F.R.B.P. 2016; and previous orders of this Court, and hereby submits its interim application for allowance of payment of 1) compensation in the amount of $23,057.00 for the period of October 12, 2023 through January 11, 2024 and 2) reimbursement of actual and necessary out-of-pocket expenses in the amount of $3,558.14 incurred during the same time period, for a total of $26,615.14. In support of this first interim application, it is represented as follows:

I. **INTRODUCTION**

**Case Background**

1. On October 12, 2023, Packet Construction LLC filed a voluntary petition seeking relief under Chapter 11 of the United States Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Debtor filed a Motion for Use of Cash Collateral with the corresponding motion to expedite on October 12, 2023 (Docket No.'s 5 & 6). The Court approved both the interim and final cash collateral orders.

4. Debtor filed a Motion for Approval of Post-Petition Monthly Retainer Payments on October 12, 2023 (Docket No. 8). The Court approved this motion.

5. The Lane Law Firm PLLC filed its Application to Employ on October 12, 2023 (Docket No. 7). The Court approved the employment of The Lane Law Firm PLLC on November 8, 2023 (Docket No. 41).

6. Notice of Appointment of Subchapter V Trustee Michael G. Colvard was filed on October 16, 2023 (Docket No. 15).

7. The 341 Meeting of Creditors occurred on November 3, 2023 and continued to November 15, 2023, and the deadline to file Proofs of Claims was December 21, 2023.

8. The Court held a Status Conference on December 4, 2023. Debtor timely filed its 1188 Status Report on November 15, 2023.

9. The proposed Plan was filed on January 10, 2024 (Docket No. 69).

10. The Confirmation Hearing of the Plan has not been scheduled.

**Applicant's Employment**

11. Applicant has agreed to charge Debtor, and Debtor has agreed to pay Applicant an hourly rate for time expended on behalf of the Debtor. Applicant received a pre-petition retainer of $30,000.00 from the Debtor. Out of such, $8,322.50 went to pre-petition fees and $2,944.00 for the Chapter 11 filing fee and miscellaneous expenses, resulting in a remaining retainer balance of $18,733.50. Post-petition, Applicant has received $6,000.00 from the Debtor, which is being held in Applicant's IOLTA account. There is currently $29,723.50 remaining in Applicant's IOLTA account.

12. Applicant is the attorney responsible for handling this matter. Applicant's hourly rate is $550.00. The hourly rate for senior associate Joshua Gordon is $500.00. The hourly rate for

associates is $425.00. The hourly rate for David Leger and Monda Boggs is $190.00 and Kaitlin Keys is $150.00, the paraprofessional team assigned to this matter.

13. This Application is Applicant's first interim application.

14. Applicant has not provided services to the estate which unnecessarily duplicate the professional services performed by other attorneys approved herein.

15. All services performed and expenses incurred for which compensation or reimbursement is requested were performed or incurred for and on behalf of the Debtor and not for any other person or entity.

16. The applicant has not shared or agreed to share compensation or reimbursement of expenses awarded in this case with any other person except as among the members and employees of the firm.

17. The applicant has not made any agreements with the Debtor, or others, for compensation or reimbursement which have not been disclosed to the Court.

18. The time period of services and expenses covered by this Application is October 12, 2023 through January 11, 2024 (the "Applicable Period").

## II. THE PRESENT INTERIM APPLICATION

### PROJECT SUMMARY

19. This Interim Application seeks:

   i. Approval of an order directing Debtor to pay fees and expenses in the total amount of $23,057.00 in fees for the period of October 12, 2023 through January 11, 2024 and secondly, reimbursement of actual and necessary out-of-pocket expenses in the amount of $3,558.14 incurred during the same time period, for a total of $26,615.14.

   ii. Compensation support exhibit reflecting time is attached as Exhibit 1.

   iii. A Fee Application Summary is the form of Appendix L2016-a-2 is attached hereto as Exhibit 2 which provides the following information:

3

| SUMMARY | | | |
|---|---|---|---|
| TIME PERIOD | FEES REQUESTED | EXPENSE REQUEST | PROFESSIONAL |
| October 12, 2023 – January 11, 2024 | $16,555.00 | $0.00 | Robert "Chip" Lane |
| October 12, 2023 – January 11, 2024 | $850.00 | $0.00 | Joshua Gordon |
| October 12, 2023 – January 11, 2024 | $4,655.00 | $0.00 | David Leger |
| October 12, 2023 – January 11, 2024 | $817.00 | $0.00 | Monda Boggs |
| October 12, 2023 – January 11, 2024 | $180.00 | $0.00 | Kaitlin Keys |
| October 12, 2023 – January 11, 2024 | | $3,558.14 | Expenses |
| **TOTAL** | **$23,057.00** | **$3,558.14** | **$26,615.14** |

iv. The names, rates and admission dates for counsel and paraprofessionals who worked in this case are:

A. Robert "Chip" Lane - $550.00 per hour

B. Joshua Gordon - $500.00 per hour

C. David Leger - $190.00 per hour

D. Monda Boggs - $190.00 per hour

E. Kaitlin Keys - $150.00 per hour

v. The total hours billed per counsel and paraprofessional per period are:

| Robert "Chip" Lane | 30.10 | $16,555.00 |
|---|---|---|
| Joshua Gordon | 1.70 | $850.00 |
| David Leger | 24.50 | $4,655.00 |
| Monda Boggs | 4.30 | $817.00 |
| Kaitlin Keys | 1.20 | $180.00 |
| **TOTAL** | **61.80 hours** | **$23,057.00** |

**Services Performed on Behalf of the Debtor**

20. During the period covered by this application, the applicant has performed various services on behalf of the debtor-in-possession, which are fully detailed in Exhibit "1". The detailed descriptive list of services performed provide the date the service was performed, the activity which occurred, and the time required to perform the task.

21. The total amount of compensation sought in this application $26,615.14.

22. The services rendered by the Applicant to the estate are of benefit to the estate and satisfy the following factors in *Johnson v. Georgia Highway Express,* 488 F.2d 714 (5th Cir. 1974), in support of the reasonableness of the attorney's fees and expenses requested:

> **Case Administration.** At various times during the case, Applicant assisted the Debtor in preparing its Monthly Operating Reports. The estate benefited from these services by Applicant in that it has been able to comply with its administrative and reporting requirements as a debtor-in-possession.
>
> **Fee/Employment Applications.** At various times during the case, Applicant assisted the Debtor in preparing its Monthly Operating Reports. The estate benefited from these services by Applicant in that it has been able to comply with its administrative and reporting responsibilities as a debtor in possession.
>
> **Initial Debtor Conference – Meeting of Creditors.** The Code requires that the Debtor cooperate with the United States Trustee and that a meeting of creditors be held with a representative of the Debtor. Applicant assisted the Debtor in preparing for the Initial Debtor Conference with the U.S. Trustee and for the Section 341 Meeting and attended such Conference and Meeting with a representative of the Debtor. The estate benefited from Applicant's services because the Debtor's compliance with those requirements provided information to the United States Trustee and creditors that allowed them to monitor and participate in the case in a meaningful way.
>
> **Plan.** Applicant at various times before the Petition Date and during the case conferred with and advised the Debtor regarding possible terms of a plan of reorganization. The Plan was filed on January 10, 2024. Confirmation hearing has not been scheduled.
>
> **Claims.** Applicant has reviewed the claims of creditors, including the claims of their professionals when applicable, and advised the Debtor with respect to such. Applicant will attempt to negotiate a settlement of any disputed unsecured claim, and the Debtor will object of a claim if those negotiations are not successful. Applicant believes that those services will ultimately benefit the estate by substantially reducing claims. There are also two adversary cases pending in this case that are awaiting answers.

**Cash Collateral.** Applicant sought and received authority from the Court for Debtor to use cash collateral, on an expedited basis.

**Professionals Who Have Provided Services**

23. The applicant's professionals who have provided services to the estate and individual hourly rates are itemized on Exhibit "1" herein.

24. Given the education and experience of each professional, the rates charged are reasonable compensation for the services of these professionals and are the same rates which are typically charged to non-bankruptcy clients for similar services.

**Reimbursement of Out-of-Pocket Expenses**

25. From October 12, 2023 through January 11, 2024, Applicant incurred actual and necessary out-of-pocket expenses in the total amount of $3,558.14 for printing, mailing and court costs (See Exhibit "1").

26. Photocopies are charged at the rate of 10 cents per page and facsimiles are charged at a rate of 25 cents per page. Filing fees, certified copy charges, research services charges, postage, express delivery charges, messenger service charges, and process service charges are billed at actual costs incurred from the provider of services.

## RULE 2016 STATEMENT

27. Pursuant to Bankruptcy Rule 2016(a), Applicant states the following: no promises have been made to Applicant for payment from anyone other than the Debtor and its owner for services rendered or to be rendered in any capacity whatsoever in connection with this case. The Debtor agreed to pay Applicant his normal hourly rates set forth above. The source of compensation to be paid is from the retainers and the funds currently in the trust account. Applicant received a pre-petition retainer of $30,000.00 from the Debtor. Out of such, $8,322.50 went to pre-petition fees and $2,944.00 for the Chapter 11 filing fee and miscellaneous expenses, resulting in a remaining retainer balance of $18,733.50. Post-petition, Applicant has received $6,000.00 from the Debtor, which is being held in

Applicant's IOLTA account. There is currently $29,723.50 remaining in Applicant's IOLTA account. No other fees have been awarded to date. Applicant has not shared any previous compensation and no agreement or understanding exists between the Applicant and other persons for the sharing of compensation received or to be received for services rendered or in connection with this case.

**RULE 26 SUMMARY**

28. The Fee Application Summary required by Local Rule 2016(a)(1) is attached hereto as Exhibit "2".

**Summary of Payments Made Under Compensation Order**

29. The Applicant is seeking interim compensation for 31.80 hours of time for services furnished as managing attorney to the Debtor, alongside an associate, in the total amount of $17,405.00 for the period October 12, 2023 through January 11, 2024. Additionally, Applicant is seeking 30.00 hours of time for services furnished by the paraprofessionals in the total amount of $5,652, for the period October 12, 2023 through January 11, 2024. Lastly, Applicant seeks reimbursement of the out-of-pocket cases expenses in the amount of $3,558.14. The total claimed in this Application is therefore $26,615.14. Applicant asks that he be paid such out of the retainers described above and from the funds in the trust account. The exhibits to this application detail how that time was spent as well as how the compensation has been calculated. Applicant believes the amounts sought are fair and reasonable compensation in light of all the circumstances including the size and complexity of this case.

WHEREFORE, PREMISES CONSIDERED, Robert "Chip" Lane of The Lane Law Firm PLLC requests that after notice and opportunity for hearing this Court enter an Order approving this First Interim Fee Application for Compensation as requested and for such other and further relief to which he may be entitled.

    Respectfully submitted,

    THE LANE LAW FIRM, PLLC

    */s/Robert C. Lane*
    Robert C. Lane
    State Bar No. 24046263
    Joshua D. Gordon
    State Bar No. 24091592
    notifications@lanelaw.com
    6200 Savoy, Suite 1150
    Houston, Texas 77036
    (713) 595-8200 Voice
    (713) 595-8201 Facsimile
    COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the Debtor's Interim Application for Compensation was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on January 11, 2024:

Debtor:
Packet Construction LLC
14205 N Mopac Expy #514
Austin, Texas 78728

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

ECF Notices:

Steven B. Bass on behalf of Creditor United States of America Small Business Administration
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

Jason Bradley Binford on behalf of Creditor Arcosa Aggregates Texas, LLC
jason.binford@rsbfirm.com

Michael G. Colvard
mcolvard@mdtlaw.com, mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Michelle D. Esparza on behalf of Creditor Caterpillar Financial Services Corporation
mesparza@dickinsonwright.com, ksaldivar@dickinsonwright.com

Zachary J. Fanucchi on behalf of Creditor Texas First Rentals, LLC
zfanucchi@ceflegalsa.com, agarcia@ceflegalsa.com

Zachary J. Fanucchi on behalf of Creditor Zachary J. Fanucchi
zfanucchi@ceflegalsa.com, agarcia@ceflegalsa.com

Anthony F. Giuliano on behalf of Interested Party Spartan Business Solutions LLC
afg@glpcny.com

Amber L James on behalf of Creditor Big Bend Services, LLC
amberjames@wtxlaw.com, katy.rodriguez@wtxlaw.com

Jason R. Kennedy on behalf of Creditor Nucor Harris Rebar South, LLC f/k/a Harris Rebar Nufab, LLC
bankruptcy@laperouselaw.com, amanda.olvera@laperouselaw.com

Robert Chamless Lane on behalf of Debtor Packet Construction LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Matthew J Lee on behalf of Creditor Centra Funding LLC
mjl@replevin.com, ecf@writofseizure.com

Kyle E Neill on behalf of Creditor Territorial Bank of American Samoa
dskenpc@swbell.net, dskenpc@swbell.net

John Robert Nelson on behalf of Creditor Caterpillar Financial Services Corporation
jnelson@dickinsonwright.com, rgarza@dickinsonwright.com;mdallaire@dickinsonwright.com

Callan Clark Searcy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Frances A. Smith on behalf of Creditor Arcosa Aggregates Texas, LLC
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

David G. Tekell on behalf of Creditor Mid-Tex Testing LLC
david@tekell-law.com, carolyn@tekell-law.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

*/s/Robert C. Lane*
Robert C. Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-10860-cgb<br>Western District of Texas<br>Austin<br>Thu Jan 11 14:22:46 CST 2024 | Packet Construction LLC<br>PO Box 82668<br>Austin, TX 78708-2668 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Ahern Rentals, Inc.<br>c/o Mark A. Kirkorsky, P.C.<br>PO Box 25287<br>Tempe, AZ 85285-5287 | Alpine Advance 5 LLC<br>228 Park Ave S<br>New York, NY 10003-1502 |
| Alpine Advance 5 LLC<br>46 Washington Street Suite 6<br>Middletown, CT 06457-2861 | Arcosa Aggregates<br>401 S Interstate Highway 45<br>Ferris, TX 75125-8801 | Arcosa Aggregates Texas, LLC<br>c/o Ross, Smith & Binford, PC<br>Attn: Frances A. Smith<br>700 N. Pearl St., Suite 1610<br>Dallas, TX 75201-7459 |
| Arcosa Aggregates Texas, LLC<br>c/o Ross, Smith & Binford, PC<br>Attn: Jason Binford<br>2003 N. Lamar Blvd., Suite 100<br>Austin, TX 78705-4932 | Arnold Crushed Stone Inc<br>PO Box 632<br>Blum, TX 76627-0632 | Arsenal Funding<br>8 West 36th Street, 7th Floor<br>New York, NY 10018-9774 |
| Austin Lava, LLC<br>3107 Perry Lane<br>Austin, TX 78731-5341 | Big Bend Services, LLC<br>PO Box 61226<br>Midland, TX 79711-1226 | Big Bend Services, LLC<br>c/o Amber James<br>James Firm PLLC<br>1610 5th Avenue<br>Fort Worth, Texas 76104-4324 |
| Braun Intertec<br>11001 Hampshire Ave S<br>Minneapolis, MN 55438-2424 | Braun Intertec Corporation<br>Attn: Jody Verbeke<br>11001 Hampshire Ave S<br>Minneapolis, MN 55438-2424 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| Caldwell East & Finlayson PLLC<br>One Riverwalk Place, 700 North St. Mary&<br>San Antonio, TX 78205 | Callan Searcy<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Capital Quarries<br>PO Box 105050<br>Jefferson City, MO 65110-5050 |
| Capital Quarries Company, Inc.<br>C/O Marshall & Singleton, PLC<br>P.O. Box 1955<br>Jonesboro, AR 72403-1955 | Caterpillar Financial Services Corporation<br>c/o John R. Nelson<br>Dickinson Wright PLLC<br>607 W. 3rd Street, Suite 2500<br>Austin, Texas 78701-4713 | Caterpillar Financial Services Corporation<br>c/o Michelle D. Esparza<br>Dickinson Wright PLLC<br>221 N. Kansas Street, Suite 2500<br>El Paso, Texas 79901-1443 |
| Centra Funding LLC<br>1400 Preston Road Suite 115<br>Houston, TX 77002 | Centra Funding LLC<br>c/o Wright Law Group, PLLC<br>P.O. Box 105603<br>PMB 84356<br>Atlanta, GA 30348-5603 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 |
| Conners Construction Inc.<br>2513 U.S. HWY 77<br>Lott, TX 76656-3595 | David Neal LLC<br>899 FM 1947<br>Hillsboro, TX 76645-5157 | Deans Stepp Law, LLP<br>325 N. Saint Paul St. Suite 1500<br>Dallas, TX 75201-3891 |

```
EnviroCon Systems Inc              Eric Terry                              Euler Hermes N. A. Insurance Co. as Agent fo
PO Box 673048                      Eric Terry Law, PLLC                    800 Red Brook Blvd, #400C
Houston, TX 77267-3048             3511 Broadway                           Owings Mills, MD 21117, MD 21117-5173
                                   San Antonio, TX 78209-6513


Ewald Kubota Inc.                  Ewald Kubota, Inc                       Ewald Kubota, Inc.
PO Box 1287 71E                    c/o Audrey McDougal                     c/o Elms Macchia, PLLC
Seguin, TX 78156-1287              1900 IH 10 West                         2702 Treble Creek
                                   Seguin, TX 78155-2353                   San Antonio, TX 78258-4496


Force Logistics, LLC               Fundfi Merchant Funding LLC             HKA Enterprises LLC
28440 Verde Mountain Trl           352 Fulton Avenue                       337 Spartangreen Blvd
San Antonio, TX 78261-2528         Hempstead, NY 11550-3941                Duncan, SC 29334-9220


(p)HERC RENTALS INC                HercRentals                             JCB Financial, Inc.
ATTN BANKRUPTCY                    27500 Riverview Center Blvd Suite 100   1715 Morgan Lane
27500 RIVERVIEW CENTER BLVD 2ND FLOOR  Bonita Springs, FL 34134-4328       Collegeville, PA 19426-2875
BONITA SPRINGS FL 34134-4325


Jason R. Kennedy, Attorney         John Miller                             Landpoint
Laperouse Kennedy, PC              PO Box 82668                            525 Sawdust Rd #200
5220 Spring Valley Rd., Suite 615  Austin, TX 78708-2668                   Spring, TX 77380-2386
Dallas, Texas 75254-2431


Laperouse, P.C.                    Lonestar Forklift                       Longview Truck Center
5220 Spring Valley Road Suite 615  5300 SE Loop 410                        3132 TX-31
Dallas, TX 75254-2431              San Antonio, TX 78222-3922              Longview, TX 75603


(p)MARSHALL & SINGLETON PLC        Martin Marietta Materials               Mid-Tex Testing LLC
P O BOX 1955                       1503 LBJ Freeway Suite 400              1301 New Dallas Hwy
JONESBORO AR 72403-1955            Dallas, TX 75234-6007                   Waco, TX 76705-2428


Mid-Tex Testing LLC                NUCOR Harris Rebar                      North Mill Credit Trust
c/o David Tekell                   4700 Singleton Blvd                     601 Merritt 7
Tekell & Tekell, LLP               Dallas, TX 75212-3333                   Suite 5
400 Austin Avenue, Ste 1000                                                Norwalk, CT 06851-1097
Waco, TX 76701-2145


North Mill Credit Trust            North Mill Credit Trust                 Nucor Harris Rebar South, LLC
81 Throckmorton Ave                9 Executive Circle Suite 230            c/o Jason R. Kennedy
Mill Valley, CA 94941-1930         Irvine, CA 92614-4701                   Laperouse Kennedy, PC
                                                                           5220 Spring Valley Rd, Suite 615
                                                                           Dallas, TX 75254-2431


PROSPERUM CAPITAL PARTNERS LLC     PTR - Premier Truck Rental              Packet Construction LLC
C/O WEINSTEIN & RILEY, P.S.        9138 Bluffton Road                      14205 N Mopac Expressway 514
1415 WESTERN AVE, SUITE 700        Fort Wayne, IN 46809-3057               Austin, TX 78728
SEATTLE, WA 98101-2051
```

| | | |
|---|---|---|
| Providence Equipment Finance<br>aka Providence Bank & Trust<br>PO Box 706<br>South Holland, IL 60473-0706 | Providence Equipment Finance A Division of P<br>1555 S. Ardmore Avenue<br>Villa Park, IL 60181-3407 | SBM Earthmoving & Construction<br>7931 N State Line Ave<br>Texarkana, TX 75503-1945 |
| SIR, LLC<br>Harwin Dr<br>Houston, TX 77036 | Simpson Crushed Stone<br>1948 County Rd 1234<br>Nemo, TX 76070-3003 | Southeast Readi-Mix Products Inc<br>3001 South Boyd Drive<br>Carlsbad, NM 88220-4709 |
| (p)SOUTHSTAR FINANCIAL LLC<br>ATTN SOUTHSTAR FINANCIAL LLC<br>840 LOWCOUNTRY BLVD<br>MOUNT PLEASANT SC 29464-3000 | Spartan Business Solutions LLC<br>c/o Giuliano Law PC<br>Anthony Giuliano, Esq.<br>445 Broadhollow Rd., Suite 25<br>Melville, N.Y. 11747-3645 | Spartan Business Solutions, LLC d/b/a Sparta<br>371 E Main St. Suite 2<br>Middletown, NY 10940-3435 |
| Stealth Monitoring Inc<br>15182 Marsh Lane<br>Addison, TX 75001-8047 | SunCoast Post-Tension<br>16825 Northchase Dr Suite 1100<br>Mill Creek, PA 17060 | Suncoast Post-Tension, Ltd<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 |
| Terracon Consultants, Inc<br>10841 S Ridgeview Road<br>Olathe, KS 66061-6456 | Territorial Bank of American Samoa<br>c/o Kyle E. Neill, P.C.<br>11550 W. IH-10, Suite 287<br>San Antonio, Texas 78230-1063 | Tex-Mix Partners LTD dba Tex Mix Concrete<br>c/o Sean Wilson, Kelley Drye & Warren, L<br>515 Post Oak Blvd, Suite 900<br>Houston, TX 77027-9495 |
| Tex-Mix Partners LTD, dba Tex Mix Concrete<br>c/o Sue Miller<br>P.O. Box 830<br>Leander, TX 78646-0830 | TexMix Concrete<br>PO Box 830<br>Leander, TX 78646-0830 | Texas Comptroller of Public Accounts, Revenu<br>Callan C. Searcy<br>c/o Sherri K. Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas First Rentals LLC<br>Po Box 650869<br>Dallas, TX 75265-0869 | Texas First Rentals, LLC<br>Attorney of Record - Zachary J. Fanucchi<br>Caldwell East & Finlayson PLLC<br>700 N. St. Marys Street, Suite 1825<br>San Antonio, Texas 78205-3545 | Texas Regional Bank<br>PO Box 5555<br>Mcallen, TX 78502-5555 |
| Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | The Law Office of Jason Gang, PLLC<br>1245 Hewlett Plaza #478<br>Hewlett, NY 11557-4021 |
| U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Ce<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 | U.S. Small Business Administration<br>Steven B. Bass<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 | United Rentals<br>100 First Stamford Place Suite 700<br>Stamford, CT 06902-9200 |
| United States Small Business Administration<br>615 E. Houston St., Ste 298<br>San Antonio, TX 78205-2046 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 |

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CAT Financial
PO Box 340001
Nashville, TN 37203

Herc Rentals, Inc
27500 Riverview Center Blvd
Bonita Springs, FL 34134

Marshall & Singleton, PLC
PO Box 4034
Jonesboro, AR 72401

Southstar Financial, LLC
840 Lowcountry Blvd
Mount Pleasant, SC 29464

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)HKA Enterprises, Inc
337 Spartangreen Blvd
Duncan, SC 29334-9220

(d)Spartan Business Solutions, LLC
c/o Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

(d)Stealth Monitoring Inc.
15182 Marsh Lane
Addison, TX 75001-8047

(u)Territorial Bank of American Samoa
716 Centennial Building
PagoPago, American Samoa 96799

End of Label Matrix
Mailable recipients    90
Bypassed recipients     4
Total                  94