**The relief described hereinbelow is SO ORDERED.**

**Signed January 12, 2024.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-10860-CGB |
| PACKET CONSTRUCTION LLC | § | (Chapter 11; Subchapter V) |
| Debtor.[1] | § | |

## ORDER SETTING HEARING ON CONFIRMATION
## OF PLAN AND RELATED DEADLINES, WITH NOTICE THEREOF

On January 11, 2024, the Court conducted a scheduling conference with respect to the Small Business Debtor's Plan of Reorganization under Subchapter V of the Bankruptcy Code dated January 10, 2024 ("Plan") filed by Packet Construction LLC ("Debtor") (Dkt. No. 64). Counsel for the Debtor and other interested parties appeared. The Court finds that, pursuant to 11 U.S.C. § 1191 and Bankruptcy Rule 3017.2, the following Order should be entered.

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1**.** **<u>February 29, 2024 at 9:00 A.M. (CT)</u>**, at the U.S. Bankruptcy Court, Courtroom No. 2, 903 San Jacinto Blvd, 3rd floor, Austin, Texas, is fixed as the time and place of the hearing on confirmation of the Plan and any objections thereto. If confirmation of the Plan is consensual and no unresolved objections are filed to the

---

[1] The mailing address of the Debtor is P.O. Box 82668, Austin, TX 78708. The EIN of the Debtor is 81-2254512.

1

Plan, all counsel and parties may appear at the hearing by Webex at **us-courts.webex.com/meet/Bradley**.

2. **February 22, 2024 at 5:00 p.m. (CT)** is fixed as the last day for holders of claims and interests to accept or reject the Plan by submitting a ballot. Such ballots shall be sent to counsel for the Debtor at the address set forth in the Plan. Ballots shall not be filed with the Court.

3. **February 22, 2024 at 5:00 p.m. (CT)** is also fixed, pursuant to Bankruptcy Rule 3020(b)(1), as the last day for filing and serving written objections to confirmation of the Plan. Any objections to the Plan shall be accompanied by a memorandum of legal authorities supporting such objection.

4. **February 22, 2024 at 5:00 p.m. (CT)** is also fixed as (a) the last day for filing and serving any serving any notice of a § 1111(b) election under Bankruptcy Rule 3014; and (b) the record date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Plan under Bankruptcy Rule 3017.2.

5. By **February 27, 2024**, counsel for the Debtor shall file with the Court (a) a ballot summary in the form required by Local Bankruptcy Rule 3018(b) with a copy of the ballots; (b) a memorandum of legal authorities addressing any unresolved objections filed to the Plan; and (c) under a notice coversheet, a proposed order confirming the Plan.

6. By **January 22, 2024**, counsel for the Debtor shall transmit by first class mail, a copy of the Plan, this Order or a notice of its provisions, and a ballot conforming with Official Form 314, to all creditors, equity security holders, the Trustee, the Debtor, and all other parties in interest. Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

# # #