**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE: § | |
| PACKET CONSTRUCTION LLC § | |
| § | |
| § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-10860 |

## CERTIFICATE OF SERVICE
### (Docket No.'s 69 & 72)

I hereby certify that a true and correct copy of the Order Setting Hearing on Confirmation of Plan and Related Deadlines (Exhibit "A"), the Chapter 11 Plan with exhibits and Ballots were served to the parties on the attached mailing matrix, and parties listed below either via electronic notice by the court's ECF noticing system or by U.S. first-class mail postage prepaid on January 18, 2024.

Debtor:
Packet Construction LLC
14205 N Mopac Expy #514
Austin, Texas 78728

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

Parties Requesting ECF Notifications:

Steven B. Bass on behalf of Creditor United States of America Small Business Administration
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

Jason Bradley Binford on behalf of Creditor Arcosa Aggregates Texas, LLC
jason.binford@rsbfirm.com

Michael G. Colvard
mcolvard@mdtlaw.com, mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Michelle D. Esparza on behalf of Creditor Caterpillar Financial Services Corporation
mesparza@dickinsonwright.com, ksaldivar@dickinsonwright.com

Zachary J. Fanucchi on behalf of Creditor Texas First Rentals, LLC
zfanucchi@ceflegalsa.com, agarcia@ceflegalsa.com

Zachary J. Fanucchi on behalf of Creditor Zachary J. Fanucchi
zfanucchi@ceflegalsa.com, agarcia@ceflegalsa.com

Amber L James on behalf of Creditor Big Bend Services, LLC
amberjames@wtxlaw.com, katy.rodriguez@wtxlaw.com

Jason R. Kennedy on behalf of Creditor Nucor Harris Rebar South, LLC f/k/a Harris Rebar Nufab, LLC
bankruptcy@laperouselaw.com, amanda.olvera@laperouselaw.com

Robert Chamless Lane on behalf of Debtor Packet Construction LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Matthew J Lee on behalf of Creditor Centra Funding LLC
mjl@replevin.com, ecf@writofseizure.com

John Robert Nelson on behalf of Creditor Caterpillar Financial Services Corporation
jnelson@dickinsonwright.com, rgarza@dickinsonwright.com;mdallaire@dickinsonwright.com

Callan Clark Searcy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Frances A. Smith on behalf of Creditor Arcosa Aggregates Texas, LLC
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

David G. Tekell on behalf of Creditor Mid-Tex Testing LLC
david@tekell-law.com, carolyn@tekell-law.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

    Respectfully submitted,

    THE LANE LAW FIRM, PLLC

    */s/Robert C. Lane*
    Robert C. Lane
    State Bar No. 24046263
    notifications@lanelaw.com
    Joshua D. Gordon
    State Bar No. 24091592
    Joshua.gordon@lanelaw.com
    6200 Savoy, Suite 1150
    Houston, Texas 77036
    (713) 595-8200 Voice
    (713) 595-8201 Facsimile
    COUNSEL FOR DEBTOR

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 23-10860-cgb<br>Western District of Texas<br>Austin<br>Thu Jan 18 07:24:30 CST 2024 | Packet Construction LLC<br>PO Box 82668<br>Austin, TX 78708-2668 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Ahern Rentals, Inc.<br>c/o Mark A. Kirkorsky, P.C.<br>PO Box 25287<br>Tempe, AZ 85285-5287 | Alpine Advance 5 LLC<br>228 Park Ave S<br>New York, NY 10003-1502 |
| Alpine Advance 5 LLC<br>46 Washington Street Suite 6<br>Middletown, CT 06457-2861 | Arcosa Aggregates<br>401 S Interstate Highway 45<br>Ferris, TX 75125-8801 | Arcosa Aggregates Texas, LLC<br>c/o Ross, Smith & Binford, PC<br>Attn: Frances A. Smith<br>700 N. Pearl St., Suite 1610<br>Dallas, TX 75201-7459 |
| Arcosa Aggregates Texas, LLC<br>c/o Ross, Smith & Binford, PC<br>Attn: Jason Binford<br>2003 N. Lamar Blvd., Suite 100<br>Austin, TX 78705-4932 | Arnold Crushed Stone Inc<br>PO Box 632<br>Blum, TX 76627-0632 | Arsenal Funding<br>8 West 36th Street, 7th Floor<br>New York, NY 10018-9774 |
| Austin Lava, LLC<br>3107 Perry Lane<br>Austin, TX 78731-5341 | Big Bend Services, LLC<br>PO Box 61226<br>Midland, TX 79711-1226 | Big Bend Services, LLC<br>c/o Amber James<br>James Firm PLLC<br>1610 5th Avenue<br>Fort Worth, Texas 76104-4324 |
| Braun Intertec<br>11001 Hampshire Ave S<br>Minneapolis, MN 55438-2424 | Braun Intertec Corporation<br>Attn: Jody Verbeke<br>11001 Hampshire Ave S<br>Minneapolis, MN 55438-2424 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| Caldwell East & Finlayson PLLC<br>One Riverwalk Place, 700 North St. Mary&<br>San Antonio, TX 78205 | Callan Searcy<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Capital Quarries<br>PO Box 105050<br>Jefferson City, MO 65110-5050 |
| Capital Quarries Company, Inc.<br>C/O Marshall & Singleton, PLC<br>P.O. Box 1955<br>Jonesboro, AR 72403-1955 | Caterpillar Financial Services Corporation<br>c/o John R. Nelson<br>Dickinson Wright PLLC<br>607 W. 3rd Street, Suite 2500<br>Austin, Texas 78701-4713 | Caterpillar Financial Services Corporation<br>c/o Michelle D. Esparza<br>Dickinson Wright PLLC<br>221 N. Kansas Street, Suite 2500<br>El Paso, Texas 79901-1443 |
| Centra Funding LLC<br>1400 Preston Road Suite 115<br>Houston, TX 77002 | Centra Funding LLC<br>c/o Wright Law Group, PLLC<br>P.O. Box 105603<br>PMB 84356<br>Atlanta, GA 30348-5603 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 |
| Conners Construction Inc.<br>2513 U.S. HWY 77<br>Lott, TX 76656-3595 | David Neal LLC<br>899 FM 1947<br>Hillsboro, TX 76645-5157 | Deans Stepp Law, LLP<br>325 N. Saint Paul St. Suite 1500<br>Dallas, TX 75201-3891 |

| | | |
|---|---|---|
| EnviroCon Systems Inc<br>PO Box 673048<br>Houston, TX 77267-3048 | Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 | Euler Hermes N. A. Insurance Co. as Agent fo<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117, MD 21117-5173 |
| Ewald Kubota Inc.<br>PO Box 1287 71E<br>Seguin, TX 78156-1287 | Ewald Kubota, Inc<br>c/o Audrey McDougal<br>1900 IH 10 West<br>Seguin, TX 78155-2353 | Ewald Kubota, Inc.<br>c/o Elms Macchia, PLLC<br>2702 Treble Creek<br>San Antonio, TX 78258-4496 |
| Force Logistics, LLC<br>28440 Verde Mountain Trl<br>San Antonio, TX 78261-2528 | Fundfi Merchant Funding LLC<br>352 Fulton Avenue<br>Hempstead, NY 11550-3941 | HKA Enterprises LLC<br>337 Spartangreen Blvd<br>Duncan, SC 29334-9220 |
| (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4325 | HercRentals<br>27500 Riverview Center Blvd Suite 100<br>Bonita Springs, FL 34134-4328 | JCB Financial, Inc.<br>1715 Morgan Lane<br>Collegeville, PA 19426-2875 |
| Jason R. Kennedy, Attorney<br>Laperouse Kennedy, PC<br>5220 Spring Valley Rd., Suite 615<br>Dallas, Texas 75254-2431 | John Miller<br>PO Box 82668<br>Austin, TX 78708-2668 | Landpoint<br>525 Sawdust Rd #200<br>Spring, TX 77380-2386 |
| Laperouse, P.C.<br>5220 Spring Valley Road Suite 615<br>Dallas, TX 75254-2431 | Lonestar Forklift<br>5300 SE Loop 410<br>San Antonio, TX 78222-3922 | Longview Truck Center<br>3132 TX-31<br>Longview, TX 75603 |
| (p)MARSHALL & SINGLETON PLC<br>P O BOX 1955<br>JONESBORO AR 72403-1955 | Martin Marietta Materials<br>1503 LBJ Freeway Suite 400<br>Dallas, TX 75234-6007 | Mid-Tex Testing LLC<br>1301 New Dallas Hwy<br>Waco, TX 76705-2428 |
| Mid-Tex Testing LLC<br>c/o David Tekell<br>Tekell & Tekell, LLP<br>400 Austin Avenue, Ste 1000<br>Waco, TX 76701-2145 | NUCOR Harris Rebar<br>4700 Singleton Blvd<br>Dallas, TX 75212-3333 | North Mill Credit Trust<br>601 Merritt 7<br>Suite 5<br>Norwalk, CT 06851-1097 |
| North Mill Credit Trust<br>81 Throckmorton Ave<br>Mill Valley, CA 94941-1930 | North Mill Credit Trust<br>9 Executive Circle Suite 230<br>Irvine, CA 92614-4701 | Nucor Harris Rebar South, LLC<br>c/o Jason R. Kennedy<br>Laperouse Kennedy, PC<br>5220 Spring Valley Rd, Suite 615<br>Dallas, TX 75254-2431 |
| PROSPERUM CAPITAL PARTNERS LLC<br>C/O WEINSTEIN & RILEY, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101-2051 | PTR - Premier Truck Rental<br>9138 Bluffton Road<br>Fort Wayne, IN 46809-3057 | Packet Construction LLC<br>14205 N Mopac Expressway 514<br>Austin, TX 78728 |

Providence Equipment Finance
aka Providence Bank & Trust
PO Box 706
South Holland, IL 60473-0706

Providence Equipment Finance A Division of P
1555 S. Ardmore Avenue
Villa Park, IL 60181-3407

SBM Earthmoving & Construction
7931 N State Line Ave
Texarkana, TX 75503-1945

SIR, LLC
Harwin Dr
Houston, TX 77036

Simpson Crushed Stone
1948 County Rd 1234
Nemo, TX 76070-3003

Southeast Readi-Mix Products Inc
3001 South Boyd Drive
Carlsbad, NM 88220-4709

(p)SOUTHSTAR FINANCIAL  LLC
ATTN SOUTHSTAR FINANCIAL LLC
840 LOWCOUNTRY BLVD
MOUNT PLEASANT SC 29464-3000

Spartan Business Solutions LLC
c/o Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

Spartan Business Solutions, LLC d/b/a Sparta
371 E Main St.  Suite 2
Middletown, NY 10940-3435

(p)STEALTH MONITORING INC
ATTN ATTN LEGAL DEPARTMENT
15182 MARSH LANE
ADDISON TX 75001-8047

SunCoast Post-Tension
16825 Northchase Dr Suite 1100
Mill Creek, PA 17060

Suncoast Post-Tension, Ltd
c/o NCS
729 Miner Road
Highland Heights, OH 44143-2117

Terracon Consultants, Inc
10841 S Ridgeview Road
Olathe, KS 66061-6456

Territorial Bank of American Samoa
c/o Kyle E. Neill, P.C.
11550 W. IH-10, Suite 287
San Antonio, Texas 78230-1063

Tex-Mix Partners LTD dba Tex Mix Concrete
c/o Sean Wilson, Kelley Drye & Warren, L
515 Post Oak Blvd, Suite 900
Houston, TX 77027-9495

Tex-Mix Partners LTD, dba Tex Mix Concrete
c/o Sue Miller
P.O. Box 830
Leander, TX 78646-0830

TexMix Concrete
PO Box 830
Leander, TX 78646-0830

Texas Comptroller of Public Accounts, Revenu
Callan C. Searcy
c/o Sherri K. Simpson, Paralegal
PO Box 12548
Austin, TX 78711-2548

Texas First Rentals LLC
Po Box 650869
Dallas, TX 75265-0869

Texas First Rentals, LLC
Attorney of Record - Zachary J. Fanucchi
Caldwell East & Finlayson PLLC
700 N. St. Marys Street, Suite 1825
San Antonio, Texas 78205-3545

Texas Regional Bank
PO Box 5555
Mcallen, TX 78502-5555

Texas Workforce Commission
Office of Attorney General
BK/Collections
P.O. BOX 12548, MC008
Austin, TX 787112548

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The Law Office of Jason Gang, PLLC
1245 Hewlett Plaza #478
Hewlett, NY 11557-4021

U.S. Small Business Administration
Little Rock Commercial Loan Servicing Ce
2120 Riverfront Drive Suite 100
Little Rock, AR 72202-1794

U.S. Small Business Administration
Steven B. Bass
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701-2449

United Rentals
100 First Stamford Place Suite 700
Stamford, CT 06902-9200

United States Small Business Administration
615 E. Houston St., Ste 298
San Antonio, TX 78205-2046

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St, Suite 1616
San Antonio, TX 78205-8902

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAT Financial<br>PO Box 340001<br>Nashville, TN 37203 | Herc Rentals, Inc<br>27500 Riverview Center Blvd<br>Bonita Springs, FL 34134 | Marshall & Singleton, PLC<br>PO Box 4034<br>Jonesboro, AR 72401 |
| Southstar Financial, LLC<br>840 Lowcountry Blvd<br>Mount Pleasant, SC 29464 | Stealth Monitoring Inc<br>15182 Marsh Lane<br>Addison, TX 75001 | (d)Stealth Monitoring Inc.<br>15182 Marsh Lane<br>Addison, TX 75001 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)HKA Enterprises, Inc<br>337 Spartangreen Blvd<br>Duncan, SC 29334-9220 | (d)Spartan Business Solutions, LLC<br>c/o Giuliano Law PC<br>Anthony Giuliano, Esq.<br>445 Broadhollow Rd., Suite 25<br>Melville, N.Y. 11747-3645 | (u)Territorial Bank of American Samoa<br>716 Centennial Building<br>PagoPago, American Samoa96799 |

**End of Label Matrix**
Mailable recipients    90
Bypassed recipients     3
Total                  93