**Fill in this information to identify the case:**

Debtor Name __Packet Construction LLC__

United States Bankruptcy Court for the: Western District of Texas

Case number: __23-10860__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: __December 2023__

Line of business: __Construction__

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __John Miller__

Original signature of responsible party __[signature]__

Printed name of responsible party __John Miller__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____     Case number 23-10860 _____

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ -28,092.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 594,342.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 610,032.70

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -15,690.70

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ -43,782.70

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 269,400.00

Debtor Name _____     Case number 23-10860

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                        $ 2,391,148.0

    *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                6

27.  What is the number of employees as of the date of this monthly report?   6

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?            $ 3,000.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 4,500.00

30.  How much have you paid this month in other professional fees?            $ 0.00

31.  How much have you paid in total other professional fees since filing the case?   $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** — | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 595,279.00 — | $ 594,342.00 = | $ 937.00 |
| 33. **Cash disbursements** | $ 500,000.00 — | $ 610,033.00 = | $ -110,033.00 |
| 34. **Net cash flow** | $ 95,279.00 — | $ -15,691.00 = | $ 110,970.00 |

35.  Total projected cash receipts for the next month:                          $ 600,000.00

36.  Total projected cash disbursements for the next month:                  - $ 500,000.00

37.  Total projected net cash flow for the next month:                        = $ 100,000.00

Debtor Name _____     Case number 23-10860 _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print     Save As...     Reset

# HORIZON BANK

```
*0012297   S3
PACKET CONSTRUCTION LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO. 23-10860-CGB
(OPERATING)
14205 NORTH MOPAC EXWAY #514
AUSTIN  TX 78728
```

**Statement Date:** 12/29/2023  **Enclosures:** (7)          **Account No.:** ****8551  **Page: 1**

## BUSINESS CHECKING SUMMARY

Type: REG  Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From  11/30/23 | | 36.50 |
| Debits | 7 | 36,515.80 |
| Automatic Withdrawals | 38 | 302,846.11 |
| Automatic Deposits | 8 | 371,000.00+ |
| Card Activity | 9 | 30,833.41 |
| Ending Balance On  12/29/23 | | 841.18 |

| Average Balance (Ledger) | 45,428.84+ |
|---|---|

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 12/01/23 | Funds Transfer via Mobile | 1,000.00 |
| 12/05/23 | Funds Transfer via Mobile | 500.00 |
| 12/05/23 | Funds Transfer via Mobile | 1,000.00 |
| 12/06/23 | PACKET CONSTRUCT DIP ACCT | 9,000.00 |
| 12/11/23 | Funds Transfer via Mobile | 1,500.00 |
| 12/12/23 | PACKET CONSTRUCT DIP ACCT | 40,000.00 |
| 12/13/23 | Funds Transfer via Mobile | 300,000.00 |
| 12/22/23 | PACKET CONSTRUCT DIP ACCT | 18,000.00 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 12/05/23 | THE LANE LAW FIR CORP COLL | 1,500.00 |
| 12/06/23 | Funds Transfer via Mobile | 550.00 |
| 12/06/23 | 1ST NATL BK OMAH ONLINE PMT | 1,750.00 |
| 12/06/23 | 1ST NATL BK OMAH ONLINE PMT | 2,000.00 |
| 12/08/23 | Funds Transfer via Mobile | 3,500.00 |
| 12/11/23 | Funds Transfer via Mobile | 3,500.00 |
| 12/12/23 | WIRE TRANSFER FEE TO AMERICAN WHOLESALE FENCEWORKS, LLC | 20.00 |
| 12/12/23 | WIRE TRANSFER TO AMERICAN WHOLESALE FENCEWORKS, LLC | 14,250.00 |
| 12/12/23 | 1ST NATL BK OMAH ONLINE PMT | 2,617.96 |
| 12/13/23 | WIRE TRANSFER FEE TO SIR LLC | 20.00 |
| 12/13/23 | WIRE TRANSFER TO SIR LLC | 100,000.00 |
| 12/13/23 | PACKET CONSTRUCT SUPPLIES | 6,530.00 |
| 12/14/23 | WIRE TRANSFER FEE TO PERMIAN BASIN MATERIALS, LLC | 20.00 |

**Continued**

A DIFFERENT BRAND OF BANKING  PO BOX 685133  •  Austin, Texas 78768  •  866-914-2265  •  www.horizon.bank

 

CSI REV 092722

0045-STMT

| Statement Date: | **12/29/2023** | Enclosures: | **(7)** | Account No.: | ****8551 | Page: **2** |

## ELECTRONIC DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 12/14/23 | WIRE TRANSFER TO PERMIAN BASIN MATERIALS, LLC | 30,665.15 |
| 12/14/23 | 6786 VSA PUR BINFORD SUPPLY SAN ANTONIO TX (12/14/23 04:51:11) | 6,083.39 |
| 12/14/23 | 1ST NATL BK OMAH ONLINE PMT | 2,320.72 |
| 12/15/23 | 6786 VSA PUR EXPRESS CAR AND TRUCK R 800-826-7368PA (12/15/23 06:45:27) | 385.06 |
| 12/15/23 | HEALTH CARE SERV OBPPAYMT | 4,329.11 |
| 12/15/23 | ALTER SURETY GRO SALE | 11,137.00 |
| 12/15/23 | PACKET CONSTRUCT AGGREGATE | 37,500.00 |
| 12/18/23 | 1ST NATL BK OMAH ONLINE PMT | 250.00 |
| 12/18/23 | 1ST NATL BK OMAH ONLINE PMT | 250.00 |
| 12/18/23 | 1ST NATL BK OMAH ONLINE PMT | 3,812.14 |
| 12/19/23 | WIRE TRANSFER FEE TO PACKET CONSTRUCTION LLC | 20.00 |
| 12/19/23 | WIRE TRANSFER TO PACKET CONSTRUCTION LLC | 8,500.00 |
| 12/19/23 | 6786 VSA PUR BINFORD SUPPLY 972-286-2881 TX (12/19/23 04:37:13) | 2,285.43 |
| 12/19/23 | 1ST NATL BK OMAH ONLINE PMT | 2,500.00 |
| 12/19/23 | WHITE CAP, L.P. BT1218 | 7,115.20 |
| 12/20/23 | Funds Transfer via Mobile | 10,000.00 |
| 12/20/23 | 6786 VSA PUR VULCAN SOUTHWEST BIRMINGHAM AL (12/20/23 07:36:25) | 2,447.33 |
| 12/20/23 | 6786 VSA PUR VULCAN SOUTHWEST BIRMINGHAM AL (12/20/23 07:36:25) | 3,329.69 |
| 12/20/23 | 6786 VSA PUR INGRAM READYMIX INC 830-625-9156 TX (12/20/23 08:01:24) | 866.00 |
| 12/20/23 | THE LANE LAW FIR CORP COLL | 1,500.00 |
| 12/20/23 | PAYOREXPRESSVF WEB PAY | 1,692.87 |
| 12/21/23 | 6786 VSA PUR SQ LONGHORN BOLT LLC 877-417-4551 TX(12/21/23 01:04:34) | 6,103.53 |
| 12/21/23 | 6786 VSA PUR VULCAN SOUTHWEST BIRMINGHAM AL (12/21/23 07:40:24) | 2,664.78 |
| 12/21/23 | TEXAS MUTUAL PAYMENT | 1,439.00 |
| 12/21/23 | 1ST NATL BK OMAH ONLINE PMT | 3,044.58 |
| 12/22/23 | 6786 VSA PUR INGRAM READYMIX INC 830-625-9156 TX (12/22/23 08:08:29) | 6,668.20 |
| 12/22/23 | 1ST NATL BK OMAH ONLINE PMT | 1,444.67 |
| 12/26/23 | Funds Transfer via Mobile | 10,000.00 |
| 12/26/23 | 1ST NATL BK OMAH ONLINE PMT | 1,797.71 |
| 12/28/23 | WIRE TRANSFER FEE TO SIR LLC | 20.00 |
| 12/28/23 | Funds Transfer via Mobile | 4,500.00 |
| 12/28/23 | Funds Transfer via Mobile | 7,250.00 |
| 12/28/23 | WIRE TRANSFER TO SIR LLC | 7,500.00 |
| 12/29/23 | Funds Transfer via Mobile | 8,000.00 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/18/23 | 1127 | 5,000.00 | 12/19/23 | 1131 | 5,236.00 | 12/21/23 | 1136* | 4,068.32 |
| 12/20/23 | 1129* | 12,557.08 | 12/22/23 | 1134* | 2,056.25 | 12/18/23 | 1137 | 949.50 |
| 12/19/23 | 1130 | 6,648.65 | | | | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 11/30/23 was 36.50

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01/23 | 1,036.50 | 12/12/23 | 23,348.54 | 12/19/23 | 81,791.19 |
| 12/05/23 | 1,036.50 | 12/13/23 | 216,798.54 | 12/20/23 | 49,398.22 |
| 12/06/23 | 5,736.50 | 12/14/23 | 177,709.28 | 12/21/23 | 32,078.01 |
| 12/08/23 | 2,236.50 | 12/15/23 | 124,358.11 | 12/22/23 | 39,908.89 |
| 12/11/23 | 236.50 | 12/18/23 | 114,096.47 | 12/26/23 | 28,111.18 |

Continued

Statement Date: **12/29/2023**  Enclosures: (7)          Account No.: ****8551     Page: **3**

## DAILY BALANCE SUMMARY (continued)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/28/23 | 8,841.18 | 12/29/23 | 841.18 | | |

## OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-To-Date |
|------|---------|---------|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

This Statement Cycle Reflects 29 Days

DEBIT CARD TEXT AND/OR EMAIL ALERTS AVAILABLE.

CONTACT YOUR LOCAL BRANCH TO SET THESE UP.

MOBILE APP DEPOSIT IS ALSO AVAILABLE!

TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

### PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,

and protect your personal information.  Our privacy policy

has not changed and you may review our policy and practices

with respect to your personal information at

www.horizon.bank/privacy/

or we will mail you a free copy upon request if you call us

at 512-637-5730

Continued





## TEXAS REGIONAL BANK
### The people you know.

P.O. Box 5555, McAllen, TX 78502

**RETURN SERVICE REQUESTED**

PACKET CONSTRUCTION LLC
PAYROLL ACCOUNT
PO BOX 82668
AUSTIN TX 78708-2668

### *Statement Ending 12/29/2023*
**Page 1 of 4**

### *Managing Your Accounts*

| | | |
|---|---|---|
| Location | | Dripping Springs Banking Center |
| Telephone | | 512-894-5011 |
| Mailing Address | | PO Box 1100 Dripping Springs, TX 78620 |
| Online Access | | www.texasregionalbank.com |
| 24/7 Telebank | | 866-972-5430 |

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | ▉0700 | $294.50 |

## SMALL BUSINESS CHECKING-1510700

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | **Beginning Balance** | **$18,569.59** |
| | 8 Credit(s) This Period | $63,750.00 |
| | 21 Debit(s) This Period | $82,025.09 |
| 12/29/2023 | **Ending Balance** | **$294.50** |
| | Service Charges | $5.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 12/05/2023 | 755001 INTERNET TRANSFER FROM ACCT ▉8966 ON 12/05/23 AT 13:16 | $3,500.00 |
| 12/05/2023 | 579758 INTERNET TRANSFER FROM ACCT ▉8966 ON 12/05/23 AT 7:28 | $12,900.00 |
| 12/06/2023 | 341352 INTERNET TRANSFER FROM ACCT ▉8966 ON 12/06/23 AT 17:10 | $1,500.00 |
| 12/06/2023 | 203548 INTERNET TRANSFER FROM ACCT ▉8966 ON 12/06/23 AT 11:46 | $1,550.00 |
| 12/11/2023 | 291753 INTERNET TRANSFER FROM ACCT ▉8966 ON 12/11/23 AT 14:45 | $15,000.00 |
| 12/18/2023 | 236532 INTERNET TRANSFER FROM ACCT ▉8966 ON 12/18/23 AT 12:37 | $1,800.00 |
| 12/19/2023 | Incoming Wire,,PACKET CONSTRUCTION LLC | $8,500.00 |
| 12/26/2023 | 375602 INTERNET TRANSFER FROM ACCT 1468966 ON 12/26/23 AT 8:08 | $19,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 12/05/2023 | PETROCARD, INC ARINVOICES XXXXX9264 | $12,827.90 |
| 12/11/2023 | CAPITAL ONE MOBILE PMT 3SU67V2LR5QU5FG | $2,500.00 |
| 12/18/2023 | CITI CARD ONLINE PAYMENT 421251502577472 | $743.42 |
| 12/19/2023 | PETROCARD, INC ARINVOICES XXXXX9264 | $7,134.77 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | 194825 INTERNET TRANSFER TO ACCT ▉8966 ON 12/01/23 AT 10:28 | $1,600.00 |
| 12/04/2023 | 813361 INTERNET TRANSFER TO ACCT ▉2785 ON 12/02/23 AT 16:54 | $1,926.00 |
| 12/04/2023 | 088288 INTERNET TRANSFER TO ACCT ▉2785 ON 12/03/23 AT 12:15 | $15,000.00 |
| 12/05/2023 | 755110 INTERNET TRANSFER TO ACCT ▉2785 ON 12/05/23 AT 13:16 | $1,926.00 |
| 12/05/2023 | CHK# 00 AMT $14,717.41, RETURNED NSF ITEM FEE | $30.00 |
| 12/06/2023 | 341447 INTERNET TRANSFER TO ACCT ▉2785 ON 12/06/23 AT 17:10 | $500.00 |

EQUAL HOUSING LENDER  I  MEMBER FDIC

956-682-2265  I  trb.bank

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a new customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents used in our investigation.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE** $ _____
SHOWN ON THIS STATEMENT

**ADD + (IF ANY)** $ _____
DEPOSITS NOT SHOWN
ON THIS STATEMENT

**TOTAL** $ _____

**SUBTRACT - (IF ANY)** $ _____
CHECKS OUTSTANDING

**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**
**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Call the number on the front of this statement to request a Check 21 disclosure.



## TEXAS REGIONAL BANK
### The people you know.
P.O. Box 5555, McAllen, TX 78502

**Statement Ending 12/29/2023**

Page 3 of 4

## SMALL BUSINESS CHECKING-███0700 (continued)

**Other Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/2023 | 080574 INTERNET TRANSFER TO ACCT ██8966 ON 12/06/23 AT 7:36 | $3,200.00 |
| 12/07/2023 | 619321 INTERNET TRANSFER TO ACCT ██8966 ON 12/07/23 AT 9:23 | $1,000.00 |
| 12/11/2023 | 291861 INTERNET TRANSFER TO ACCT ██2785 ON 12/11/23 AT 14:46 | $1,926.00 |
| 12/11/2023 | 324191 INTERNET TRANSFER TO ACCT ██2785 ON 12/11/23 AT 16:00 | $6,000.00 |
| 12/18/2023 | 236625 INTERNET TRANSFER TO ACCT ██2785 ON 12/18/23 AT 12:37 | $1,926.00 |
| 12/18/2023 | 148900 INTERNET TRANSFER TO ACCT ██8966 ON 12/18/23 AT 9:50 | $3,000.00 |
| 12/19/2023 | Incoming Wire Fee 71613282 | $10.00 |
| 12/20/2023 | 082782 INTERNET TRANSFER TO ACCT ██2785 ON 12/20/23 AT 7:28 | $1,515.00 |
| 12/27/2023 | 003509 INTERNET TRANSFER TO ACCT ██2785 ON 12/27/23 AT 12:20 | $1,255.00 |
| 12/27/2023 | 913981 INTERNET TRANSFER TO ACCT ██8966 ON 12/27/23 AT 9:35 | $18,000.00 |
| 12/29/2023 | SERVICE CHARGE $9.00 LESS $4.00 CREDIT BACK | $5.00 |

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/01/2023 | $16,969.59 | 12/07/2023 | $9.69 | 12/20/2023 | $554.50 |
| 12/04/2023 | $43.59 | 12/11/2023 | $4,583.69 | 12/26/2023 | $19,554.50 |
| 12/05/2023 | $1,659.69 | 12/18/2023 | $714.27 | 12/27/2023 | $299.50 |
| 12/06/2023 | $1,009.69 | 12/19/2023 | $2,069.50 | 12/29/2023 | $294.50 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $436.30 |
| **Total Returned Item Fees** | $30.00 | $2,040.00 |

**Service Charge Summary**

| Description | Amount |
|-------------|--------|
| TOTAL CHARGE FOR MAINTENANCE: | $9.00 |
| TOTAL DISCOUNT(S): | -$4.00 |
| Total Service Charge | $5.00 |



## TEXAS REGIONAL BANK
The people you know.™
P.O. Box 5555, McAllen, TX 78502

**Statement Ending 12/29/2023**
*Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK



**TEXAS REGIONAL BANK**
The people you know.™

Rev. December 2022

| **FACTS** | **WHAT DOES TEXAS REGIONAL BANK DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>◆ Social Security number ◆ Transaction history<br>◆ Account balances ◆ Credit history<br>◆ Payment history ◆ Checking account information |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Texas Regional Bank chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Texas Regional Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes -** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No | We don't share |

| **To limit our sharing** | ◆ Mail the form below<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | Call toll-free 1-800-580-6536 or go to www.texasregionalbank.com |

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| **Mail-in Form** | |
|---|---|
| | **Mark any/all you want to limit:**<br>☐ Do not share information about my creditworthiness with your affiliates for their everyday business purposes.<br>☐ Do not allow your affiliates to use my personal information to market to me. |

| Name | | Mail to: |
|---|---|---|
| | | Texas Regional Bank |
| | | Attn: Central Operations/Privacy |
| Address | | PO Box 5555 |
| City, State, ZIP | | McAllen, TX 78502-5555 |
| Account # | | |

Privacy Model Disclosure
© 2010 Wolters Kluwer Financial Services, Inc.

PRIV-MODEL 8/1/2010

**Page 2**

## Who We Are

| | |
|---|---|
| **Who is providing this notice?** | Texas Regional Bank |

## What We Do

| | |
|---|---|
| **How does Texas Regional Bank protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. <br><br> We also maintain other physical, electronic and procedural safeguards to protect this information and we limit access to information to those employees for whom access is appropriate. |
| **How does Texas Regional Bank collect my personal information?** | We collect your personal information, for example, when you <br> ◆ Open an account ◆ Provide account information <br> ◆ Apply for a loan ◆ Show your government-issued ID <br> ◆ Make deposits or withdrawals from your account <br> We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only <br> ◆ Sharing for affiliates' everyday business purposes - information about your creditworthiness <br> ◆ Affiliates from using your information to market to you <br> ◆ Sharing for nonaffiliates to market to you <br> State laws and individual companies may give you additional rights to limit sharing. <br> See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and non-financial companies. <br> ◆ *Our affiliates include companies with a common corporate identity of Texas State Bankshares, Inc. which means the following institutions: Texas Regional Bank, TRB Wealth Management, LLC, Texas Regional Bank Nominee, Inc. and TRB Insurance Agency, LLC.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and non-financial companies. <br> ◆ *Texas Regional Bank does not share with nonaffiliates so they can market to you.* |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. <br> ◆ *Texas Regional Bank does not jointly market.* |

## Other Important Information

**For Alaska, Illinois, Maryland and North Dakota Customers.** We will not share personal information with nonaffiliates either for them to market to you or for joint marketing - without your authorization.

**For California Customers.** We will not share personal information with nonaffiliates either for them to market to you or for joint marketing - without your authorization. We will also limit our sharing of personal information about you with our affiliates to comply with all California privacy laws that apply to us.

**For Massachusetts, Mississippi and New Jersey Customers.** We will not share personal information from deposit or share relationships with nonaffiliates either for them to market to you or for joint marketing - without your authorization.

**For Vermont Customers.**

◆ We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures.

◆ Additional information concerning our privacy policies can be found at www.texasregionalbank.com or call 1-800-580-6536.

**For Texas Customers.** Texas Regional Bank is chartered, licensed or registered under the laws of the State of Texas and by state law is subject to regulatory oversight by the Texas Department of Banking. Any consumer wishing to file a complaint against Texas Regional Bank should contact the Texas Department of Banking through one of the means indicated below: In person, or by U.S. Mail: 2601 North Lamar Boulevard, Suite 300, Austin, Texas 78705-4294; Telephone No. (877) 276-5554; Fax No. (512) 475-1313; E-mail: consumer.complaints@dob.texas.gov, Website: www.dob.texas.gov.



### *Statement Ending 12/29/2023*

Page 1 of 6

**RETURN SERVICE REQUESTED**

PACKET CONSTRUCTION LLC
PO BOX 82668
AUSTIN TX 78708-2668

### *Managing Your Accounts*

| | | |
|---|---|---|
| 🏛 | Location | Dripping Springs Banking Center |
| 📱 | Telephone | 512-894-5011 |
| ✉ | Mailing Address | PO Box 1100 Dripping Springs, TX 78620 |
| 💻 | Online Access | www.texasregionalbank.com |
| ⊞ | 24/7 Telebank | 866-972-5430 |

---

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | ■8966 | $122.73 |

## SMALL BUSINESS CHECKING-■8966

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | **Beginning Balance** | **$837.03** |
| | 12 Credit(s) This Period | $630,922.00 |
| | 49 Debit(s) This Period | $631,636.30 |
| 12/29/2023 | **Ending Balance** | **$122.73** |
| | Service Charges | $5.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 12/05/2023 | POWER STANDARD CORP PAY 2809 | $61,825.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | 194825 INTERNET TRANSFER FROM ACCT ■0700 ON 12/01/23 AT 10:28 | $1,600.00 |
| 12/05/2023 | 579592 INTERNET TRANSFER FROM ACCT ■2785 ON 12/05/23 AT 7:28 | $8,500.00 |
| 12/06/2023 | 179730 INTERNET TRANSFER FROM ACCT ■2785 ON 12/06/23 AT 10:56 | $430.00 |
| 12/06/2023 | 080574 INTERNET TRANSFER FROM ACCT ■0700 ON 12/06/23 AT 7:36 | $3,200.00 |
| 12/06/2023 | Incoming Wire,JPMORGAN CHASE,1/OYSTERCATCHER SOLAR LLC | $36,300.00 |
| 12/07/2023 | 788935 INTERNET TRANSFER FROM ACCT ■2785 ON 12/07/23 AT 15:37 | $850.00 |
| 12/07/2023 | 619321 INTERNET TRANSFER FROM ACCT ■0700 ON 12/07/23 AT 9:23 | $1,000.00 |
| 12/11/2023 | Incoming Wire,KEYBANK,POWER STANDARD, LLC | $476,217.00 |
| 12/18/2023 | 148900 INTERNET TRANSFER FROM ACCT ■0700 ON 12/18/23 AT 9:50 | $3,000.00 |
| 12/20/2023 | MOBILE DEPOSIT | $20,000.00 |
| 12/27/2023 | 913981 INTERNET TRANSFER FROM ACCT ■0700 ON 12/27/23 AT 9:35 | $18,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | CAT COMMERCIAL A PAYMENT 274-131415-23 | $2,290.87 |
| 12/05/2023 | GUSTO FEE 789787 6semjvpj938 | $187.61 |
| 12/05/2023 | Beam-Premium ePay TX25984 | $274.49 |
| 12/06/2023 | CAPITAL ONE MOBILE PMT 3STK5E0LA42E8L8 | $1,200.00 |
| 12/06/2023 | BK OF AMER VI/MC ONLINE PMT CKF036380711POS | $3,500.00 |
| 12/06/2023 | PACKET CONSTRUCT DIP Acct XXXXX7335 | $9,000.00 |

---

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a new customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents used in our investigation.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE**
SHOWN ON THIS STATEMENT

$ _____

**ADD + (IF ANY)**
DEPOSITS NOT SHOWN
ON THIS STATEMENT

$ _____

**TOTAL**

$ _____

**SUBTRACT - (IF ANY)**
CHECKS OUTSTANDING

$ _____

**BALANCE**

$ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**

If no error is reported within 60 days, the account will be considered correct.

**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Call the number on the front of this statement to request a Check 21 disclosure.



**Statement Ending 12/29/2023**

Page 3 of 6

## SMALL BUSINESS CHECKING-■■■8966 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/2023 | PACKET CONSTRUCT Consulting 114917335 | $35,000.00 |
| 12/07/2023 | CAPITAL ONE MOBILE PMT 3STR2IY0QVUGH6K | $1,000.00 |
| 12/07/2023 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX7926 | $1,787.00 |
| 12/08/2023 | BK OF AMER VI/MC ONLINE PMT CKF036380711POS | $1,821.31 |
| 12/12/2023 | CAPITAL ONE MOBILE PMT 3SUTMGURET3XIWS | $1,800.00 |
| 12/12/2023 | PACKET CONSTRUCT Truck Leas 114917335 | $8,646.87 |
| 12/12/2023 | PACKET CONSTRUCT DIP Acct XXXXX7335 | $40,000.00 |
| 12/13/2023 | BK OF AMER MC ONLINE PMT CKF036380711POS | $2,900.00 |
| 12/13/2023 | BK OF AMER VI/MC ONLINE PMT CKF036380711POS | $3,912.58 |
| 12/14/2023 | FORD MOTOR CR FORDCREDIT XXXXX6754 | $1,727.75 |
| 12/14/2023 | PACKET CONSTRUCT Consulting 114917335 | $30,000.00 |
| 12/15/2023 | CAPITAL ONE MOBILE PMT 3SVG2YDHYW56O70 | $1,500.00 |
| 12/19/2023 | Yardi Service Ch WEB PMTS 450HFF | $0.95 |
| 12/19/2023 | LEVELOFFICEMANAG WEB PMTS CD0HFF | $1,559.25 |
| 12/22/2023 | Synchrony Bank CC PYMT 419509151924068 | $40.24 |
| 12/22/2023 | Synchrony Bank CC PYMT 524306001655241 | $500.00 |
| 12/22/2023 | HOME DEPOT ONLINE PMT 601254813851823 | $556.80 |
| 12/22/2023 | PACKET CONSTRUCT DIP Acct XXXXX7335 | $18,000.00 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/2023 | CHK# 00 AMT $7,761.60, RETURNED NSF ITEM FEE | $30.00 |
| 12/04/2023 | 179561 INTERNET TRANSFER TO ACCT ■■2785 ON 12/03/23 AT 17:14 | $2,350.00 |
| 12/05/2023 | 755001 INTERNET TRANSFER TO ACCT ■■0700 ON 12/05/23 AT 13:16 | $3,500.00 |
| 12/05/2023 | 579758 INTERNET TRANSFER TO ACCT ■■0700 ON 12/05/23 AT 7:28 | $12,900.00 |
| 12/06/2023 | Outgoing Wire,PACKET CONSTRUCTION LLC,142371 | $30,000.00 |
| 12/06/2023 | 341352 INTERNET TRANSFER TO ACCT ■■0700 ON 12/06/23 AT 17:10 | $1,500.00 |
| 12/06/2023 | 203548 INTERNET TRANSFER TO ACCT ■■0700 ON 12/06/23 AT 11:46 | $1,550.00 |
| 12/06/2023 | Outgoing Wire Fee 142371 | $25.00 |
| 12/06/2023 | Incoming Wire Fee 71261616 | $10.00 |
| 12/08/2023 | CHK# 00 AMT $2,500.00, RETURNED NSF ITEM FEE | $30.00 |
| 12/11/2023 | PAYMENT TO CONSUMER AUTO LOAN 101261364 | $1,285.48 |
| 12/11/2023 | 796059 INTERNET TRANSFER TO ACCT ■■2785 ON 12/09/23 AT 19:32 | $2,000.00 |
| 12/11/2023 | 291753 INTERNET TRANSFER TO ACCT ■■0700 ON 12/11/23 AT 14:45 | $15,000.00 |
| 12/11/2023 | Incoming Wire Fee 71389294 | $10.00 |
| 12/12/2023 | Outgoing Wire,AFCO,142756 | $14,716.91 |
| 12/12/2023 | 649096 INTERNET TRANSFER TO ACCT ■■2785 ON 12/12/23 AT 10:00 | $2,500.00 |
| 12/12/2023 | Outgoing Wire Fee 142756 | $25.00 |
| 12/13/2023 | Outgoing Wire,PACKET CONSTRUCTION LLC,142819 | $350,000.00 |
| 12/13/2023 | Outgoing Wire Fee 142819 | $25.00 |
| 12/18/2023 | 236532 INTERNET TRANSFER TO ACCT ■■0700 ON 12/18/23 AT 12:37 | $1,800.00 |
| 12/26/2023 | 375602 INTERNET TRANSFER TO ACCT ■■0700 ON 12/26/23 AT 8:08 | $19,000.00 |
| 12/29/2023 | SERVICE CHARGE $9.00 LESS $4.00 CREDIT BACK | $5.00 |
| 12/29/2023 | OVERDRAFT INTEREST FEE | $9.91 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|
| 0 | 12/05/2023 | $5,000.00 | 2416* | 12/05/2023 | $1,158.28 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/01/2023 | $116.16 | 12/06/2023 | $3,215.78 | 12/11/2023 | $458,348.99 |
| 12/04/2023 | -$2,233.84 | 12/07/2023 | $2,278.78 | 12/12/2023 | $390,660.21 |
| 12/05/2023 | $45,070.78 | 12/08/2023 | $427.47 | 12/13/2023 | $33,822.63 |



**Statement Ending 12/29/2023**

Page 4 of 6

## SMALL BUSINESS CHECKING- ███ 8966 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12/14/2023 | $2,094.88 | 12/19/2023 | $234.68 | 12/26/2023 | -$17,862.36 |
| 12/15/2023 | $594.88 | 12/20/2023 | $20,234.68 | 12/27/2023 | $137.64 |
| 12/18/2023 | $1,794.88 | 12/22/2023 | $1,137.64 | 12/29/2023 | $122.73 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|------|------|
| Total Overdraft Fees | $9.91 | $1,529.78 |
| Total Returned Item Fees | $60.00 | $10,290.00 |

### Service Charge Summary

| Description | Amount |
|------|------|
| TOTAL CHARGE FOR MAINTENANCE: | $9.00 |
| TOTAL DISCOUNT(S): | -$4.00 |
| Total Service Charge | $5.00 |





**Statement Ending 12/29/2023**

*Page 6 of 6*

THIS PAGE LEFT INTENTIONALLY BLANK



**TEXAS REGIONAL BANK**
The people you know.™

Rev. December 2022

| **FACTS** | **WHAT DOES TEXAS REGIONAL BANK DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include: <br> ♦ Social Security number ♦ Transaction history <br> ♦ Account balances ♦ Credit history <br> ♦ Payment history ♦ Checking account information |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Texas Regional Bank chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Texas Regional Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes -** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No | We don't share |

| **To limit our sharing** | ♦ Mail the form below <br> **Please note:** <br> If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. <br> However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | Call toll-free 1-800-580-6536 or go to www.texasregionalbank.com |

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| **Mail-in Form** | |
|---|---|
| | **Mark any/all you want to limit:** <br> ☐ Do not share information about my creditworthiness with your affiliates for their everyday business purposes. <br> ☐ Do not allow your affiliates to use my personal information to market to me. |

| Name | | Mail to: <br> Texas Regional Bank <br> Attn: Central Operations/Privacy <br> PO Box 5555 <br> McAllen, TX 78502-5555 |
|---|---|---|
| Address | | |
| City, State, ZIP | | |
| Account # | | |

Privacy Model Disclosure
©2010 Wolters Kluwer Financial Services, Inc.

PRIV-MODEL 8/1/2010

**Page 2**

## Who We Are

| | |
|---|---|
| Who is providing this notice? | Texas Regional Bank |

## What We Do

| | |
|---|---|
| How does Texas Regional Bank protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We also maintain other physical, electronic and procedural safeguards to protect this information and we limit access to information to those employees for whom access is appropriate. |
| How does Texas Regional Bank collect my personal information? | We collect your personal information, for example, when you<br>◆ Open an account    ◆ Provide account information<br>◆ Apply for a loan    ◆ Show your government-issued ID<br>◆ Make deposits or withdrawals from your account<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>◆ Sharing for affiliates' everyday business purposes - information about your creditworthiness<br>◆ Affiliates from using your information to market to you<br>◆ Sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

## Definitions

| | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and non-financial companies.<br>◆ *Our affiliates include companies with a common corporate identity of Texas State Bankshares, Inc. which means the following institutions: Texas Regional Bank, TRB Wealth Management, LLC, Texas Regional Bank Nominee, Inc. and TRB Insurance Agency, LLC.* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and non-financial companies.<br>◆ *Texas Regional Bank does not share with nonaffiliates so they can market to you.* |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>◆ *Texas Regional Bank does not jointly market.* |

## Other Important Information

**For Alaska, Illinois, Maryland and North Dakota Customers.** We will not share personal information with nonaffiliates either for them to market to you or for joint marketing - without your authorization.

**For California Customers.** We will not share personal information with nonaffiliates either for them to market to you or for joint marketing - without your authorization. We will also limit our sharing of personal information about you with our affiliates to comply with all California privacy laws that apply to us.

**For Massachusetts, Mississippi and New Jersey Customers.** We will not share personal information from deposit or share relationships with nonaffiliates either for them to market to you or for joint marketing - without your authorization.

**For Vermont Customers.**
◆ We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures.
◆ Additional information concerning our privacy policies can be found at www.texasregionalbank.com or call 1-800-580-6536.

**For Texas Customers.** Texas Regional Bank is chartered, licensed or registered under the laws of the State of Texas and by state law is subject to regulatory oversight by the Texas Department of Banking. Any consumer wishing to file a complaint against Texas Regional Bank should contact the Texas Department of Banking through one of the means indicated below: In person, or by U.S. Mail: 2601 North Lamar Boulevard, Suite 300, Austin, Texas 78705-4294; Telephone No. (877) 276-5554; Fax No. (512) 475-1313; E-mail: consumer.complaints@dob.texas.gov, Website: www.dob.texas.gov.

# HORIZON BANK

```
*0012119    S2
PACKET CONSTRUCTION LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO. 23-10860-CGB
(PAYROLL)
14205 NORTH MOPAC EXYWAY #514
AUSTIN  TX 78728
```

| Statement Date: | 12/29/2023 | Enclosures: | (0) | Account No.: | ****7651 | Page: | 1 |
|---|---|---|---|---|---|---|---|

## BUSINESS CHECKING SUMMARY

Type: REG  Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From  11/30/23 | | 8,648.52 |
| Debits | 0 | 0.00 |
| Automatic Withdrawals | 28 | 424,806.63 |
| Automatic Deposits | 11 | 427,301.00+ |
| Ending Balance On  12/29/23 | | 11,142.89 |

| | Average Balance (Ledger) | 15,332.32+ |
|---|---|---|

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 12/06/23 | Funds Transfer via Mobile | 550.00 |
| 12/06/23 | WIRE TRANSFER FROM PACKET CONSTRUCTION LLC | 30,000.00 |
| 12/08/23 | Funds Transfer via Mobile | 3,500.00 |
| 12/11/23 | Funds Transfer via Mobile | 3,500.00 |
| 12/13/23 | WIRE TRANSFER FROM PACKET CONSTRUCTION LLC | 350,000.00 |
| 12/15/23 | MBI SETL | 1.00 |
| 12/20/23 | Funds Transfer via Mobile | 10,000.00 |
| 12/26/23 | Funds Transfer via Mobile | 10,000.00 |
| 12/28/23 | Funds Transfer via Mobile | 4,500.00 |
| 12/28/23 | Funds Transfer via Mobile | 7,250.00 |
| 12/29/23 | Funds Transfer via Mobile | 8,000.00 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 12/01/23 | Funds Transfer via Mobile | 1,000.00 |
| 12/01/23 | PACKET CONSTRUCT ACHBATCH | 5,752.64 |
| 12/05/23 | Funds Transfer via Mobile | 500.00 |
| 12/05/23 | Funds Transfer via Mobile | 1,000.00 |
| 12/06/23 | GUSTO TAX 814741 | 902.80 |
| 12/07/23 | PACKET CONSTRUCT WEEKLY PAY | 24,781.36 |
| 12/08/23 | WIRE TRANSFER FEE TO JOHN MILLER | 20.00 |
| 12/08/23 | WIRE TRANSFER TO JOHN MILLER | 7,000.00 |
| 12/11/23 | Funds Transfer via Mobile | 1,500.00 |
| 12/13/23 | Funds Transfer via Mobile | 300,000.00 |
| 12/14/23 | GUSTO CSD 965686 | 400.01 |

**Continued**

A DIFFERENT BRAND OF BANKING  PO BOX 685133 • Austin, Texas 78768 • 866-914-2265 • www.horizon.bank


EQUAL HOUSING LENDER


Member FDIC

CSI REV 092722

6045-STMT

| Statement Date: | **12/29/2023** | Enclosures: | **(0)** | | | Account No.: | ******7651** | | Page: **2** |

## ELECTRONIC DEBITS (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/23 | GUSTO CSD 965686 | 400.01 |
| 12/14/23 | GUSTO TAX 966044 | 1,372.47 |
| 12/14/23 | GUSTO TAX 966044 | 2,330.87 |
| 12/14/23 | GUSTO TAX 965683 | 2,330.89 |
| 12/14/23 | PACKET CONSTRUCT PAYROLL | 15,737.78 |
| 12/15/23 | MBI SETL | 1.00 |
| 12/20/23 | GUSTO CSD 152778 | 400.01 |
| 12/20/23 | GUSTO TAX 152776 | 1,245.43 |
| 12/20/23 | GUSTO TAX 152776 | 3,006.24 |
| 12/20/23 | PACKET CONSTRUCT ACHBATCH | 15,707.86 |
| 12/21/23 | WIRE TRANSFER FEE TO SIR LLC | 20.00 |
| 12/21/23 | WIRE TRANSFER TO SIR LLC | 10,000.00 |
| 12/21/23 | STATE OF LOUISIA LA UI TAX | 1,517.43 |
| 12/29/23 | GUSTO CSD 434523 | 400.01 |
| 12/29/23 | GUSTO TAX 434798 | 1,324.13 |
| 12/29/23 | GUSTO TAX 434798 | 2,330.91 |
| 12/29/23 | PACKET CONSTRUCT PAYROLL | 23,824.78 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 11/30/23 was 8,648.52

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01/23 | 1,895.88 | 12/11/23 | 3,741.72 | 12/21/23 | 9,272.72 |
| 12/05/23 | 395.88 | 12/13/23 | 53,741.72 | 12/26/23 | 19,272.72 |
| 12/06/23 | 30,043.08 | 12/14/23 | 31,169.69 | 12/28/23 | 31,022.72 |
| 12/07/23 | 5,261.72 | 12/15/23 | 31,169.69 | 12/29/23 | 11,142.89 |
| 12/08/23 | 1,741.72 | 12/20/23 | 20,810.15 | | |

## OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

| This Statement Cycle Reflects 29 Days |
|---|

DEBIT CARD TEXT AND/OR EMAIL ALERTS AVAILABLE.

CONTACT YOUR LOCAL BRANCH TO SET THESE UP.

MOBILE APP DEPOSIT IS ALSO AVAILABLE!

TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

Continued

Statement Date:  **12/29/2023**  Enclosures:  **(0)**  Account No.:  **\*\*\*\*7651**  Page:  **3**

---

## PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,

and protect your personal information.  Our privacy policy

has not changed and you may review our policy and practices

with respect to your personal information at

www.horizon.bank/privacy/

or we will mail you a free copy upon request if you call us

at 512-637-5730

**End Statement**

# Packet Construction LLC

## A/R Aging Summary

As of December 31, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| CPS Energy | | | | | | $0.00 |
| Hill Country Substation | 69,500.00 | | | | | $69,500.00 |
| **Total CPS Energy** | **69,500.00** | | | | | **$69,500.00** |
| Energy Erectors Inc. | | | | | | $0.00 |
| Bob White Civil Construction | | 128,012.78 | | 14,100.29 | | $142,113.07 |
| **Total Energy Erectors Inc.** | | **128,012.78** | | **14,100.29** | | **$142,113.07** |
| Fusion Industries LLC | | | | | | $0.00 |
| Vail Substation | 200,000.00 | 230,000.00 | | | | $430,000.00 |
| **Total Fusion Industries LLC** | **200,000.00** | **230,000.00** | | | | **$430,000.00** |
| Hitachi Energy | | | | | | $0.00 |
| Middle Fork Statcom | | 25,000.00 | | | | $25,000.00 |
| **Total Hitachi Energy** | | **25,000.00** | | | | **$25,000.00** |
| Kiewit Infrastructure South Co | | | | | | $0.00 |
| Toledo Bend Substation | | | | 29,545.94 | | $29,545.94 |
| **Total Kiewit Infrastructure South Co** | | | | **29,545.94** | | **$29,545.94** |
| Michels Corporation | | | | | 601,934.13 | $601,934.13 |
| Pike Enterprises, LLC | | | | | | $0.00 |
| STEC Rio Colorado Substation | 70,000.00 | | | | | $70,000.00 |
| **Total Pike Enterprises, LLC** | **70,000.00** | | | | | **$70,000.00** |
| Power Standard, LLC | | | | | | $0.00 |
| 12th Street Civil Project - AEP | | | | 6,925.00 | 14,230.50 | $21,155.50 |
| Checkmate Substation | | 233,450.00 | | | | $233,450.00 |
| Enlink Transformer Addition | | 47,500.00 | | | | $47,500.00 |
| Henly Substation | | | | 1,525.00 | | $1,525.00 |
| Hunt Radio Tower | | | 38,649.00 | | | $38,649.00 |
| Oxy Substations | 228,965.00 | 184,000.00 | 52,913.00 | 16,697.10 | | $482,575.10 |
| Santo Nino Substation | 119,900.00 | | 27,500.00 | | | $147,400.00 |
| **Total Power Standard, LLC** | **348,865.00** | **464,950.00** | **119,062.00** | **25,147.10** | **14,230.50** | **$972,254.60** |
| Principle Services, LLC | | | | | | $0.00 |
| Cisco Battery Storage Project | 50,800.00 | | | | | $50,800.00 |
| **Total Principle Services, LLC** | **50,800.00** | | | | | **$50,800.00** |
| TOTAL | **$739,165.00** | **$847,962.78** | **$119,062.00** | **$68,793.33** | **$616,164.63** | **$2,391,147.74** |

# Packet Construction LLC

## A/P Aging Summary

As of December 31, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Alamo Concrete Products | | 7,325.94 | | | | $7,325.94 |
| Braun Intertec | | | 7,460.00 | | | $7,460.00 |
| Daniel Steel Industries, Inc | 24,247.18 | | | | | $24,247.18 |
| Georgia Pumping Services LLC | | 1,204.50 | | | | $1,204.50 |
| Hartmann Building Specialties | | 24,658.85 | | | | $24,658.85 |
| Landpoint | | | 9,329.87 | | | $9,329.87 |
| MiniConcrete Materials Inc | 33,519.83 | | | | | $33,519.83 |
| PB Materials | 52,420.49 | 17,170.53 | 73,608.88 | | | $143,199.90 |
| Roper, Inc | 10,126.79 | | | | | $10,126.79 |
| Terracon Consultants, Inc | | 888.10 | | | | $888.10 |
| Troy Vines Inc | 7,438.97 | | | | | $7,438.97 |
| TOTAL | $127,753.26 | $51,247.92 | $90,398.75 | $0.00 | $0.00 | $269,399.93 |