UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 23-10860-cgb |
| PACKET CONSTRUCTION, LLC, ) | |
| ) | |
| Debtor. ) | |

### UNITED STATES OF AMERICA'S (SMALL BUSINESS ADMINISTRATION) LIMITED OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF <u>REORGANIZATION PURSUANT TO 11 U.S. C. § 1190</u>

The United States of America, Small Business Administration ("SBA"), objects to confirmation of Debtor's Plan of Reorganization (ECF No. 69) for the following reason:

1. The SBA filed a claim in the amount of $2,104,0359.00. The claim is secured by a blanket lien on all of Debtor's personal property.

2. The Debtor's agreement with the SBA included a personal guarantee for the loaned amounts.

3. The United States objects to the provisions in Debtor's Plan that appear to alter and/or limit that guarantee held by third parties.

Wherefore, the United States prays that Debtor's Plan be denied confirmation.

    Respectfully submitted,

    JAIME ESPARZA
    UNITED STATES ATTORNEY

By:  /s/*Steven B. Bass*
    STEVEN B. BASS
    Assistant United States Attorney
    903 San Jacinto Blvd., Suite 334
    Austin, Texas 78701
    (512) 916-5858/Fax (512) 916-5854
    Florida State Bar No. 767300
    E-mail steven.bass@usdoj.gov
    Counsel for the United States of America

## **CERTIFICATE OF SERVICE**

      I certify that on February 20, 2024, a copy of the foregoing "United States of America's (Small Business Administration) Limited Objection to Confirmation of Debtor's Plan of Reorganization Pursuant to 11 U.S.C. § 1190" was served by either the Court's CM/ECF electronic notification system or by U.S. First Class Mail, postage prepaid, as indicated below:

Packet Construction LLC
P.O. Box 82668
Austin, TX 78708
*Via U.S. First Class Mail*

Michael G. Colvard
Martin 7 Drought, PC
112 E. Pecan St, Suite 1616
San Antonio, TX 78205
*Via U.S. First Class Mail*

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036
*Via E-mail* chip.lane@lanelaw.com

                                                          */s/Steven B. Bass*
                                                          STEVEN B. BASS
                                                          Assistant United States Attorney