**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party    *John Miller*

Printed name of responsible party    _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____  Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?   ☐   ☐   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐   ☐   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ _____

    *(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                            $ _____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____

27. What is the number of employees as of the date of this monthly report?            _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                        $ _____

31. How much have you paid in total other professional fees since filing the case?               $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                         $ _____

36. Total projected cash disbursements for the next month:                            −  $ _____

37. Total projected net cash flow for the next month:                                       =  $ _____

Debtor Name _____    Case number_____

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❑    38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑    39.   Bank reconciliation reports for each account.

❑    40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑    41.   Budget, projection, or forecast reports.

❑    42.   Project, job costing, or work-in-progress reports.

# HORIZON BANK

*0011692   S4
PACKET CONSTRUCTION LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE NO. 23-10860-CGB
(OPERATING)
PO BOX 82668
AUSTIN TX 78708

| Statement Date: | **01/31/2024** | Enclosures: | **(19)** | Account No.: | ****8551 | Page: 1 |
|---|---|---|---|---|---|---|

## The new Horizon Bank is here.

Our brand-new, state-of-the-art
downtown Austin branch is now open!

### 600 W 5th St, Austin, TX 78701

## BUSINESS CHECKING SUMMARY

Type:  REG  Status:  Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From  12/29/23 | | 841.18 |
| Debits | 24 | 377,881.05 |
| Automatic Withdrawals | 47 | 487,615.98 |
| Automatic Deposits | 11 | 894,116.10+ |
| Miscellaneous Fees | 6 | 315.00 |
| Miscellaneous Credits | 6 | 107,209.13+ |
| Card Activity | 7 | 25,481.55 |
| Ending Balance On  01/31/24 | | 110,872.83 |

| Average Balance (Ledger) | 56,419.39+ |
|---|---|

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 01/03/24 | Funds Transfer via Mobile | 10,000.00 |
| 01/03/24 | PACKET CONSTRUCT DIP ACCT | 15,000.00 |
| 01/05/24 | ACH RTN-AFCO CR CORP-NSF | 14,749.60 |
| 01/08/24 | RETURN CHECK OR ITEM THE LANE LAW FIR CORP COLL | 1,500.00 |
| 01/12/24 | Funds Transfer via Mobile | 200,000.00 |
| 01/17/24 | WIRE TRANSFER FROM PACKET CONSTRUCTION LLC | 225,000.00 |
| 01/23/24 | RETURN CHECK OR ITEM    1156 | 21,048.33 |
| 01/23/24 | RETURN CHECK OR ITEM    1154 | 29,823.23 |

**Continued**




Member FDIC

CSI REV 092722

6045-STMT

| | | | | |
|---|---|---|---|---|
| Statement Date: | **01/31/2024** | Enclosures: | **(19)** | Account No.: **\*\*\*\*8551** Page: **2** |

## *ALL CREDIT ACTIVITY* (continued)

| Date | Description | Amount |
|---|---|---|
| 01/25/24 | RETURN CHECK OR ITEM    1155 | 3,966.01 |
| 01/25/24 | RETURN CHECK OR ITEM    1156 | 21,048.33 |
| 01/25/24 | Funds Transfer via Mobile | 500.00 |
| 01/25/24 | WIRE TRANSFER FROM PACKET CONSTRUCTION LLC | 2,000.00 |
| 01/26/24 | RETURN CHECK OR ITEM    1154 | 29,823.23 |
| 01/26/24 | Funds Transfer via Mobile | 20,000.00 |
| 01/29/24 | Funds Transfer via Mobile | 5,000.00 |
| 01/29/24 | WIRE TRANSFER FROM AMERIFACTORS FINANCIAL GROUP LLC | 366,866.50 |
| 01/31/24 | Funds Transfer via Online | 35,000.00 |

## *ELECTRONIC DEBITS*

**(#) denotes fee for paying overdraft items**

| Date | Description | Amount |
|---|---|---|
| 01/02/24 | 6786 VSA PUR EXPRESS CAR AND TRUCK R PS EXPRE PA (12/30/23 08:57:02) | 25.10 |
| 01/03/24 | Funds Transfer via Mobile | 1,000.00 |
| 01/03/24 | Funds Transfer via Mobile | 2,320.00 |
| 01/03/24 | Funds Transfer via Mobile | 3,000.00 |
| 01/03/24 | Funds Transfer via Mobile | 3,000.00 |
| 01/03/24 | AFCO CREDIT CORP PAYMENTS | 14,749.60 |
| 01/04/24 | (#) Overdraft Fee | 35.00 |
| 01/04/24 | 6786 VSA PUR BINFORD SUPPLY SAN ANTONIO TX (01/04/24 04:21:41) | 13,416.57 |
| 01/05/24 | THE LANE LAW FIR CORP COLL | 1,500.00 |
| 01/08/24 | 1ST NATL BK OMAH ONLINE PMT | 2,500.00 |
| 01/08/24 | 1ST NATL BK OMAH ONLINE PMT | 3,840.00 |
| 01/09/24 | (#) Overdraft Fees | 70.00 |
| 01/12/24 | WIRE TRANSFER FEE TO AFCO | 20.00 |
| 01/12/24 | WIRE TRANSFER FEE TO SIR LLC | 20.00 |
| 01/12/24 | WIRE TRANSFER TO AFCO | 14,749.10 |
| 01/12/24 | WIRE TRANSFER TO SIR LLC | 37,500.00 |
| 01/12/24 | PACKET CONSTRUCT PACKET | 2,000.00 |
| 01/12/24 | 1ST NATL BK OMAH ONLINE PMT | 2,019.04 |
| 01/12/24 | 1ST NATL BK OMAH ONLINE PMT | 3,202.86 |
| 01/16/24 | WIRE TRANSFER FEE TO EC & TR ACQUISITION LLC DBA EXPRESS | 20.00 |
| 01/16/24 | WIRE TRANSFER FEE TO AFCO | 20.00 |
| 01/16/24 | WIRE TRANSFER FEE TO PACKET CONSTRUCTION LLC | 20.00 |
| 01/16/24 | WIRE TRANSFER TO PACKET CONSTRUCTION LLC | 5,000.00 |
| 01/16/24 | WIRE TRANSFER TO EC & TR ACQUISITION LLC DBA EXPRESS | 8,325.00 |
| 01/16/24 | WIRE TRANSFER TO AFCO | 14,041.16 |
| 01/16/24 | 6786 VSA PUR ALAMO CONCRETE PRODUCT 210-208-1500 TX (01/13/24 10:07:01) | 7,325.94 |
| 01/16/24 | WHITE CAP, L.P. BT0112 | 10,837.17 |
| 01/17/24 | Funds Transfer via Mobile | 10,000.00 |
| 01/17/24 | CAPITAL ONE MOBILE PMT | 1,500.00 |
| 01/17/24 | PETROCARD SYSTEM WEB PYMT | 11,247.78 |
| 01/18/24 | WIRE TRANSFER FEE TO SIR LLC | 20.00 |
| 01/18/24 | WIRE TRANSFER TO SIR LLC | 65,000.00 |
| 01/18/24 | 1ST NATL BK OMAH ONLINE PMT | 1,479.33 |
| 01/18/24 | 1ST NATL BK OMAH ONLINE PMT | 1,570.05 |
| 01/18/24 | 1ST NATL BK OMAH ONLINE PMT | 1,804.18 |
| 01/18/24 | 1ST NATL BK OMAH ONLINE PMT | 2,500.00 |
| 01/18/24 | CAPITAL ONE MOBILE PMT | 3,000.00 |
| 01/19/24 | Funds Transfer via Mobile | 17,500.00 |
| 01/19/24 | 6786 VSA PUR CMC CONST SRVCS 03 210-695-8400 TX (01/19/24 07:38:37) | 2,642.66 |
| 01/19/24 | 1ST NATL BK OMAH ONLINE PMT | 2,227.36 |
| 01/22/24 | 1ST NATL BK OMAH ONLINE PMT | 996.20 |
| 01/22/24 | THE LANE LAW FIR CORP COLL | 1,500.00 |

**Continued**

| Statement Date: | **01/31/2024** | Enclosures: | **(19)** | | Account No.: | ****8551** | Page: **3** |

## ELECTRONIC DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| 01/22/24 | 1ST NATL BK OMAH ONLINE PMT | 2,799.63 |
| 01/22/24 | WHITE CAP, L.P. BT0119 | 9,486.12 |
| 01/23/24 | (#) Overdraft Fee | 35.00 |
| 01/23/24 | Returned Item Fees | 70.00 |
| 01/24/24 | 6786 VSA PUR HOMER QUARRY BU 21307 706-6932433 GA(01/23/24 20:18:49) | 674.16 |
| 01/24/24 | 6786 VSA PUR HOMER QUARRY BU 21307 706-6932433 GA(01/23/24 20:18:49) | 693.25 |
| 01/24/24 | 6786 VSA PUR HOMER QUARRY BU 21307 706-6932433 GA(01/23/24 20:19:07) | 703.87 |
| 01/25/24 | Returned Item Fee | 35.00 |
| 01/26/24 | (#) Overdraft Fees | 70.00 |
| 01/30/24 | CAPITAL ONE MOBILE PMT | 2,000.00 |
| 01/30/24 | 1ST NATL BK OMAH ONLINE PMT | 3,997.40 |
| 01/30/24 | PACKET CONSTRUCT ACHPAYMENT | 5,000.00 |
| 01/31/24 | WIRE TRANSFER FEE TO SIR LLC | 20.00 |
| 01/31/24 | Funds Transfer via Mobile | 40,000.00 |
| 01/31/24 | Funds Transfer via Online | 50,000.00 |
| 01/31/24 | WIRE TRANSFER TO SIR LLC | 110,000.00 |
| 01/31/24 | CAPITAL ONE MOBILE PMT | 4,284.00 |
| 01/31/24 | PACKET CONSTRUCT INSURANCE | 10,000.00 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/02/24 | 1135 | 3,050.30 | 01/18/24 | 1146 | 3,157.67 | 01/22/24 | 1154 | 29,823.23 |
| 01/24/24 | 1138* | 425.00 | 01/23/24 | 1147 | 1,567.29 | 01/25/24 | 1154* | 29,823.23 |
| 01/17/24 | 1139 | 3,500.00 | 01/18/24 | 1148 | 888.10 | 01/24/24 | 1155 | 3,966.01 |
| 01/17/24 | 1140 | 8,000.00 | 01/18/24 | 1149 | 6,160.78 | 01/22/24 | 1156 | 21,048.33 |
| 01/17/24 | 1142* | 27,517.32 | 01/22/24 | 1150 | 1,204.50 | 01/24/24 | 1156* | 21,048.33 |
| 01/17/24 | 1143 | 14,345.97 | 01/25/24 | 1151 | 3,851.56 | 01/22/24 | 1157 | 4,281.30 |
| 01/18/24 | 1144 | 80,480.10 | 01/22/24 | 1152 | 4,620.00 | 01/22/24 | 1158 | 9,500.00 |
| 01/25/24 | 1145 | 19,367.01 | 01/22/24 | 1153 | 8,500.00 | 01/30/24 | 1159 | 71,755.02 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 12/29/23 was 841.18

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/02/24 | 2,234.22- | 01/16/24 | 88,483.94 | 01/24/24 | 23,128.02- |
| 01/03/24 | 1,303.82- | 01/17/24 | 237,372.87 | 01/25/24 | 48,690.48- |
| 01/04/24 | 14,755.39- | 01/18/24 | 71,312.66 | 01/26/24 | 1,062.75 |
| 01/05/24 | 1,505.79- | 01/19/24 | 48,942.64 | 01/29/24 | 372,929.25 |
| 01/08/24 | 6,345.79- | 01/22/24 | 44,816.67- | 01/30/24 | 290,176.83 |
| 01/09/24 | 6,415.79- | 01/23/24 | 4,382.60 | 01/31/24 | 110,872.83 |
| 01/12/24 | 134,073.21 | | | | |

## OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 210.00 | 210.00 |
| Total Returned Item Fees | 105.00 | 105.00 |

This Statement Cycle Reflects 33 Days

Continued

| Statement Date: | **01/31/2024** | Enclosures: | **(19)** | | Account No.: | ****8551** | Page: | **4** |
|---|---|---|---|---|---|---|---|---|

---

DEBIT CARD TEXT AND/OR EMAIL ALERTS AVAILABLE.

CONTACT YOUR LOCAL BRANCH TO SET THESE UP.

MOBILE APP DEPOSIT IS ALSO AVAILABLE!

TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

---

### PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,

and protect your personal information.  Our privacy policy

has not changed and you may review our policy and practices

with respect to your personal information at

www.horizon.bank/privacy/

or we will mail you a free copy upon request if you call us

at 512-637-5730

**Continued**

HORIZON BANK
Account No.: ****8551

Statement Date: 01/31/24

---

**Number: 1135 Date: 1/2/2024 Amount: $3050.30**

| | |
|---|---|
| PACKET CONSTRUCTION LLC | 1135 |
| DEBTOR IN POSSESSION | HORIZON BANK |
| CASE NO. 23-10860-CGB | |
| 14205 NORTH MOPAC EXYWAY #514 | 12/14/2023 |
| AUSTIN, TX 78728 | |

PAY TO THE ORDER OF: Georgia Pumping Services LLC    $**3,050.30

Three thousand fifty and 30/100***********    DOLLARS

Georgia Pumping Services LLC
1935 Statham Drive
Statham, GA 30666

MEMO

#001135# #111907940# #104 185 51#

---

**Number: 1138 Date: 1/24/2024 Amount: $425.00**

| | |
|---|---|
| PACKET CONSTRUCTION LLC | 1138 |
| DEBTOR IN POSSESSION | HORIZON BANK |
| CASE NO. 23-10860-CGB | |
| 14205 NORTH MOPAC EXYWAY #514 | 12/18/2023 |
| AUSTIN, TX 78728 | |

PAY TO THE ORDER OF: Reinforcing Steel Supply    $**425.00

Four hundred twenty-five and 00/100***********    DOLLARS

Reinforcing Steel Supply
500 John Ben Sheppard Parkway
Odessa, TX 79761

MEMO

#001138# #111907940# #104 185 51#

---

**Number: 1139 Date: 1/17/2024 Amount: $3500.00**

| | |
|---|---|
| PACKET CONSTRUCTION LLC | 1139 |
| DEBTOR IN POSSESSION | HORIZON BANK |
| CASE NO. 23-10860-CGB | |
| 14205 NORTH MOPAC EXYWAY #514 | 12/18/2023 |
| AUSTIN, TX 78728 | |

PAY TO THE ORDER OF: TexMix Concrete    $**3,500.00

Three thousand five hundred and 00/100***********    DOLLARS

TexMix Concrete
P.O. Box 830
Leander, TX 78646

MEMO

#001139# #111907940# #104 185 51#

---

**Number: 1140 Date: 1/17/2024 Amount: $8000.00**

| | |
|---|---|
| PACKET CONSTRUCTION LLC | 1140 |
| DEBTOR IN POSSESSION | HORIZON BANK |
| CASE NO. 23-10860-CGB | |
| 14205 NORTH MOPAC EXYWAY #514 | 12/18/2023 |
| AUSTIN, TX 78728 | |

PAY TO THE ORDER OF: Hartmann Building Specialties    $**8,000.00

Eight thousand and 00/100***********    DOLLARS

Hartmann Building Specialties
PO Box 20456
Beaumont, TX 77720

MEMO

#001140# #111907940# #104 185 51#

---

**Number: 1142 Date: 1/17/2024 Amount: $27517.32**

| | |
|---|---|
| PACKET CONSTRUCTION LLC | 1142 |
| DEBTOR IN POSSESSION | HORIZON BANK |
| CASE NO. 23-10860-CGB | |
| 14205 NORTH MOPAC EXYWAY #514 | 01/10/2024 |
| AUSTIN, TX 78728 | |

PAY TO THE ORDER OF: MiniConcrete Materials Inc    $**27,517.32

Twenty-seven thousand five hundred seventeen and 32/100***    DOLLARS

MiniConcrete Materials Inc
15001 Horizon Blvd
El Paso, TX 78928

MEMO

#001142# #111907940# #104 185 51#

---

**Number: 1143 Date: 1/17/2024 Amount: $14345.97**

| | |
|---|---|
| PACKET CONSTRUCTION LLC | 1143 |
| DEBTOR IN POSSESSION | HORIZON BANK |
| CASE NO. 23-10860-CGB | |
| 14205 NORTH MOPAC EXYWAY #514 | 01/10/2024 |
| AUSTIN, TX 78728 | |

PAY TO THE ORDER OF: American Wholesale Fenceworks, LLC    $**14,345.97

Fourteen thousand three hundred forty-five and 97/100***    DOLLARS

American Wholesale Fenceworks, LLC
271 Southridge Industrial Drive
Tavares, FL 32778

MEMO

#001143# #111907940# #104 185 51#

---

**Number: 1144 Date: 1/18/2024 Amount: $80480.10**

| | |
|---|---|
| PACKET CONSTRUCTION LLC | 1144 |
| DEBTOR IN POSSESSION | HORIZON BANK |
| CASE NO. 23-10860-CGB | |
| 14205 NORTH MOPAC EXYWAY #514 | 01/11/2024 |
| AUSTIN, TX 78728 | |

PAY TO THE ORDER OF: Daniel Steel Industries, Inc    $**80,480.10

Eighty thousand four hundred eighty and 10/100***    DOLLARS

Daniel Steel Industries, Inc
4640 North Beltline Road
Sunnyvale, TX 75182

MEMO

#001144# #111907940# #104 185 51#

---

**Number: 1145 Date: 1/25/2024 Amount: $19367.01**

| | |
|---|---|
| PACKET CONSTRUCTION LLC | 1145 |
| DEBTOR IN POSSESSION | HORIZON BANK |
| CASE NO. 23-10860-CGB | |
| 14205 NORTH MOPAC EXYWAY #514 | 01/19/2024 |
| AUSTIN, TX 78728 | |

PAY TO THE ORDER OF: Daniel Steel Industries, Inc    $***19,367.01

Nineteen thousand three hundred sixty-seven and 01/100***    DOLLARS

Daniel Steel Industries, Inc
4640 North Beltline Road
Sunnyvale, TX 75182

MEMO

#001145# #111907940# #104 185 51#

---

**Number: 1146 Date: 1/18/2024 Amount: $3157.67**

| | |
|---|---|
| PACKET CONSTRUCTION LLC | 1146 |
| DEBTOR IN POSSESSION | HORIZON BANK |
| CASE NO. 23-10860-CGB | |
| 14205 NORTH MOPAC EXYWAY #514 | 01/11/2024 |
| AUSTIN, TX 78728 | |

PAY TO THE ORDER OF: Troy Vines Inc    $**3,157.67

Three thousand one hundred fifty-seven and 67/100***    DOLLARS

Troy Vines Inc
PO Box 843222
Dallas, TX 75284
United States

MEMO

#001146# #111907940# #104 185 51#

---

**Number: 1147 Date: 1/23/2024 Amount: $1567.29**

| | |
|---|---|
| PACKET CONSTRUCTION LLC | 1147 |
| DEBTOR IN POSSESSION | HORIZON BANK |
| CASE NO. 23-10860-CGB | |
| 14205 NORTH MOPAC EXYWAY #514 | 01/11/2024 |
| AUSTIN, TX 78728 | |

PAY TO THE ORDER OF: Texas State Rentals    $**1,567.29

One thousand five hundred sixty-seven and 29/100***    DOLLARS

Texas State Rentals
20228 Schiel Rd
Cypress, TX 77433

MEMO

#001147# #111907940# #104 185 51#

HORIZON BANK
Page: 6

Account No.: ****8551

Statement Date: 01/31/24



Number: 1148 Date: 1/18/2024 Amount: $888.10

Number: 1149 Date: 1/18/2024 Amount: $6160.78



Number: 1150 Date: 1/22/2024 Amount: $1204.50

Number: 1151 Date: 1/25/2024 Amount: $3851.56



Number: 1152 Date: 1/22/2024 Amount: $4620.00

Number: 1153 Date: 1/22/2024 Amount: $8500.00

Number: 1154 Date: 1/25/2024 Amount: $29823.23

Number: 1154 Date: 1/22/2024 Amount: $29823.23



Number: 1155 Date: 1/24/2024 Amount: $3966.01

Number: 1156 Date: 1/24/2024 Amount: $21048.33

0011692

HOLLAND

33902D00X.007



| | |
|---|---|
| **PACKET CONSTRUCTION LLC**<br>DEBTOR IN POSSESSION<br>CASE NO. 23-10860-CGB<br>14205 NORTH MOPAC EXYWAY #514<br>AUSTIN, TX 78728<br><br>HORIZON BANK  1156<br>01/17/2024<br><br>PAY TO THE ORDER OF  Sunbelt Rentals, Inc  $ **21,048.33<br>Twenty-one thousand forty-eight and 33/100************  DOLLARS<br><br>Sunbelt Rentals, Inc<br>PO Box 409211<br>Atlanta, GA 30384<br><br>MEMO  AUTHORIZED SIGNATURE | **PACKET CONSTRUCTION LLC**<br>DEBTOR IN POSSESSION<br>CASE NO. 23-10860-CGB<br>14205 NORTH MOPAC EXYWAY #514<br>AUSTIN, TX 78728<br><br>HORIZON BANK  1157<br>01/17/2024<br><br>PAY TO THE ORDER OF  Troy Vines Inc  $ **4,281.30<br>Four thousand two hundred eighty-one and 30/100************  DOLLARS<br><br>Troy Vines Inc<br>PO Box 843222<br>Dallas, TX 75284<br>United States<br><br>MEMO  AUTHORIZED SIGNATURE |

Number: 1156 Date: 1/22/2024 Amount: $21048.33    Number: 1157 Date: 1/22/2024 Amount: $4281.30

| | |
|---|---|
| **PACKET CONSTRUCTION LLC**<br>DEBTOR IN POSSESSION<br>CASE NO. 23-10860-CGB<br>14205 NORTH MOPAC EXYWAY #514<br>AUSTIN, TX 78728<br><br>HORIZON BANK  1158<br>01/18/2024<br><br>PAY TO THE ORDER OF  Motivated RV  $ **9,500.00<br>Nine thousand five hundred and 00/100************  DOLLARS<br><br>Motivated RV<br>1207 Pauls Valley Rd<br>Austin, TX 78737<br><br>MEMO  AUTHORIZED SIGNATURE | **PACKET CONSTRUCTION LLC**<br>DEBTOR IN POSSESSION<br>CASE NO. 23-10860-CGB<br>14205 NORTH MOPAC EXYWAY #514<br>AUSTIN, TX 78728<br><br>HORIZON BANK  1159<br>01/22/2024<br><br>PAY TO THE ORDER OF  Morgan Concrete Co  $ **71,755.02<br>Seventy-one thousand seven hundred fifty-five and 02/100************  DOLLARS<br><br>Morgan Concrete Co<br>PO Box 246<br>Toccoa, GA 30577<br><br>MEMO  AUTHORIZED SIGNATURE |

Number: 1158 Date: 1/22/2024 Amount: $9500.00    Number: 1159 Date: 1/30/2024 Amount: $71755.02

0011692

HOLLAND

33903D00X.007

0 80

# HORIZON BANK

```
        *0011518   S2
      PACKET CONSTRUCTION LLC
      CHAPTER 11 DEBTOR IN POSSESSION
      CASE NO. 23-10860-CGB
      (PAYROLL)
      PO BOX 82668
      AUSTIN TX 78708
```

| | | | | |
|---|---|---|---|---|
| Statement Date: | **01/31/2024** | Enclosures: | **(0)** | Account No.: **\*\*\*\*7651** |

Page: **1**



## The new Horizon Bank is here.

Our brand-new, state-of-the-art downtown Austin branch is now open!

### 600 W 5th St, Austin, TX 78701

## BUSINESS CHECKING SUMMARY

Type: **REG**  Status: **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From  12/29/23 | | 11,142.89 |
| Debits | 0 | 0.00 |
| Automatic Withdrawals | 24 | 342,220.74 |
| Automatic Deposits | 10 | 391,820.00+ |
| Ending Balance On  01/31/24 | | 60,742.15 |

| | | |
|---|---|---|
| **Average Balance (Ledger)** | **12,152.03+** | |

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 01/03/24 | Funds Transfer via Mobile | 1,000.00 |
| 01/03/24 | Funds Transfer via Mobile | 2,320.00 |
| 01/03/24 | Funds Transfer via Mobile | 3,000.00 |
| 01/03/24 | Funds Transfer via Mobile | 3,000.00 |
| 01/12/24 | WIRE TRANSFER FROM PACKET CONSTRUCTION LLC | 235,000.00 |
| 01/17/24 | Funds Transfer via Mobile | 10,000.00 |
| 01/19/24 | Funds Transfer via Mobile | 17,500.00 |
| 01/26/24 | WIRE TRANSFER FROM PACKET CONSTRUCTION LLC | 30,000.00 |
| 01/31/24 | Funds Transfer via Mobile | 40,000.00 |
| 01/31/24 | Funds Transfer via Online | 50,000.00 |

**Continued**

A DIFFERENT BRAND OF BANKING   PO BOX 685133 • Austin, Texas 78768 • 866-914-2265 • www.horizon.bank




CSI REV 092722

6045-STMT

| Statement Date: | **01/31/2024** | Enclosures: | **(0)** | | Account No.: | ****7651 | Page: **2** |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 01/03/24 | Funds Transfer via Mobile | 10,000.00 |
| 01/03/24 | GUSTO TAX 481438 | 254.71 |
| 01/03/24 | GUSTO CSD 482618 | 400.01 |
| 01/03/24 | GUSTO TAX 481438 | 2,477.49 |
| 01/04/24 | GUSTO FEE 512868 | 187.61 |
| 01/04/24 | BEAM-PREMIUM EPAY | 550.30 |
| 01/05/24 | PACKET CONSTRUCT ACHBATCH | 7,460.26 |
| 01/12/24 | Funds Transfer via Mobile | 200,000.00 |
| 01/12/24 | PACKET CONSTRUCT ACHBATCH | 15,469.71 |
| 01/16/24 | GUSTO CSD 805582 | 400.01 |
| 01/16/24 | GUSTO TAX 806216 | 911.03 |
| 01/16/24 | GUSTO TAX 805581 | 2,865.17 |
| 01/18/24 | GUSTO CSD 846066 | 400.01 |
| 01/18/24 | GUSTO TAX 846110 | 1,174.83 |
| 01/18/24 | GUSTO TAX 846064 | 3,094.37 |
| 01/18/24 | PACKET CONSTRUCT ACHBATCH | 19,005.83 |
| 01/25/24 | Funds Transfer via Mobile | 500.00 |
| 01/25/24 | GUSTO CSD 998837 | 400.01 |
| 01/25/24 | GUSTO TAX 999630 | 791.07 |
| 01/25/24 | GUSTO TAX 998605 | 2,856.50 |
| 01/26/24 | Funds Transfer via Mobile | 20,000.00 |
| 01/26/24 | PACKET CONSTRUCT PAYROLL | 13,021.82 |
| 01/29/24 | Funds Transfer via Mobile | 5,000.00 |
| 01/31/24 | Funds Transfer via Online | 35,000.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 12/29/23 was 11,142.89

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/03/24 | 7,330.68 | 01/16/24 | 14,486.59 | 01/25/24 | 13,763.97 |
| 01/04/24 | 6,592.77 | 01/17/24 | 24,486.59 | 01/26/24 | 10,742.15 |
| 01/05/24 | 867.49- | 01/18/24 | 811.55 | 01/29/24 | 5,742.15 |
| 01/12/24 | 18,662.80 | 01/19/24 | 18,311.55 | 01/31/24 | 60,742.15 |

## OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

This Statement Cycle Reflects 33 Days

**Continued**

| Statement Date: | **01/31/2024** | Enclosures: | **(0)** | Account No.: | ****7651 | Page: **3** |
|---|---|---|---|---|---|---|

---

DEBIT CARD TEXT AND/OR EMAIL ALERTS AVAILABLE.

CONTACT YOUR LOCAL BRANCH TO SET THESE UP.

MOBILE APP DEPOSIT IS ALSO AVAILABLE!

TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

---

## PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,

and protect your personal information.  Our privacy policy

has not changed and you may review our policy and practices

with respect to your personal information at

www.horizon.bank/privacy/

or we will mail you a free copy upon request if you call us

at 512-637-5730

**End Statement**

## TEXAS REGIONAL BANK
*The people you know.*

P.O. Box 5555, McAllen, TX 78502

**Statement Ending 01/31/2024**

*Page 1 of 4*

**RETURN SERVICE REQUESTED**

PACKET CONSTRUCTION LLC
PAYROLL ACCOUNT
PO BOX 82668
AUSTIN TX 78708-2668

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Location | Dripping Springs Banking Center |
| 📱 | Telephone | 512-894-5011 |
| ✉ | Mailing Address | PO Box 1100 Dripping Springs, TX 78620 |
| 💻 | Online Access | www.texasregionalbank.com |
| ▦ | 24/7 Telebank | 866-972-5430 |

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | ▄0700 | $209.16 |

## SMALL BUSINESS CHECKING- ▄0700

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/30/2023 | **Beginning Balance** | **$294.50** |
| | 10 Credit(s) This Period | $31,638.00 |
| | 19 Debit(s) This Period | $31,723.34 |
| 01/31/2024 | **Ending Balance** | **$209.16** |
| | Service Charges | $5.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/18/2024 | DEPOSIT | $2,500.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 01/08/2024 | 326438 INTERNET TRANSFER FROM ACCT 1552785 ON 1/08/24 AT 16:05 | $1,490.00 |
| 01/12/2024 | 095501 INTERNET TRANSFER FROM ACCT 1468966 ON 1/12/24 AT 8:14 | $5,500.00 |
| 01/16/2024 | Incoming Wire,,PACKET CONSTRUCTION LLC | $5,000.00 |
| 01/18/2024 | 572101 INTERNET TRANSFER FROM ACCT 1468966 ON 1/18/24 AT 9:59 | $3,500.00 |
| 01/19/2024 | 992996 INTERNET TRANSFER FROM ACCT 1468966 ON 1/19/24 AT 6:58 | $6,500.00 |
| 01/23/2024 | 832312 INTERNET TRANSFER FROM ACCT 1468966 ON 1/23/24 AT 15:26 | $1,050.00 |
| 01/26/2024 | 012261 INTERNET TRANSFER FROM ACCT 1468966 ON 1/26/24 AT 10:24 | $2,000.00 |
| 01/30/2024 | 591079 INTERNET TRANSFER FROM ACCT 1468966 ON 1/30/24 AT 9:59 | $978.00 |
| 01/31/2024 | 220063 INTERNET TRANSFER FROM ACCT 1468966 ON 1/31/24 AT 15:06 | $3,120.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 01/08/2024 | CAPITAL ONE MOBILE PMT 3WQ3D3PYDJYOYYK | $1,500.00 |
| 01/19/2024 | PETROCARD, INC ARINVOICES XXXXX9264 | $8,749.26 |
| 01/23/2024 | SSBTRUSTOPS P/R Contr | $1,093.93 |
| 01/30/2024 | SSBTRUSTOPS P/R Contr | $1,051.87 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 01/02/2024 | 666043 INTERNET TRANSFER TO ACCT 1552785 ON 12/31/23 AT 13:14 | $250.00 |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number.

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents used in our investigation.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE** $ _____
SHOWN ON THIS STATEMENT

**ADD** + (IF ANY) $ _____
DEPOSITS NOT SHOWN
ON THIS STATEMENT

**TOTAL** $ _____

**SUBTRACT** - (IF ANY) $ _____
CHECKS OUTSTANDING

**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

    (1) Your name and account number.

    (2) The dollar amount of the suspected error.

    (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Call the number on the front of this statement to request a Check 21 disclosure.

**TEXAS REGIONAL BANK**
The people you know.™

P.O. Box 5555, McAllen, TX 78502

## SMALL BUSINESS CHECKING-███0700 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 01/04/2024 | CHK# 00 AMT $11,212.78, RETURNED NSF ITEM FEE | $30.00 |
| 01/12/2024 | 095698 INTERNET TRANSFER TO ACCT 1552785 ON 1/12/24 AT 8:14 | $1,277.79 |
| 01/12/2024 | 096025 INTERNET TRANSFER TO ACCT 1552785 ON 1/12/24 AT 8:15 | $1,926.00 |
| 01/16/2024 | 690295 INTERNET TRANSFER TO ACCT 1552785 ON 1/13/24 AT 13:08 | $1,750.00 |
| 01/16/2024 | 576958 INTERNET TRANSFER TO ACCT 1552785 ON 1/16/24 AT 10:25 | $1,926.00 |
| 01/16/2024 | 576853 INTERNET TRANSFER TO ACCT 1468966 ON 1/16/24 AT 10:24 | $2,750.00 |
| 01/16/2024 | Incoming Wire Fee 72294174 | $10.00 |
| 01/17/2024 | SSBTRUSTOPS P/R Contr | $1,117.37 |
| 01/18/2024 | 572201 INTERNET TRANSFER TO ACCT 1552785 ON 1/18/24 AT 9:59 | $3,140.00 |
| 01/22/2024 | 212661 INTERNET TRANSFER TO ACCT 1468966 ON 1/22/24 AT 10:30 | $300.00 |
| 01/26/2024 | 012370 INTERNET TRANSFER TO ACCT 1552785 ON 1/26/24 AT 10:24 | $1,926.00 |
| 01/31/2024 | 220285 INTERNET TRANSFER TO ACCT 1552785 ON 1/31/24 AT 15:06 | $2,920.00 |
| 01/31/2024 | SERVICE CHARGE $9.00 LESS $4.00 CREDIT BACK | $5.00 |
| 01/31/2024 | OVERDRAFT INTEREST FEE | $0.12 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 01/02/2024 | $44.50 | 01/17/2024 | -$252.66 | 01/26/2024 | $88.15 |
| 01/04/2024 | $14.50 | 01/18/2024 | $2,607.34 | 01/30/2024 | $14.28 |
| 01/08/2024 | $4.50 | 01/19/2024 | $358.08 | 01/31/2024 | $209.16 |
| 01/12/2024 | $2,300.71 | 01/22/2024 | $58.08 | | |
| 01/16/2024 | $864.71 | 01/23/2024 | $14.15 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---:|---:|---:|
| **Total Overdraft Fees** | $0.12 | $0.12 | $436.30 |
| **Total Returned Item Fees** | $30.00 | $30.00 | $2,040.00 |

### Service Charge Summary

| Description | Amount |
|-------------|-------:|
| TOTAL CHARGE FOR MAINTENANCE: | $9.00 |
| TOTAL DISCOUNT(S): | -$4.00 |
| Total Service Charge | $5.00 |

# TEXAS REGIONAL BANK

The people you know.™

P.O. Box 5555, McAllen, TX 78502

**DDA/SAV - CREDIT TRANSACTION FORM**

ACCOUNT NAME: Packet Construction

PREPARED BY: *(handwritten)* 5244

APPROVED BY: *(handwritten)* 5233

DESCRIPTION: transfer from Chloe

$ 2500.00

009

1510700

`⑆5300232C0⑆`

#0000        01/18/2024        $2,500.00

## TEXAS REGIONAL BANK

The people you know.™

P.O. Box 5555, McAllen, TX 78502

**RETURN SERVICE REQUESTED**

PACKET CONSTRUCTION LLC
PO BOX 82668
AUSTIN TX 78708-2668

### Statement Ending 01/31/2024

*Page 1 of 6*

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Location | Dripping Springs Banking Center |
| 📱 | Telephone | 512-894-5011 |
| ✉ | Mailing Address | PO Box 1100 Dripping Springs, TX 78620 |
| 🖥 | Online Access | www.texasregionalbank.com |
| ▦ | 24/7 Telebank | 866-972-5430 |

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | ■8966 | $697.36 |

## SMALL BUSINESS CHECKING- ■8966

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/30/2023 | Beginning Balance | $122.73 |
| | 16 Credit(s) This Period | $621,929.00 |
| | 47 Debit(s) This Period | $621,354.37 |
| 01/31/2024 | Ending Balance | $697.36 |
| | Service Charges | $5.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/25/2024 | DEPOSIT | $70,000.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 01/02/2024 | POWER STANDARD CORP PAY 2809 | $24,750.00 |
| 01/12/2024 | ABB INC PAYMENTS 2100164791 | $25,000.00 |
| 01/17/2024 | POWER STANDARD CORP PAY 2809 | $2,750.00 |
| 01/17/2024 | POWER STANDARD CORP PAY 2809 | $38,649.00 |
| 01/17/2024 | POWER STANDARD CORP PAY 2809 | $42,750.00 |
| 01/17/2024 | POWER STANDARD CORP PAY 2809 | $165,600.00 |
| 01/23/2024 | POWER STANDARD CORP PAY 2809 | $1,525.00 |
| 01/30/2024 | PACKET CONSTRUCT ACHPAYMENT 1810990 | $5,000.00 |
| 01/31/2024 | PACKET CONSTRUCT INSURANCE 1812833 | $10,000.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 01/08/2024 | 327253 INTERNET TRANSFER FROM ACCT 1552785 ON 1/08/24 AT 16:06 | $1,125.00 |
| 01/11/2024 | MOBILE DEPOSIT | $230,000.00 |
| 01/16/2024 | 576853 INTERNET TRANSFER FROM ACCT 1510700 ON 1/16/24 AT 10:24 | $2,750.00 |
| 01/22/2024 | 212661 INTERNET TRANSFER FROM ACCT 1510700 ON 1/22/24 AT 10:30 | $300.00 |
| 01/25/2024 | 532354 INTERNET TRANSFER FROM ACCT 1552785 ON 1/25/24 AT 9:03 | $1,250.00 |
| 01/29/2024 | 037623 INTERNET TRANSFER FROM ACCT 1552785 ON 1/29/24 AT 6:37 | $480.00 |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON  THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60   days after we send you the FIRST statement on which the error or problem appeared.

    (1)  Tell us your name and account number.
    (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you  believe there is an error or why you need more information.
    (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a new customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for   copies of the documents used in our investigation.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE**  $ _____
SHOWN ON THIS STATEMENT

**ADD** + (IF ANY)  $ _____
DEPOSITS NOT SHOWN
ON THIS STATEMENT

**TOTAL**  $ _____

**SUBTRACT** - (IF ANY)  $ _____
CHECKS OUTSTANDING

**BALANCE**  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** |  |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

    (1)  Your name and account number.
    (2)  The dollar amount of the suspected error.
    (3)  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in  question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the   legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to   your account. Call the number on the front of this statement to request a Check 21 disclosure.

**TEXAS REGIONAL BANK**
The people you know.™

P.O. Box 5555, McAllen, TX 78502

## SMALL BUSINESS CHECKING-▮▮▮8966 (continued)

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 01/03/2024 | PACKET CONSTRUCT DIP Acct XXXXX7335 | $15,000.00 |
| 01/08/2024 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,000.00 |
| 01/11/2024 | BK OF AMER VI/MC RETRY PYMT CKF036380711POS | $1,600.00 |
| 01/11/2024 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX9420 | $3,500.00 |
| 01/12/2024 | 1ST NATL BK OMAH RETRY PYMT CCXXXXXX3042 | $2,750.00 |
| 01/16/2024 | CAPITAL ONE MOBILE PMT 3WS7MQRHAC3XRLO | $1,500.00 |
| 01/16/2024 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,500.00 |
| 01/16/2024 | FORD MOTOR CR FORDCREDIT XXXXX6754 | $1,727.75 |
| 01/16/2024 | BK OF AMER VI/MC ONLINE PMT CKF036380711POS | $2,373.26 |
| 01/18/2024 | SANTANDER CONSUMER 0021620869 | $2,104.07 |
| 01/19/2024 | BK OF AMER MC ONLINE PMT CKF036380711POS | $1,500.00 |
| 01/22/2024 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX0778 | $483.38 |
| 01/22/2024 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX0779 | $498.41 |
| 01/22/2024 | 1ST NATL BK OMAH ONLINE PMT CCXXXXXX0777 | $539.30 |
| 01/26/2024 | CAPITAL ONE MOBILE PMT 3WUBX8CGSFDNTA4 | $2,000.00 |
| 01/29/2024 | Synchrony Bank CC PYMT 524306001655241 | $500.00 |
| 01/29/2024 | BK OF AMER VI/MC ONLINE PMT CKF036380711POS | $1,500.00 |
| 01/29/2024 | HOME DEPOT ONLINE PMT 631283415806133 | $1,700.00 |
| 01/31/2024 | HEALTH CARE SERV OBPPAYMT XXXXXX2519 | $8,176.87 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 01/02/2024 | HEALTH CARE SERV OBPPAYMT XXXXXX1428 | $8,176.87 |
| 01/02/2024 | 684075 INTERNET TRANSFER TO ACCT 1552785 ON 1/02/24 AT 14:03 | $1,620.00 |
| 01/09/2024 | CHK# 00 AMT $1,600.00, RETURNED NSF ITEM FEE | $30.00 |
| 01/10/2024 | CHK# 00 AMT $2,750.00, RETURNED NSF ITEM FEE | $30.00 |
| 01/11/2024 | PAYMENT TO CONSUMER AUTO LOAN 101261364 | $1,285.48 |
| 01/12/2024 | Outgoing Wire,PACKET CONSTRUCTION LLC,144755 | $235,000.00 |
| 01/12/2024 | 095501 INTERNET TRANSFER TO ACCT 1510700 ON 1/12/24 AT 8:14 | $5,500.00 |
| 01/12/2024 | Outgoing Wire Fee 144755 | $25.00 |
| 01/17/2024 | Outgoing Wire,PACKET CONSTRUCTION LLC,145063 | $225,000.00 |
| 01/17/2024 | Outgoing Wire Fee 145063 | $25.00 |
| 01/18/2024 | 572101 INTERNET TRANSFER TO ACCT 1510700 ON 1/18/24 AT 9:59 | $3,500.00 |
| 01/19/2024 | 992996 INTERNET TRANSFER TO ACCT 1510700 ON 1/19/24 AT 6:58 | $6,500.00 |
| 01/22/2024 | 212522 INTERNET TRANSFER TO ACCT 1552785 ON 1/22/24 AT 10:30 | $1,450.00 |
| 01/22/2024 | 088265 INTERNET TRANSFER TO ACCT 1552785 ON 1/22/24 AT 6:56 | $6,500.00 |
| 01/23/2024 | 832312 INTERNET TRANSFER TO ACCT 1510700 ON 1/23/24 AT 15:26 | $1,050.00 |
| 01/25/2024 | Outgoing Wire,PACKET CONSTRUCTION LLC,145559 | $2,000.00 |
| 01/25/2024 | Outgoing Wire Fee 145559 | $25.00 |
| 01/26/2024 | Outgoing Wire,PACKET CONSTRUCTION LLC,145646 | $30,000.00 |
| 01/26/2024 | Outgoing Wire,SIR LLC,145645 | $35,000.00 |
| 01/26/2024 | 012261 INTERNET TRANSFER TO ACCT 1510700 ON 1/26/24 AT 10:24 | $2,000.00 |
| 01/26/2024 | Outgoing Wire Fee 145645 | $25.00 |
| 01/26/2024 | Outgoing Wire Fee 145646 | $25.00 |
| 01/30/2024 | 591079 INTERNET TRANSFER TO ACCT 1510700 ON 1/30/24 AT 9:59 | $978.00 |
| 01/30/2024 | CHK# 00 AMT $1,700.00, NSF ITEM OVERDRAFT FEE | $30.00 |
| 01/31/2024 | 220063 INTERNET TRANSFER TO ACCT 1510700 ON 1/31/24 AT 15:06 | $3,120.00 |
| 01/31/2024 | SERVICE CHARGE $9.00 LESS $4.00 CREDIT BACK | $5.00 |
| 01/31/2024 | OVERDRAFT INTEREST FEE | $0.98 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 0 | 01/18/2024 | $2,500.00 |

* Indicates skipped check number

TEXAS REGIONAL BANK
The people you know.™

P.O. Box 5555, McAllen, TX 78502

## SMALL BUSINESS CHECKING-■■■8966 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02/2024 | $15,075.86 | 01/12/2024 | $5,480.38 | 01/23/2024 | $1,053.21 |
| 01/03/2024 | $75.86 | 01/16/2024 | $1,129.37 | 01/25/2024 | $70,278.21 |
| 01/08/2024 | $200.86 | 01/17/2024 | $25,853.37 | 01/26/2024 | $1,228.21 |
| 01/09/2024 | $170.86 | 01/18/2024 | $17,749.30 | 01/29/2024 | -$1,991.79 |
| 01/10/2024 | $140.86 | 01/19/2024 | $9,749.30 | 01/30/2024 | $2,000.21 |
| 01/11/2024 | $223,755.38 | 01/22/2024 | $578.21 | 01/31/2024 | $697.36 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|------|----------------------|--------------------|-----------------------|
| **Total Overdraft Fees** | $30.98 | $30.98 | $1,529.78 |
| **Total Returned Item Fees** | $60.00 | $60.00 | $10,290.00 |

### Service Charge Summary

| Description | Amount |
|-------------|--------|
| TOTAL CHARGE FOR MAINTENANCE: | $9.00 |
| TOTAL DISCOUNT(S): | -$4.00 |
| Total Service Charge | $5.00 |

# TEXAS REGIONAL BANK

The people you know.™

P.O. Box 5555, McAllen, TX 78502

---

**Electronic Credit**

Texas Regional Bank 02#A003229    Deposit Number:    101282610

Processing Date:  2024-01-11    Deposit Amount: $    230000.00

Customer Name:

Description:

Online User ID:  johnmi1204

Deposit made to:  00000000001468966

114917335  00000000021468966    20

**#0000        01/11/2024       $230,000.00**

---

DDA/SAV - DEBIT TRANSACTION FORM

ACCOUNT NAME  Packet Construction    DATE 1 18 24

PREPARED BY    from 5244

APPROVED BY    to   5253

DESCRIPTION  transfer to -0400    $    2500.00

CUSTOMER'S C... NE    044

phone request    1468966

#543100094#

**#0000        01/18/2024        $2,500.00**

---

ISN:                    Date: 01/25/2024

                        Start Time: 11:47:12 AM

114917335               Amount: 70,000.00

Branch: 24              Account Number: 1468966

Teller: 6               DDA Credit

                        Deposit

Comments

    RT: 114917335        TC: 9

**#0000        01/25/2024       $70,000.00**

**TEXAS REGIONAL BANK**
The people you know.™

P.O. Box 5555, McAllen, TX 78502

THIS PAGE LEFT INTENTIONALLY BLANK

# Packet Construction LLC

## A/R Aging Summary

As of January 31, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| CPS Energy | | | | | | $0.00 |
| Hill Country Substation | 97,250.00 | 69,500.00 | | | | $166,750.00 |
| **Total CPS Energy** | **97,250.00** | **69,500.00** | | | | **$166,750.00** |
| Energy Erectors Inc. | | | | | | $0.00 |
| Bob White Civil Construction | | | 5,739.84 | 122,272.94 | 14,100.29 | $142,113.07 |
| **Total Energy Erectors Inc.** | | | **5,739.84** | **122,272.94** | **14,100.29** | **$142,113.07** |
| Fusion Industries LLC | | | | | | $0.00 |
| Vail Substation | | 200,000.00 | | | | $200,000.00 |
| **Total Fusion Industries LLC** | | **200,000.00** | | | | **$200,000.00** |
| Hitachi Energy | 162,350.00 | | | | | $162,350.00 |
| Kiewit Infrastructure South Co | | | | | | $0.00 |
| Toledo Bend Substation | | | | | 29,545.94 | $29,545.94 |
| **Total Kiewit Infrastructure South Co** | | | | | **29,545.94** | **$29,545.94** |
| Michels Corporation | | | | | 601,934.13 | $601,934.13 |
| Power Standard, LLC | | | | | | $0.00 |
| 12th Street Civil Project - AEP | | | | | 21,155.50 | $21,155.50 |
| Checkmate Substation | | 74,648.00 | | | | $74,648.00 |
| Enlink Transformer Addition | | | 4,750.00 | | | $4,750.00 |
| Oxy Substations | 89,170.50 | | 18,400.00 | 52,913.00 | 16,697.10 | $177,180.60 |
| Santo Nino Substation | | 119,900.00 | | | | $119,900.00 |
| Seward Junction Substation | 129,000.00 | | | | | $129,000.00 |
| **Total Power Standard, LLC** | **218,170.50** | **194,548.00** | **23,150.00** | **52,913.00** | **37,852.60** | **$526,634.10** |
| Principle Services, LLC | | | | | | $0.00 |
| Cisco Battery Storage Project | 6,000.00 | 50,800.00 | | | | $56,800.00 |
| Garden City Battery Strorage | 20,700.00 | | | | | $20,700.00 |
| **Total Principle Services, LLC** | **26,700.00** | **50,800.00** | | | | **$77,500.00** |
| TOTAL | **$504,470.50** | **$514,848.00** | **$28,889.84** | **$175,185.94** | **$683,432.96** | **$1,906,827.24** |

# Packet Construction LLC

## A/P Aging Summary

As of January 31, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| A.H. Beck Foundation Co. Inc | | 22,237.94 | | | | $22,237.94 |
| Austin Hot Lava LLC | 2,100.00 | | | | | $2,100.00 |
| Daniel Steel Industries, Inc | | 17,817.13 | | | | $17,817.13 |
| Hartmann Building Specialties | | | 16,158.85 | | | $16,158.85 |
| Lauren Concrete | 5,920.73 | | | | | $5,920.73 |
| MiniConcrete Materials Inc | | 6,002.51 | | | | $6,002.51 |
| Morgan Concrete Co | | 59,289.47 | | | | $59,289.47 |
| PB Materials | 6,942.10 | 5,572.15 | 64,018.87 | 73,608.88 | | $150,142.00 |
| Reinforcing Steel Supply | 3,801.98 | | | | | $3,801.98 |
| Sanderford & Carroll, P.C. | 3,665.96 | | | | | $3,665.96 |
| Sunbelt Rentals, Inc | 52,266.52 | 21,048.33 | | | | $73,314.85 |
| United States Small Business Administration | 9,380.00 | | | | | $9,380.00 |
| TOTAL | **$84,077.29** | **$131,967.53** | **$80,177.72** | **$73,608.88** | **$0.00** | **$369,831.42** |

# Packet Construction LLC

## Statement of Cash Flows

January 2024

| | TOTAL |
|---|---:|
| OPERATING ACTIVITIES | |
| Net Income | 120,479.06 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable (A/R) | 484,320.50 |
| Accounts Payable (A/P) | -411,809.46 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **72,511.04** |
| **Net cash provided by operating activities** | **$192,990.10** |
| FINANCING ACTIVITIES | |
| SBA Loan | -9,380.00 |
| **Net cash provided by financing activities** | **$ -9,380.00** |
| NET CASH INCREASE FOR PERIOD | **$183,610.10** |
| Cash at beginning of period | 52,375.75 |
| CASH AT END OF PERIOD | **$235,985.85** |

# Packet Construction LLC

## Balance Sheet

### As of January 31, 2024

| | TOTAL |
|---|---|
| ASSETS | |
|   Current Assets | |
|    Bank Accounts | |
|     Horizon Packet Operating (8551) | 162,419.20 |
|     Horizon Packet Payroll (7651) | 60,742.15 |
|     Packet Construction Payroll | 2,399.16 |
|     Texas Regional Bank | 10,425.34 |
|    **Total Bank Accounts** | **$235,985.85** |
|    Accounts Receivable | |
|     Accounts Receivable (A/R) | 1,906,827.24 |
|    **Total Accounts Receivable** | **$1,906,827.24** |
|    Other Current Assets | |
|     Credit Card Deposit - Asset | 13,235.00 |
|    **Total Other Current Assets** | **$13,235.00** |
|   **Total Current Assets** | **$2,156,048.09** |
|   Fixed Assets | |
|    Machinery & Equipment | 11,368.06 |
|    Original cost | 1,167,831.48 |
|    **Total Machinery & Equipment** | **1,179,199.54** |
|   **Total Fixed Assets** | **$1,179,199.54** |
|   Other Assets | |
|    Goodwill | 445,000.00 |
|   **Total Other Assets** | **$445,000.00** |
| **TOTAL ASSETS** | **$3,780,247.63** |
| LIABILITIES AND EQUITY | |
|   Liabilities | |
|    Current Liabilities | |
|     Accounts Payable | |
|      Accounts Payable (A/P) | 720,624.37 |
|     **Total Accounts Payable** | **$720,624.37** |
|     Other Current Liabilities | |
|      Loan Payable | 17,322.56 |
|     **Total Other Current Liabilities** | **$17,322.56** |
|    **Total Current Liabilities** | **$737,946.93** |
|    Long-Term Liabilities | |
|     Notes Payable - Providence Equipment | 53,739.90 |
|     SBA Loan | 1,988,020.00 |
|    **Total Long-Term Liabilities** | **$2,041,759.90** |
|   **Total Liabilities** | **$2,779,706.83** |

# Packet Construction LLC

## Balance Sheet

As of January 31, 2024

| | TOTAL |
|---|---|
| Equity | |
| Opening Balance Equity | 18,013.31 |
| Owner's Investment | 151,148.47 |
| Retained Earnings | 713,474.96 |
| Net Income | 117,904.06 |
| **Total Equity** | **$1,000,540.80** |
| **TOTAL LIABILITIES AND EQUITY** | **$3,780,247.63** |

# Packet Construction LLC

## Profit and Loss

### January 2024

|  | TOTAL |
|---|---|
| Income |  |
| Sales | 483,570.00 |
| **Total Income** | **$483,570.00** |
| GROSS PROFIT | **$483,570.00** |
| Expenses |  |
| Bank Charges & Fees | 661.10 |
| Employee Benefits | 19,429.77 |
| Equipment Fuel | 19,997.04 |
| Equipment Lease | 13,467.40 |
| Equipment Rental | -2,398.72 |
| Equipment Repair and Maintenance | 9,500.00 |
| Insurance | 28,790.26 |
| Job Supplies | 133,591.52 |
| Aggregate | 4,013.38 |
| Concrete | 16,746.67 |
| Rebar | 38,811.12 |
| **Total Job Supplies** | **193,162.69** |
| Legal & Professional Services | 5,165.96 |
| Payroll Expenses |  |
| Taxes | 16,212.82 |
| **Total Payroll Expenses** | **16,212.82** |
| Rent & Lease | 6,720.00 |
| Salaries & Wages | 54,957.62 |
| **Total Expenses** | **$365,665.94** |
| NET OPERATING INCOME | **$117,904.06** |
| NET INCOME | **$117,904.06** |